# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| glenn winningham; house of fearn | ] Case # 4-25-CV- |
| We the People of the *Republic of Texas* | ] |
| Demandants | ] |
| VS | ] |
| R. Joseph Rothrock | 4-25CV1299-P |
| Casey Brashear, | ] |
| Leigha Simonton, | ] |
| Marshall Thomas, | ] |
| Andrea Brandt | ] |
| Bobby LaPenna, Bedford Chief of Police | ] |
| Phil Sorrells, Tarrant County District Attorney | ] |
| Kelly Higgins, Hays County District Attorney | ] |
| Daniel Sakaida, Hays County Assistant District Attorney | ] |
| Steven Junes, Judge, 485th District Court | ] |
| Chris Johnson, Judge, Hays County Court at Law #2 | ] |
| Capt. M. Lugo, 5596, Fort Worth Arson & Bomb Squad | ] |
| Dr. Umanaheswara Velama, Sorcerer | ] |
| Hal R Ray | ] |
| Reed O'Connor | ] |
| The New Mexico State Police | ] |
| Patrick Chavez, Patrolman, New Mexico State Police | ] |
| The Texas Department of Public Safety | ] |
| The Montana Highway Patrol | ] |
| Marco Rubio, United States Secretary of State | ] |
| Peter Kujawinski, Consul General, Calgary, Canada | ] |
| Richard Hanrahan, Consul General, Calgary, Canada | ] |
| John Andrews, Consul General OMS, Calgary, Canada | ] |
| John Kerry, former US Secretary of State | ] |
| GLENN WINNINGHAM FEARN, Minor Estate | ] |
| WRONGDOERS | ] |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

Affidavit of Criminal Complaint
and
War Crimes Complaint

I, Glenn Winningham; house of Fearn, the Demandant herein, hereby affirm the following facts:

1. The Demandant is competent to state the facts and evidence herein and if called to testify shall so state.
2. The Demandant makes this Affidavit because the military police are peddling lies and disinformation for their communist agenda to create a civil war for their communist handlers, terrorizing the people of the *Republic of Texas*, because they intend to create the scenario so they can murder the Demandant, and create business for themselves, because they hate anybody who thinks they have rights.
3. The Demandant has no firsthand knowledge of a date of birth, but can say the Demandant remembers finishing High School in 1975, over 50 years ago, therefore, the Demandant is well past the age of majority.
4. The Demand's mother was into genealogy and has done extensive research on ancestry, to the point that she had discovered that Wil Livingston (ratified the Constitution for New Jersey) was the Demandant's fourth great uncle, which means the Demandant is "posterity" as found in the Preamble.

> *WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. [emphasis added]*

and the Demandant is entitled to right of blood, and, "*...right of blood...cannot be destroyed by any civil law...*", because all of the laws of Congress after 1871, and all the laws of Texas after the civil war, are civil laws

> *"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."* Bouvier's Law Dictionary 1856 Edition, Volume 2, page 132,

and these military police are operating under power which is derived from the Demandant, as *posterity*, and the maxim says: "*the power which is*

*derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition, Volume 2, Page 127,* and as further elaborated by the US Supreme Court *"...not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends." Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).*

Jurisdiction

5. This Court has jurisdiction because it is involving War Crimes against the Demandant, and the people of the *Republic of Texas*, and because of the *Republic of Texas*.
6. This Court has jurisdiction because the Wrongdoers named herein are depriving the Demandant and the people of the *Republic of Texas* of U.S. Constitutional federally protected rights, including but not limited to, the right to pursue happiness, the right to get compensation for labor, and the right to engage in constitutionally protected activities, like conduct a common law court, and the right to seek a redress of grievances, and the right to exhaust administrative remedies, the right to due process of law, and the right to life, liberty, and the pursuit of happiness as found in the Organic Law of the Declaration of Independence (1776).
7. The Wrongdoers in this case are operating under color of law to violate the Demandant's right to self-determination to be a Texas national, as well as the right to the people of the Republic of Texas' right to self-determination to be Texas Nationals, guaranteed by the *International Covenant on Civil and Political Rights* as well as the *1933 Montivideo Convention on the Rights and Duties of States*, both of which have been acceded to as Treaty law by the US Senate.

8. The Wrongdoers are setting up the Demandant to murder him, so they can make work for themselves, justify their job, and shed some innocent blood for their BAR member handlers.
9. Since 2007, when the Demandant became involved with the *Republic of Texas*, and was exercising his right to seek a redress of grievances, exhaust his administrative remedies, and exercise his right to self-determination as a Texas national, and the Wrongdoers have engaged in repeated, systematic, and continuous War Crimes against the Demandant and the people of the *Republic of Texas*, only some of which is evidenced herein.

<u>Overview</u>

10. The Demandant will show the Court that;
    a. The *State of Texas* is a fictitious overlay over the *Republic of Texas*
    b. The *Republic of Texas* recognized by Andrew Jackson still exists.
    c. In the early 1990's, some of the people of Texas discovered this and brought the *Republic of Texas* out of abeyance (dormancy) by forming a *Provisional Government of the Republic of Texas*, and started holding elections for the *Republic of Texas*, and have been peacefully holding elections ever since.
    d. The Wrongdoers have engaged in repeated, systematic, and continuous violations of the Demandant's common law rights under color of law, with slander, defamation, assaults, false arrests, kidnappings, false imprisonments, since 2007 in the free exercise of his rights to engage in U.S. Constitutionally protected activity, under color of law.
    e. The Wrongdoers are taking reprisals against the Demandant and the people of the *Republic of Texas* for our religious beliefs to subject us

to their satanic religious ceremony, with their fraud, deception, necromancy, and idolatry.

f. The Wrongdoers have engaged in a malicious prosecution, *see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,* unlawfully arrested the Demandant, with a fake warrant, kidnapped the Demandant, and falsely imprisoned the Demandant, as part of their War Crimes agenda in retaliation against anyone who exercises their right to self-determination as a Texas national.

g. These Wrongdoers named herein and others are creating terrorists to make business for themselves and shed some innocent blood for their handlers.

## The Wrongdoers

11. All of the Wrongdoers names herein are being sued in their private capacity only.

> *"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*
>
> *"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]*
>
> *If government officials attempt to enforce an unconstitutional law, sovereign immunity does not prevent people whom the law harms from suing those officials in their individual capacity for injunctive relief. This is because they are not acting on behalf of the state in this situation. Ex parte Young, 209 U.S. 123 (Mar 23 1908)*
>
> *Scheuer v Rhodes, 416 US 232 (1908) immunity of officers of executive branch of a state is not absolute. Since Ex parte Young, 209 U.S. 123 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.*

12.It is well established that military police officers like Casey Brashear, Andrea Brandt, Marshall Thomas, Captain M. Lugo, and Bobby LaPenna are screened for low intelligence and a propensity for aggressive behavior – *See Jordan v City of New London, US Court of Appeals for the Second Circuit No. 99-9188, 2000 U.S. App. Lexis 22195.*

and are essentially hired thugs, as evidenced herein.

13. These military police have uniforms, rank structures, and police vehicles with colors with flashing lights that are all designed to be threatening and intimidating, designed to instill fear into people, which is just another reason of many, that they are the terrorists, and are deliberately, calculatedly, and maliciously terrorizing the people of the *Republic of Texas*.

14. BAR members Leigha Simonton, Phil Sorrells, Kelly Higgins, Daniel Sakaida, Steven Junes, Hal R Ray, Reed O'Connor, and Chris Johnson are some of those handling their military police, in support of their military dictatorship, and are officers of the court and deemed to know the law.

> *"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)*

15. These military police and their BAR member handlers have ceased to represent the government

> *"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

> *"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]*

> *If government officials attempt to enforce an unconstitutional law, sovereign immunity does not prevent people whom the law harms from suing those officials in their individual capacity for injunctive relief. This is because they are not acting on behalf of the state in this situation. Ex parte Young, 209 U.S. 123 (Mar 23 1908)*

> *Scheuer v Rhodes, 416 US 232 (1908) immunity of officers of executive branch of a state is not absolute. Since Ex parte Young, 209 U.S. 123 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.*

16. The Secretary of State is named because the *Republic of Texas* was recognized and still exists and we think it would be good for everyone to enter into negotiations for a Treaty of Peace to bring to an end that very difficult War between the States, at least as far as Texas is concerned, and the Demandant tried to get the President of the *Republic of Texas* to send the President of *The United States of America* a proposal, but after Brashear's malicious prosecutions *see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,* and previous malicious prosecutions, with Suzy Cammack as described herein, and they are all hiding for fear of being maliciously attacked with more War Crimes.

## History

## The Republic of Texas Recognition

17. President Andrew Jackson, officially recognized the *Republic of Texas* on March 3, 1837, which was also recognized by France, December 25, 1839, and other nations including Belgium, and the United Kingdom, and the Demandant has visited the former Embassy of the *Republic of Texas*, in Paris, France, that is now being used as a Hotel.

18. The fact that the *Republic of Texas* existed in beyond dispute, and there is no definition of how many people are required to constitute a nation or State

> *A NATION or a state is, as has been said at the beginning of this work, a body politic, or a society of men united together for the purpose of promoting their mutual safety and advantage by their combined strength.*
> *From the very design that induces a number of men to form a society which has its common interests, and which is to act in concert, it is necessary that there should be established a Public Authority, to order and direct what is to be done by each in relation to the end of the association. This political authority is the Sovereignty; and*

*he or they who are invested with it are the Sovereign. The Law of Nations by Vattel, Book 1, Chapter 1, Section 1, Of the State and of Sovereignty*

The State of Texas Joined

the Confederacy and Union

19. In the year 1845, the *State of Texas* joined the *Confederacy and Union* under *The Articles of Confederation and perpetual Union, (1781)*, as evidenced by the Act of Congress at *9 Stat. 1*, and still exists as evidenced by *HJR 1, dated 29 December 1845*, "*the territory properly included within, and rightfully belonging to, the Republic of Texas*" was "*erected into a new State, to be called The State of Texas*" ... "*on an equal footing with the original States in all respects whatever*" "*with a republican form of government*" as found in the Act of Congress, December 29, 1845, *9 Stat. 1*,

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all the laws of the United States are hereby declared to extend to and over, and to have full force and effect within, the State of Texas, admitted at the present session of Congress into the Confederacy and Union of the United States. [emphasis added]*

and in HJR 1 dated 29 December 1845, at *9 Stat. 108*.

*WHEREAS the Congress of the United States, by a joint resolution approved March the first, eighteen hundred and forty-five, did consent that the territory properly included within, and rightfully belonging to, the Republic of Texas, might be erected into a new State, to be called The State of Texas, with a republican form of government, to be adopted by the people of said republic, by deputies in convention assembled, with the consent of the existing government, in order that the same might be admitted as one of the States of the Union; which consent of Congress was given upon certain conditions specified in the first and second sections of said joint resolution; and whereas the people of the said Republic of Texas, by deputies in convention assembled, with the consent of the existing government, did adopt a constitution, and erect a new State, with a republican form of government, and, in the name of the people of Texas, and by their authority, did ordain and declare that they assented to and accepted the proposals, conditions, and guaranties contained in said first and second sections of said resolution: and whereas the said constitution, with the proper evidence of its adoption by the people of the Republic of Texas, has been transmitted to the President of the United States and laid before Congress, in conformity to the provisions of said joint resolution:*
*Therefore---*

> *Resolved' by the Senate and House of Representatives of the United States of America in Congress assembled, That the State of Texas shall be one, and is hereby declared to be one, of the United States of America, and admitted into the Union on an equal footing with the original States in all respects whatever.* [emphasis added]

because normally, when one sovereign nation joins another sovereign nation, a *Treaty of Annexation* is done. A proposed *Treaty of Annexation* was prepared by the *Republic of Texas*, and sent to the US Senate for approval and adoption which was NOT approved or adopted, but was shelved. The *State of Texas* was created under the *Articles of Confederation and perpetual Union, (1781)* under Article IX

> *Canada acceding to this confederation, and joining in the measures of the united states, shall be admitted into, and entitled to all the advantages of this union: but no other colony shall be admitted into the same, unless such admission be agreed to by nine states. Article IX, Articles of Confederation and perpetual Union, 1781 [emphasis added]*

which means a *House Joint Resolution* is all that was used, therefore, the *State of Texas* is a fictitious overlay over the *Republic of Texas, "the territory properly included within, and rightfully belonging to, the Republic of Texas"* which means the *Republic of Texas* was NOT replaced with the *State of Texas*, and the *Republic of Texas* still existed, in abeyance (dormancy).

20. It seems to the Demandant that for the *State of Texas* to join the Confederacy under the *Articles of Confederation (1781)* with a House Joint Resolution is probably perfectly fine, but the current constitution was in place in 1845 and *Article IV, Section 3, Clause 1* requires; *"...but no new State shall be formed or erected within the Jurisdiction of any other State; ..."* which is what happened. Whatever happened in 1845 is probably moot because the *State of Texas* is currently under a military occupation as described herein, and none of it affected the *Republic of Texas*.

21. In the year 1861, the Southern States walked out of Congress, and Congress ceased to have a quorum to conduct business, could not conduct business,

and on 15 April, 1861, Lincoln ordered Congress to re-convene under Executive Authority, with Executive Order #1 at *12 Stat. 1258*, and they have been operating under Executive Authority ever since.

22. The southern States that walked out of Congress became *The Confederate States of America*, and the War between the States was started, which eventually ended with an Armistice (cease fire) ONLY. All of those people are now dead and there has never been a Treaty of Peace.

23. *The State of Texas* was one of *The Confederate States of America*, and a technical state of war still exists between the United States and *The Confederate States of America*, because there has been no Treaty of Peace, but there was an armistice (ceasefire) ONLY.

24. In the year 1863, Lincoln asked a Harvard Law Professor, Francis Lieber, to write the *Law of War* for the US Army, which became known as *The Lieber Code*, but is actually designated *General Orders 100*, all of which is now included in the *United States Law of War Manual*, that is now a book about 4 inches thick, and is part of International law, or the Law of Nations.

25. The current *State of Texas* is a military government put in place by the United States Army under Article 1, *General Orders 100*, the Lieber Code.

> *A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. Martial Law is the immediate and direct effect and consequence of occupation or conquest.*
> *The presence of a hostile army proclaims its Martial Law.*

26. The Martial Law continues to this day under Article 2, *General Orders 100*, Lieber Code

> *Martial Law does not cease during the hostile occupation, <u>except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war,</u> when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same.[emphasis added]*

because there have been no special proclamations by the commander in chief (President of the United States), and there is no Treaty of Peace to this date.

27. In the year 1871, while operating under Executive Authority, Congress authorized a municipal corporation to operate in the District of Columbia *(16 Stat. 419)* which is talked about in the dissenting opinion of Downes v Bidwell, 182 U.S. 244 (1901), as the second national government that is *"maintained by Congress outside and independently of that instrument* [the Constitution]".

> *"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 (1901)*

that the military police, are conspiring together, with their BAR member handlers, to work for,

> *"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

in violation of their Oaths to support and defend the supreme law of the land, Article VI, Clause 2.

> *This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Clause 2, This Constitution for the United States of America*

## The Republic of Texas

28. The *1933 Montevideo Convention on the Rights and Duties of States* was ratified by the United States, as a Treaty, and entered into force December 26, 1934, which requires that recognition is irrevocable, in Article 6, and under Article 8, *no state has the right to interfere in the internal or external affairs of another state*, and further evidence of the War Crimes being

engaged in by these military police in conspiracy with their BAR member handlers to threaten, coerce, injure and intimidate the people of the *Republic of Texas* in the free exercise of our rights to engage in U.S. constitutionally protected activities of common law courts, and petition the military government for a redress of grievances, in support of our right to self-determination and our right to determine our own political status as Texas nationals, violating the *International Covenant on Civil and Political Rights* as a Treaty entering into force September 8, 1992.

State of Texas Military Dictatorship

29. Under HJR 1 dated 29 December 1845, at *9 Stat. 108*, the *State of Texas* is required to have a "*republican form of government*", and it is impossible for a military government, operating under Martial Law to be a Republican form of government, because the military government is a dictatorship as evidenced by Article 3, General Orders 100, Lieber Code

> *Martial Law in a hostile country consists in the suspension, by the occupying military authority, of the criminal and civil law, and of the domestic administration and government in the occupied place or territory, and in the substitution of military rule and force for the same, as well as in the dictation of general laws, as far as military necessity requires this suspension, substitution, or dictation.*
> *The commander of the forces may proclaim that the administration of all civil and penal law shall continue either wholly or in part, as in times of peace, unless otherwise ordered by the military authority.*

and because a Republican form of government requires the law of the land, natural law, and common law, and political power to be in the hands of "We the People", and a symbolic military government, called a democracy, with all *State of Texas* employees, including all of the Wrongdoers named herein, being *"Federal personnel"* as required by their Roman Civil codes (5 USC § 552a (a) (13)), which is anyone with a Social Security Number

> *(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred*

> *retirement benefits under any retirement program of the Government of the United States (including survivor benefits).*

for their 1871 municipal corporation (16 Stat. 419)

> *""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312, [emphasis added]*

that exists today, is the second national government talked about in the dissenting opinion of Downes v Bidwell, 182 US 244 (1901), that is *"maintained by Congress outside and independently of that instrument* [the Constitution]".

> *"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 (1901)*

and is a military dictatorship, and the United States has failed to provide a Republican Form of Government, as required by Article IV, Section 4

> *"The United States shall guarantee to every State in this Union a Republican Form of Government, ..." Article IV, Section 4, This Constitution for the United States of America*

except that the *Republic of Texas* is that *Republican Form of Government*, but it is being maliciously (*see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022),* attacked by the screened for low intelligence military police, in conspiracy with their BAR members handlers.

The Republic of Texas brought out of abeyance

30. After the War between the States, and its armistice, many years have passed and all of those involved on both sides are now dead, and in the early 1990's, some of the people of Texas, after reviewing the Act of Congress *9 Stat. 1*, and Resolutions *HJR 8, March 5, 1845, 5 Stat. 797,* and *HJR 1, 29*

*December 1845, 9 Stat. 108,* of the US Congress and other historical evidence, discovered that the *Republic of Texas* was in abeyance (dormancy) as an entirely different entity from the *State of Texas* and the Texas territory is *"properly included within, and rightfully belonging to, the Republic of Texas"*, and brought the *Republic of Texas* out of abeyance and organized a *Provisional Government of the Republic of Texas*, and peacefully held elections, and have been peacefully holding elections ever since, to peacefully provide common law remedies for the people of Texas.

<u>The Republic of Texas is a Foreign Government</u>

31.The *Republic of Texas* is a foreign government under 18 USC § 11 *"irrespective of recognition"*

> *The term "foreign government", as used in this title except in sections 112, 878, 970, 1116, and 1201, includes any government, faction, or body of insurgents within a country with which the United States is at peace, <u>irrespective of recognition</u> by the United States. 18 USC § 11 Foreign Government Defined [emphasis added]*

because the first thing *State of Texas* actors say to us is; "We do NOT recognize you," speaking of the *Republic of Texas*, even though it is the same *Republic of Texas* that was recognized by President Andrew Jackson March 3, 1837, which was also recognized by France, December 25, 1839, and other nations including Belgium, and the United Kingdom, and *"recognition is unconditional and irrevocable"* under Article 6 of the *1933 Montevideo Convention on the Rights and Duties of States* that was acceded to by the US Senate as a Treaty and entered into force December 26, 1934, at 49 Stat. 3097.

32.The *Republic of Texas* is a group of men and women on the territory *"properly included within and rightfully belonging to the Republic of Texas"* trying to peacefully bring common law remedies to the people of Texas, as a Republican Form of Government, because the *State of Texas* is a military

government operating exclusively under Martial Law, as a military dictatorship, and can NEVER be a Republican Form of Government.

Treaty of Peace

33. Even though the Demandant has resigned as a Senator, (because of the threats, terrorism, intimidation, coercion, and injuries by the Wrongdoers named herein), the Demandant can say with some authority, after being involved with the *Republic of Texas* government, for almost 20 years, that the people of the *Republic of Texas* would very much like to enter into a *Treaty of Peace* with the United States to bring to an end the War between the States, as far as Texas is concerned. We believe it would be good for everybody, and maybe other States formerly part of the *Confederate States of America*, would like to do the same. It would be very good to bring that dark chapter of our history to a final conclusion.

Case Dismissed for Lack of Jurisdiction

34. In the year 1995, the *Supreme Court of Texas* dismissed a case involving the people of the *Republic of Texas*, for lack of jurisdiction, case 95-1002 Styled; *In Re: The People of the Republic of Texas by and through Richard L McLaren, their legal diplomatic representative as acting ambassador and Consul General and Legal Affairs Officer for the territorial land district, et al,*, evidencing that they know they have no authority over the people of the *Republic of Texas.*

Right to Self Determination and Political Status

35. The US Congress and the President of the United States have acceded to the *International Covenant on Civil and Political Rights,* 9 June 1992, and is now the Supreme Law of the Land, as a Treaty under Article VI, Clause 2,

> *This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges*

> *in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Clause 2, This Constitution for the United States of America*

and *We the People*, of the *Republic of Texas* have the right to self-determination, and the right to determine our own political status as Texas nationals, therefore we are engaging in U.S. constitutionally protected activity, and the military police are conspiring together with their BAR member handlers to threaten, coerce, intimidate and injure *We the People* of the *Republic of Texas* in the free exercise of our right to self-determination to determine our own political status as Texas nationals, for our Republican Form of Government guaranteed under Article IV, Section 4, since the Pope's owned and operated United States has failed to do so.

> *"The United States shall guarantee to every State in this Union a Republican Form of Government,... " Article IV, Section 4, This Constitution for the United States of America*

36. The Demandant has NEVER in his life breached the peace but the military police breach the peace on a routine basis, with their unlawful false arrests, false imprisonments, kidnappings, as described herein, and they have slandered and defamed the Demandant repeatedly, in countless ways as described herein, and demonstrated that they want the Demandant and anybody who thinks they have common law rights DEAD, because they are doing EXACTLY what Lieutenant General Michael Flynn, US Army, (Retired), says the US Army does to an enemy, in his book The Citizen's Guide to Fifth Generation Warfare, Session 1, in Section 3-3. First they Polarize the enemy, Second they Tribalize the enemy, Third they Dehumanize the enemy, and finally, Fourth they kill the enemy, which is their objective for the Demandant, they intend to murder the Demandant, they have slandered the Demandant, and defamed the Demandant, and

dehumanized the Demandant calling him a *"sovereign citizen terrorist"*, for their BAR member handlers, to the point his own sons and daughters do not talk to the Demandant, for fear of being slandered and defamed themselves, (another War Crime) and these military police and their BAR member handlers have demonstrated that they intend to continue the slander and defamation, to create terrorists, so they can shed some innocent blood for their handlers and justify the Demandant's MURDER, until the Demandant does turn up DEAD, for their handlers.

37. The military police and their BAR member handlers claim that people who they label "sovereign citizens" do not think that the law applies to them, and that is entirely false and evidence of their low intelligence threats, lies, terrorism and calumny that they are peddling, to generate business for themselves, and as part of their agenda to polarize, then tribalize, then dehumanize, the Demandant and the people of the *Republic of Texas* in preparation for the Fourth and final step – MURDER.

US Constitution = Supreme Law of the Land = Common Law

38. The truth of the matter is that the Constitution, under Article VI, Clause 2, is the supreme law of the land in America and the phrase "law of the land" is talking about common law

> *"The principle that no person should be deprived of life, liberty, or property except by due process of law did not originate in the American system of constitutional law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June, 1215, declared:*
> *"No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment of his peers or by the law of the land."*
> *It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law. It is settled beyond question that this principle came from England to America as part of the common law and has been a fundamental rule in common law. When first adopted in Magna Charta, the phrase,*

*"law of the land," had reference to the common law and has been a fundamental rule in common law." 16 Am. Jur. 2d, Constitutional Law, Section 543. [emphasis added]*

and *common law* and the *law of the land* has always been here long before the government was here

*The individual may stand upon his constitutional rights as a citizen. .... His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights. Hale v Henkel 201 U.S. 43 (1906) [emphasis added]*

was here long before the government was, and the military government is required to step aside when "We the People" step forward *(Ex Parte Milligan, 71 U.S. 2 (1866))*, and common law is everywhere above the high water mark and after the first bridge on any navigable river, except for the *District of Columbia* under Article 1, Section 8, Clauses 17, and 18, and any federal enclaves, and as affirmed by Section 14, of the Organic Law of the *Northwest Ordinance, (1787)*, that was passed just three months prior to the US Constitution being ratified, by the Demandant's fourth great uncle, among others, as well as affirmed by the *Judiciary Act of 1789, 1 Stat. 73.*

*"(a) Saving to suitors, in all cases, the Right to a Common Law Remedy, where the Common Law is competent to give it; shall also have Exclusive Original (Jurisdiction) Cognizance of all seizures on land, or other waters than as aforesaid made, and of all suits for penalties and forfeitures incurred, under the laws of the United States." 1 Statute 77, Section 9(a); [emphasis added]*

and the Judicial Code of 1911

*"Third. Of all causes of admiralty and maritime jurisdiction; saving to suitors, in all cases, the Right of a Common Law Remedy, where the Common Law is competent to give it." 36 Statute 1161, Section 256, Part (3).* [emphasis added]

all of which is evidence that the military police, and their BAR member handlers intent to perjure their oaths to the Supreme law of the land,

*This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the*

*Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Clause 2, This Constitution for the United States of America*

because they are busy working for the 1871 municipal corporation (12 Stat. 419) under Roman Canon Law.

*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312, [emphasis added]*

which is the second national government *"maintained by Congress outside and independently of that instrument* [the Constitution]" talked about by Justice Marshall Harlan in the dissenting opinion of Downes v Bidwell, 182 U.S. 244, (1901).

*"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 (1901)*

Using Commerce Clause to bring District of Columbia dictatorship outside "a maximum of ten miles square"

39. The truth of the matter is that at common law a proper name is NEVER spelled in ALL BLOCK CAPITAL LETTERS, therefore, the name GLENN WINNINGHAM FEARN is in derogation of common law, and a fiction of law, as described herein and the Minor Estate (31 CFR 363.6).

40. The truth of the matter is that in the year 1213, Pope Innocent III coerced King John into giving the Pope his Kingdoms

*"And, not long after this, by a general excommunication of the king and people for several years, because they would not suffer an archbishop to be imposed on them, [King] John was reduced to such straits, that he surrendered his kingdoms to Pope Innocent III, to receive them again, and hold them of him under the rent of a thousand marks." Tomlins Law Dictionary 1835 Edition, Volume 2, under the definition of POPE*

and renting them back with the Concessions to the Pope (1213)

> *"... we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them, saving in all things the penny of St. Peter, the Roman church shall receive yearly a thousand marks sterling, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..." Concessions of England to the Pope (1213) [emphasis added]*

41. The truth of the matter is that the Minor Estate *cestui que usufruct* created with the *Cestui que vie Act of 1666*, by the Pope's owned and operated Crown of The United Kingdom,

> *"Yet still it was found difficult to set bounds to ecclesiastical [Papal] ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses [the Vatican]; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy [the Pope]) to be bound in conscience to account [tax] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses [usufructs] and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

and brought into the United States with the Code of Law for the District of Columbia in 1901 *"Chap. 854. – An Act to establish a code of law for the District of Columbia." "The Legal Estate to be in Cestui Que Use" [emphasis added] in Sec. 1617, at 31 Stat. 1432* is now codified at *31 CFR 363.6*, because of the necromancy "*...cestui que use...*", [use = usufruct] people are presumed DEAD, at *Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230,* where it says;

> *"SEC. 252. PRESUMPTION OF DEATH. - ..... he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.*

which is now called the Minor Estate (*31 CFR 363.6*) is an entity because an entity includes "*the estate of a living person such as an incompetent or a minor*".

> *Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, or the estate of a living person such as an incompetent or a minor. 31 CFR 363.6 [emphasis added]*

and a Minor can be anyone over the age of 18 years who has failed to take control of the securities in their Treasury Direct Account

> *Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account. 31 CFR 363.6 [emphasis added]*

which is a fiction of law which falls under Roman Canon Law, and was "*invented by the Roman Praetors ... under the pretence of doing equity...*"and "*...owe their origin to the legislative usurpations of the bench. 4 Benth. Ev. 300." Bouvier's Law Dictionary, 1856 Edition, Volume 1, page 520*, and Fictions of Law are necromancy and Satanic

> *10 There shall not be found among you any one that maketh his son or his daughter to pass through the fire, or that useth divination, or an observer of times, or an enchanter, or a witch,*
> *11 Or a charmer, or a consulter with familiar spirits, or a wizard, or a necromancer.*
> *12 For all that do these things are an abomination unto the LORD: and because of these abominations the LORD thy God doth drive them out from before thee. Deuteronomy 18: 10-12 King James Version*

and puts you under the Commerce Clause (*Article 1, Section 8, Clause 3*) violating *Article 1, Section 8, Clause 17,*

> *To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, .....Article 1, Section 8, Clause 17. [emphasis added]*

and everything in the *Code of Federal Regulations* including the Minor Estate (31 CFR 363.6) is government property under Article IV, Section 3, Clause 2

> *"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;" Article IV, Section 3, Clause 2, This Constitution for the United States of America*

and the Demandant may have an interest in the Minor Estate (31 CFR 363.6), but the Demandant wants nothing to do with it, because it was created by fraud and deception, and is necromancy, and Satanic, as described herein, and the truth of the matter is that it is a badge of slavery, because it is *"property belonging to the United States"*, and because a slave is a thing that is owned as property, and because the military police are using the Minor Estate (31 CFR 363.6) and the commerce clause, Article 1, Section 8, Clause 3 to bring the District of Columbia plenary jurisdiction (dictatorship) outside "*a maximum of ten miles square*" in violation of Article 1, Section 8, Clause 17,

> *"... and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

because their Minor Estate (31 CFR 363.6) is a type of a trust, and a trust is property, and a thing, and has no rights and falls under Roman Canon Law, and the military police are all US citizens of the District of Columbia as required by their Roman civil codes for their 1871 municipal corporation (16 Stat. 419)

> *""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170,*

> *244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312, [emphasis added]*

and because there are two national governments

> *"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 1901*

and they intend to make sure the Demandant submits to it or the Demandant will turn up DEAD, and then they get to pillage the fake money from the Treasury Direct account under GLENN WINNINGHAM FEARN under the *Hague Convention Concerning the International Administration of the Estates of Deceased Persons, concluded 2 October 1973*, and the Demandant is NOT suicidal, but if the Demandant does turn up dead, this is deathbed testimony, or the Demandant will be subjected to the *District of Columbia* military prisons, which is EXACTLY what has already happened, as described herein, with their Warrants that fail to be authentic, and the *District of Columbia* Roman Law so-called Courts, therefore whether they enslave the Demandant, or kill the Demandant resisting their slavery, either way it is a win-win-win scenario for the military police and their handlers.

<u>The Demandant and the Republic of Texas</u>

42. In 2004 the Demandant heard about the Republic of Texas from some Rice McLeod audio files. Rice McLeod was at the time Attorney General for the *Republic of Texas.*

43. The Demandant got involved with the *Republic of Texas* government in 2007 when the President recommended the Demandant run for Congress, which he did.

44. When the Demandant was elected to a seat in Congress, the President recommended he run for Speaker of the House of Representatives, which the Demandant did and was Speaker for about 18 months.

45. While Speaker of the *House of Representatives* on several occasions, the Demandant was approached about starting a militia, and he told them on every occasion that if they wanted to start a militia, they were free to do so, but the *Republic of Texas* did NOT want to appear to be a threat of any kind, therefore the *Republic of Texas* would NOT be doing that, but might be interested in having a Emergency Response Team to give aid to local governments in the event of a natural disaster, or local emergency.

46. In the year 2009 – the Demandant got a contract in White Plains, New York, and resigned from the *House of Representatives* and went to New York.

47. While in New York, the President of the *Republic of Texas* contacted the Demandant about approaching the Russian Federation about a Treaty of Peace and Recognition. They sent the Demandant a Commission as a *Charges de affairs*, but they never did give the Demandant a final go ahead to contact the Russian Embassy. Because the Demandant was commissioned as a *Charge de Affaires*, which is similar to an Ambassador, for the *Republic of Texas*, the Demandant is entitled to lifetime diplomatic immunity under International Law, a true copy of the Commission is attached hereto at Exhibit 1, all of which is incorporated herein by reference in its entirety.

Montana Highway Patrol Notice and Demand

48. In an effort to exhaust administrative remedies and exercise his Article I in Amendment right to petition the government for a redress of grievances, on 14 June 2010 – the Demandant served by Registered Mail a Notice and Demand designed to take away their presumptions taken under martial law, on Michael T Tooley, Chief Administrator for the Montana Highway Patrol,

a Notice and Demand in which the first paragraph says; *"I accept your oath of office"*, and saying, among other things, that the Demandant had the right to resist an unlawful arrest with lethal force, if necessary, see *United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841), which was a slave ship where the slaves overpowered their captors and killed all of them except for two because they did not know how to sail and they demanded to be taken back to Africa, and the US Navy found them and brought them to the United States and charged them with murder and the US Supreme Court dismissed the murder charges and ordered them returned to Africa*, a true copy of the Michael Tooley Notice and Demand together with proof of service, is attached hereto at Exhibit 2, all of which is incorporated herein by reference in its entirety.

Texas DPS Slander and Defamation

49. It was first discovered, when a friend of the Demandant's son found in an Arizona Post Office the Texas DPS *Intelligence Bulletin* full of hearsay information obtained with illegal search and seizures in violation of Article IV in Amendment, issued on 7 September 2010, saying their Minor Estate (31 CFR 363.6) GLENN WINNINGHAM FEARN was *"armed and dangerous"* and used the *Montana Highway Patrol Notice and Demand* and the *Republic of Texas* as justification in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies, and self-determine Texas national status.

Texas DPS Illegal Searches and Seizures

50. All of the information, in the Texas DPS *Intelligence Bulletin*, is hearsay including the hearsay evidence of the Minor Estate's (31 CFR 363.6) name, date of birth, and social security account number with the Treasury, and

other hearsay evidence, license plates etc., which is evidence of an illegal search and seizure of property in government hearsay databases.

51. The Demandant neither admits, nor denies the validity of any of the Information in the Texas DPS *Intelligence Bulletin.*

52. All of the information in the Texas DPS Intelligence Bulletin, is inadmissible because it is hearsay, and the Demandant failed to admit any of it, and all of it was obtained with illegal search and seizures of property in which the Demandant has an interest, in government hearsay databases, in violation of Article IV in Amendment.

53. All databases, government or otherwise, are full of hearsay information, and the Demandant requires the opportunity to cross examine the source of the hearsay information, to determine the veracity of that information.

54. Nobody has produced any lawful search warrants, signed by a Judge, with a Court seal, acting in his official capacity, authorizing the search of government hearsay databases, describing exactly what they are allowed to search for, as required by Article IV in Amendment, and the Authentications Act, at *1 Stat. 122*, which is the supreme law of the land under Article VI, Clause 2, therefore this Court is required to presume that no such search warrants exist. A true copy of the *Intelligence Bulletin* is attached hereto at Exhibit 3, all of which is incorporated herein by reference in its entirety.

<u>Harassments, Assaults, Kidnappings, and False Imprisonments</u>

55. The Demandant started getting harassed at airports and border crossings, getting selected for extra screening.

56. In the year 2012, the Demandant returned to Texas, and was involved with the *Republic of Texas House of Representatives* and then 2 terms in the Senate.

57. On 3 January 2013, the Demandant was unlawfully arrested (assaulted, kidnapped, and falsely imprisoned) and physically dragged into the US Border Patrol office on Interstate Highway 10 about ten miles west of Sierra Blanca, Texas for about a half an hour before being told he could leave.

58. The Demanded filed a lawsuit 4: 13-cv-576 which was dismissed by Sam R Cummings "as frivolous" on 13 August, 2013.

59. The Demandant filed a lawsuit in Texas courts case 352-263583-13 and Janet Napolitano, the Director of Homeland Security refused to accept service and there was no address to affect service of the Border thugs and it was eventually dismissed for failure to prosecute, because of failure to effect service on some of the Respondents.

60. In the year 2013, the Demandant missed a flight from Calgary, Alberta, because of US Customs delays, (assault, kidnapping, and false imprisonment) and a friendly sympathetic US Customs official told the Demandant to get a US Marshalls FOIA request, which he did, and when it eventually came in, (2014) it was over 500 pages redacted of mostly Notice and Demands that had been sent to government officials accepting their Oaths of Office, together with the *Texas Department of Public Safety Intelligence Bulletin* full of inadmissible hearsay information, obtained with illegal search and seizures in violation of Article IV in Amendment, saying the Minor Estate (31 CFR 363.6) is *"armed and dangerous"*, a true copy of which is attached hereto, in Exhibit 3, all of which is incorporated herein by reference in its entirety.

Texas DPS Slander and Defamation

61. In the fall of 2013, the Demandant was arrested at the border with Canada at Coutts, Alberta for smuggling because they had unlawfully searched his 34 foot travel trailer and found some pepper spray and a high capacity

magazine (more than 5 rounds capacity in communist Canada), over a "Lookout Synopsis" full of hearsay information that said the Demandant was "Armed and Dangerous" and a "sovereign citizen" evidencing that the *Texas Department of Public Safety* was unlawfully and maliciously sharing their defamatory, slanderous *Intelligence Bulletin* full of hearsay information obtained with an illegal search and seizure in violation of Article IV in Amendment, with their "five eyes" alliance communist foreign enemy buddies, in retaliation for the Demandant exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self-determine Texas national status. They held the Demandant in their torture chamber that was about 40 degrees farenheit (you could see your breath) for over 24 hours with just a short sleeve shirt on and no coat or jacket in support of the Texas DPS War crimes agenda, a true copy of the Lookout Synopsis is attached hereto as Exhibit 4, all of which is incorporated herein by reference in its entirety.

Texas DPS Slander and Defamation
at US Consulate, Calgary, Canada

62. In early 2014, the Demandant was at the US Consulate in Calgary, Canada to get a Passport and they decided to take a lunch break, and after business was finished, the Demandant went downstairs and the Calgary military police were waiting and arrested the Demandant, and the Calgary military police told him that they got a phone call from the US Consulate, evidencing more "five eyes" alliance malicious sharing of the *Intelligence Bulletin* full of the Texas DPS slander and defamation, with their communist foreign enemy buddies, in conspiracy with the *Montana Highway Patrol* in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine

Texas national status. The Demandant spent 82 days in jail for the fake "smuggling" charges, in support of their War Crimes agenda to take reprisals for political beliefs, and further evidencing the intent of John Kerry, US Secretary of State (at the time) to conspire with communist foreign enemies to engage in these War Crimes in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

63. The kangaroo court in communist Canada had ordered their Minor Estate (31 CFR 363.6) to undergo a mental evaluation, like the communists do to their political dissidents by putting them into mental institutions to perform forced medical experiments on them, just like they are doing to Bonnie Straight right now, so after being released from their jail, the Demandant immediately left the country and has not been back.

64. On February 14, 2015, Valentines Day, the *Republic of Texas* Congress, meeting in Bryan, Texas, was raided by the Kerr County Sheriff's Department, the weaponized *Federal Bureau of Investigation*, the US Marshalls, the Bryan Police, and the Texas State Police, because Suzy Cammack, a member of the *House of Representatives*, had convened a common law court over the theft of her home, and they were calling it a *"simulated legal process"*, and they seized the Demandant's laptop computer and carrying case, and the Demandant has not received any of it back to this day. Suzy and the *Republic of Texas* common law court Judge both spent time in Texas Jails over that matter, evidencing the State of Texas actors taking reprisals for political beliefs, more War Crimes, in their pattern of War Crimes against the people of the *Republic of Texas*.

65. On 21 July 2014, the Demandant's *Airframe and Powerplant License* and *Student Pilot Certificate* were suspended because of *"the TSA's initial*

*determination that you pose, or are suspected of posing, a risk of air piracy or terrorism, or a threat to airline or passenger safety."*, a true copy of the letter is attached hereto, at Exhibit 5, all of which is incorporated herein by reference in its entirety, more War Crimes by the Obama Administration taking reprisals for political beliefs with the Texas DPS malicious slanderous defamatory *Intelligence Bulletin* full of hearsay information obtained with an illegal search and seizure in violation of Article IV in Amendment, in conspiracy with the *Montana Highway Patrol*, and because the "five eyes" foreign enemy buddies in communist Canada were sharing their smuggling conviction with their communist buddies here, in retaliation, because the Demandant had the audacity to exercise constitutional rights of exhausting administrative remedies, seeking a redress of grievances, self-determining Texas national status, and evidencing their intent to deprive the Demandant of his right to pursue happiness by getting compensation for labor.

66. In August 2015, after 6 weeks working there, the Demandant was laid off from GKN Aerospace in Montgomery, Alabama, and when laid off, they held a meeting and told the Demandant that it had nothing to do with work performance because they were very happy with the work performance, but their corporate office had ordered it. The head office of GKN Aerospace is in the United Kingdom, one of the foreign enemies "five eyes" alliance sharing their smuggling conviction from communist Canada. That is the last job the Demandant had working in the aerospace industry, evidencing they intend to engage in slander and defamation to make sure the Demandant is denied the right to pursue happiness by getting compensation for labor, in support of their War Crimes Agenda against the Demandant and the people of the *Republic of Texas,* in support of the Texas DPS malicious conspiracy with the *Montana Highway Patrol*, and the Obama communist agenda in

retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

67. In the year 2017, while visiting the Demandant's daughter and grand children, the daughter asked the Demandant to leave, because her husband (a prison guard for the Immigration Service at the time) was nervous about losing his security clearance, a true copy of the letter she gave the Demandant is attached hereto as Exhibit 6, all of which is incorporated herein by reference in its entirety, and further evidence that these military police and their BAR member handlers intend to slander and defame the Demandant to make sure he is denied access to see his own children and grand children, in support of the malicious Texas DPS slander and defamation against him and the people of the *Republic of Texas*, and in conspiracy with the *Montana Highway Patrol* in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

68. The Demandant's sons, Nelson and Wilson are afraid to talk to him for fear of losing their security clearance, more slander and defamation by the malicious Texas DPS, in conspiracy with the malicious *Montana Highway Patrol* and by their military police in conspiracy with their BAR member handlers, for exercising U.S. constitutionally protected rights to petition the government for a redress of grievances, with the *Montana Highway Patrol*, and exhaust his administrative remedies, and exercise his right to self-determination as a Texas national, in retaliation.

<u>Sovereign Citizens</u>

69. The Resolution of Congress says that because we have a republican form of government, we are all "sovereign citizens" as evidenced by House Joint

Resolution 183 dated May 3, 1940 at 54 Stat. 178, says in the preamble, "*Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*"

> *"Whereas some two million young men and women in the United States each year reach the age of twenty-one years; and*
> *Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*
> *Therefore be it Resolved by the Senate and House of Representatives of the United States of America in Congress Assembled, That...." HJR 183 dated May 3, 1940, 54 Stat. 178 [emphasis added]*

and as affirmed by the Harold M Stephens, Chief Judge of the United States Court of Appeals for the District of Columbia Circuit in his article in the *American BAR Association Journal*, Vol 37, No. 4 April 1951, entitled: *Citizenship: "The Real Profession of Every American"*

> *"If our sovereign citizens are not informed upon such subjects, how can they intelligently participate in the determination of pertinent national policies?"*

therefore, "We the People" ARE the government, **that is why it is called a Republic**.

Obama Communists

70. During the Obama Administration, the communists in the weaponized *Federal Bureau of Investigation* made war on the Republic by using "sovereign citizen" as a buzz word for persecution and prosecution and then circulate numerous news releases stating that all "sovereign citizens" are terrorists as found in ABC News article entitled *"Sovereign citizens: Terrorism assessment warns of rising threat from anti-government extremists"* by James Thomas on 30 November 2015, and in a news article on RT.com entitled as *"Sovereign Citizens seen as top terrorist threat by US law enforcement"* by Brian Blanco on 5 August 2014, and numerous other

articles, by stating they intend to murder any "sovereign citizen", without a trial and without due process of law, by Obama's military police order followers. All of the Wrongdoers named herein are operating in support of Obama and his communist buddies to overthrow the Republic, which is TREASON!

Sovereign Citizen Quick Reference

71. Obama's weaponized *Federal Bureau of Investigation* even published a "Sovereign Citizen Quick Reference" in cooperation with the *Joint Terrorism Task Force*, a true copy of which is attached hereto as Exhibit 19, all of which is incorporated herein by reference in its entirety.

Many good and Honorable Public Servants

72. In an effort to exhaust administrative remedies, and exercise the Article I in Amendment right to Petition the government for a redress of grievances, starting in the year 2007, over a period of about ten years, the Demandant sent out thousands of Notice and Demands, almost all of them by Registered Mail, and the first paragraph of all of them says; "*I accept your oath of office*", and in all fairness, most of the government officials the Notice and Demands were sent to, were just honest hard working officials. A Judge in Johnson County, Texas returned a copy of his oath of office and surety bond, and a County Sheriff in New York returned an insurance claim form. The Demandant would NEVER do anything to cause injury to such honorable public servants, because we need such people to keep the peace, and as said in Notice and Demands, that the Demandant understands his duty to come to their aid when called upon

> *"Posse comitatus. Latin. The power or force of the county. The entire population of a county above the age of fifteen, which a sheriff may summon to his assistance in certain cases, as to aid him in keeping the peace, in pursuing and arresting felons,*

*etc. Williams v. State, 253 Ark. 973, 490 S.W.2d 117, 121." Black's Law Dictionary 6th Ed. 1990*

and will be there for them any time or any place.

Pennsylvania Attorney General

73. On the other hand, the Pennsylvania Assistant Attorney General returned a malicious letter saying that if the Demandant drives in Pennsylvania without a drivers license they would arrest the Demandant and put the Demandant in jail. The Demandant took their letter with a copy of the Notice and Demand and made a 2 page criminal complaint and sent it to the US Attorney in Harrisburg, Pennsylvania, and 2 weeks later got a letter saying; *"We have referred this matter to the FBI"*, and 6 months later, the Pennsylvania Attorney General's website showed they had an "Acting Attorney General", which means the previous Attorney General left office before his term was up.

County of Montague Thieves and the Minor Estate (31CFR 363.6)

74. In 2021, the Demandant converted silver to land.
75. The County of Montague under the direction of the Texas Comptroller, proceeded to enslave the Demandant with their Minor Estate (31 CFR 363.6) tax notices and tax liens and threat letters.
76. The Demandant served by Registered Mail a *Kathryn Phillips Notice and Demand* demanding that they produce a bona fide contract, and they never responded to it in any way.
77. The County of Montague filed a malicious "Tax Suit" in the 97th District Court.
78. The Demandant filed 78 criminal complaints into the case, and sent them to the weaponized *Federal Bureau of Investigation*, and the weaponized *United States Attorney*, and the weaponized Department of "Justus" ignored them in

retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

79. The Demandant filed a *Petition for a Writ of Mandamus* for the *Second Court of Appeals* to Order the lower Court to Prove Standing and Jurisdiction and the malicious Clerk of the *Second Court of Appeals* refused to accept it because the Demandant is a "vexatious litigant", and they were sure to send their letters refusing the Petition to the 97th District Court and the liars (Attorneys) to make sure to notify them that the Demandant could be denied due process of law with impunity, and get them into the conspiracy as accomplices in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

80. The Demandant brought the case to a *Republic of Texas* Common Law jury which issued an *Affidavit of Findings of Facts*.

81. The bought and paid for clerk masquerading as a Judge of the 97th District Court subjected the Demandant to their *Star Chamber* with their forced legal counsel, and maliciously assaulted the Demandant with the Minor Estate *(31 CFR 363.6)* to justify the theft of his land, and enslave the Demandant for their Vatican handlers, and they were in the process of selling the land, when, on the day of the sale, the Demandant setoff their extortion with their Federal Reserve Note commercial paper, fake money, that are ONLY for use in the District of Columbia, under the Gold Reserve Act of 1934

> *"Sec. 15. As used in this Act the term "United States" means the Government of the United States...the term "currency of the United States" means currency which is legal tender in the United States, and includes United States notes,...Federal Reserve Notes..." Gold Reserve Act of 1934, 48 Stat. 337*

82. The Demandant has NEVER in his life breached the peace, but the weaponized *Federal Bureau of Investigation* military police under the direction of Yarbrough, refused to investigate the felonies and the weaponized *United States Attorney*, under the direction of Simonton, refused to prosecute the felonies that the County of Montague engaged in to support of their weaponized Department of "Justus", and their Communist handlers to implement the first plank of the Communist Manifesto, the abolition of private property rights in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.
83. The Demandant filed a lawsuit in the Fort Worth federal Court, and Hal R Ray and Reed O'Connor maliciously issued a "*Findings, Conclusions and Recommendation of the United States Magistrate Judge*", which fails to be the required Findings of Fact and Conclusions of Law, which means it has nothing to do with facts or law, evidencing they intended to be accomplices to assault the Demandant with the Minor Estate (31 CFR 363.6) in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.
84. The Demandant filed the 78 Criminal Complaints into the federal lawsuit 4:24-cv-0881 and they maliciously got "unfiled", evidencing the case was pre-judged in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.
85. One of the Wrongdoers in the lawsuit was Stephen McCraw, Director of the *Texas Department of Public Safety*, because of that *Intelligence Bulletin*.

86. The Demandant filed Document 104, *Notice of Objection to the Magistrate Judges Findings, Conclusions and Recommendations and Motion to Reconsider*, filed 15 February, 2025.

87. The Demandant filed a Notice of Appeal on 3 March 2025 and it is in the US Court of Appeals for the Fifth Circuit case 25-10360.

88. The Demandant filed Document 108, Notice of Constitutional Challenge, filed 10 March, 2025, because they were obviously assaulting the Demandant with the Minor Estate (31 CFR 363.6).

89. The Demandant filed Document 112, Mandatory Judicial Notice of 12 Presumptions, filed 30 May, 2025 to defeat the presumptions that they like to take about trusts, for their Vatican handlers.

90. In every document filed into the case the Demandant put himself down as a living man on the land of Texas, but because they were obviously using trust law, the Demandant filed Document 113, Affidavit of Life, filed 30 May, 2025 to defeat the presumptions that the Demandant is "lost at sea" *at Chapter three – <u>Absence for Seven Years</u>, in Sec. 252, at 31 Stat. 1230,* where it says;

> *"SEC. 252. PRESUMPTION OF DEATH. - ..... he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.*

that they maliciously take for their Vatican handlers, so they can assault people with their trust law under Roman Law, because a trust is property and has no rights, because the Demandant has lots of firsthand knowledge of how they love to use trust law to enslave people for personal profit for their Vatican handlers in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

91. The Demandant filed Document 114, a Notice of Void Judgment, 30 May, 2025.
92. Marshall Thomas and Leigha Simonton maliciously have a problem with some of the things the Demandant said in the federal lawsuit 4:24-cv-0881, as evidenced in the Complaint No. 1883286 filed with the Tarrant County District Attorney, and it is not even signed by Simonton, or Thomas, almost a year after the alleged incident, a true copy is attached hereto as Exhibit 7, all of which is incorporated herein by reference in its entirety. The Court said nothing about it, and the Demandant was trying to get a redress of grievances, which is a right under Article I in Amendment, because the thieves engaged in the theft of the Demandant's land, and the case is NOT over because it is in the US Court of Appeals for the Fifth Circuit as case 25-10360, in which the Demandant tells them he wants the Minor Estate dissolved and liquidated, and the Demandant fails to care what they do with the fake money. They can put the fake money up their rectal orifice. The Minor Estate is a complete fraud, and a badge of slavery, and the Demandant wants nothing to do with it, and wants it dissolved and liquidated!
93. The Demandant has also filed a Rule 11 Petition for a Writ of Certiorari with the US Supreme Court, challenging the constitutionality of the 1871 municipal corporation *(16 Stat 419)*, the Minor Estate *(31 CFR 363.6)*, and the *National BAR Foundation* because Article 1 in Amendment requires that *"Congress shall make no law respecting an establishment of religion"*, and it is all coming from the Pope.
94. The Demandant finds it interesting that Thomas and Simonton filed this malicious criminal complaint at the same time that Captain Michael Lugo was maliciously complaining about the *Republic of Texas* Common Law Court, judgment, like they are piling on, and trying to get in on the action in

retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status. Furthermore, Thomas and Simonton are maliciously trying to interfere with the right to appeal this matter, which is another War Crime, and Simonton is a former US Attorney, and is deemed to know the law,

> *"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)*

therefore it is deliberate, calculated, and malicious, *see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,* and she is a knowing, intentional participant in all of these crimes described herein, and cannot claim any plausible deniability, or "good faith".

New Mexico Arrest in Conspiracy with the Texas DPS

95. On 4 August, 2025, about 9pm, the Demandant was arrested by about 5 cars with the *New Mexico State Police* in the parking lot of the *Crown Plaza Hotel*, in Albuquerque, New Mexico, after returning with a friend from dinner. The Demandant was at an *Extraordinary Science Conference* that he has gone to in early August for the last 7 or 8 years.

The Demandant asked to see the Warrant and they failed to produce it.

While the Demandant was in the back seat of the police cruiser, he heard an officer say: "Tell [a name] I need that warrant."

This is evidence that the malicious weaponized *Federal Bureau of Investigation* and *Texas Department of Public Safety* military police maliciously intended that the Demandant exercise the right to resist their unlawful arrest

> *"Citizens may resist an unlawful arrest to the point of taking an arresting officers life if necessary" Plummer v State 136 Ind. 306. Upheld by the Supreme court of the United States in John Bad Elk v U.S., 177 U.S. 529. Also supported in State v*

*Rousseau, 40 Wash 2d, 92, 241 P2d 447, Sup Crt. N.C. State v Mobley 240 N.C. 476, 83 S.E. 2d 100, 102 (1954); Sup Crt Miss is Wilkinson v State 143 Miss 324, 108 so. 711-712, 713 (1926), Presley v State 75 Fla 434, 78 So. 532, 534 (1918); Millis v State 196 Ga 569, 27 S.E. 2d 91 (1943) Owen v State, 58 Tex Crim 261, 125 S.W. 405 (1910) Capertown v Commonwealth 189, Ky 652, 655, 225 S.W. 481, 483 (1920)*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." State v. Robinson, 145 ME. 77, 72 ATL. 260*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100;*

because they are required to produce the Warrant when they make an arrest or the Demandant can resist their unlawful arrest, with lethal force if necessary,

*"A SPECIAL deputy is bound to show his warrant IF requested to do so, and if he omits( does not), the party against whom the warrant issues may resist an arrest, and the warrant under such circumstances,; is no protection against an action for an assault, battery and false imprisonment." Frost v. Thomas, 24 Wendell's Rep. (N.Y.) 418, 419 (1840).*

*"It is doubtless the duty of an officer who executes a warrant of arrest to state the nature, substance, and CAUSE of the CHARGING process which gives him the authority he professes to exercise, and, if it is demanded, to exhibit his warrant, that the party arrested may have no excuse for resistance." Shovlon v. Com., 106 Pa. 369, 5 Am. Crim. Rep. 41 (1884)*

so the New Mexico State [military] Police would maliciously have an excuse to murder the Demandant, if he exercised the right to resist their unlawful arrest with lethal force if necessary, so the military police could maliciously shed some innocent blood for their handlers and they could all justify the existence of the *Joint Terrorism Task Force*, and say the *Joint Terrorist Task Force* is doing their job to kill a sovereign citizen terrorist, and the Demandant would be DEAD, and who is going to say otherwise?

*"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

This is also evidence of their malicious illegal search and seizure of property in the government hearsay database that the Demandant has an interest, in conspiracy with Casey Brashear because they knew where the Demandant was because of the license plate on the car he was travelling in, which the Demandant has not admitted and do not admit as evidence, and no search warrants for hearsay electronic databases have been produced, therefore this Court is required to presume that none exist.

> "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "Norman v. Zieber, 3 Or at 202-03.
>
> *Also see*... "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." *Hagans v. Lavine, 415 U. S. 538 (1974)*

Attempted Murder

96. The malicious Texas DPS military police actors have known for decades that the Demandant was involved with the *Republic of Texas* as evidenced by their *Intelligence Bulletin*, full of hearsay information that was obtained with illegal search and seizure in violation of Article IV in Amendment, and this is deliberate and calculated war crimes taking reprisals against the Demandant and the people of the *Republic of Texas* for political beliefs,

> *"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

with their malicious slander and defamation by the Texas DPS, and the *Tarrant County District Attorney*, in conspiracy with the malicious *Montana Highway Patrol*, and now the malicious New Mexico State [military] police.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

Joint Terrorism Task Force are the Terrorists

97. The truth of the matter is the <u>*Joint Terrorism Task Force*</u> ARE the TERRORISTS, maliciously fabricating TERRORISTS for job security, so they can shed some innocent blood for their BAR member handlers, which is what they have planned for the Demandant,

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

and then they get to pillage the fake money from the Treasury Direct account Minor Estate (31 CFR 363.6) under GLENN WINNINGHAM FEARN under the *Hague Convention Concerning the International Administration of the Estates of Deceased Persons, concluded 2 October 1973*, and the Demandant is NOT suicidal, but if the Demandant does turn up dead, this is deathbed testimony, or the Demandant will be maliciously subjected to the District of Columbia military prisons, just like what has already happened, as described herein, with their malicious Warrants that fail to be authentic, and their Roman Law kangaroo Courts,

> *"... and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

therefore whether they enslave the Demandant, or kill him resisting their slavery, either way it is a win-win-win scenario for these screened for low intelligence military police and their BAR member handlers in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

<u>Aggravated Burglary in Bedford</u>

98. The Demandant learned later that on 5 August, 2025, Casey Brashear had maliciously and knowingly executed an expired search warrant, that was issued on 1 August, 2025 by Alan Wayland, Magistrate, Grapevine Municipal Court, with three days to execute

> *HEREIN FAIL NOT but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you executed the same.*

thereby conducting an illegal search of the house the Demandant has been living in, by breaking into the house (Aggravated burglary) and pillaged property of the Demandant and his room mates, valued at over two hundred thousand dollars, ($200,000.00), and had maliciously arrested several people who were on a common law jury that had been conducted, a true copy of the Warrant is attached hereto as Exhibit 18, all of which is incorporated herein by reference in its entirety. They had barricaded off all of the streets nearby to make as big a spectacle as possible, for the neighbors to see what happens, for their slander and defamation, with dozens of unknown officers who are busy hiding their identities, to avoid the consequences of their criminal activity, under the direction of Casey Brashear and Bobby LaPenna, Bedford Chief of Police in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

99. The Bedford Chief of Police was also notified about the expired Warrant and the Bedford Police was there helping with the malicious "Aggravated burglary" and the cowards failed to have name tags and they have turned over all Public Information Requests to their Attorneys obstructing the

ability to get names of those involved, and they even told the home owner, when confronted about the expired Warrant, *"Oh we do this all the time"*, evidencing the malicious flagrant disregard these military police have for their requirements under the Constitution.

100. If there is any Organized Criminal activity, it is the military police and their criminal street gang, with common identifying colors.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

<u>Fake Warrants in New Mexico</u>

101. On 5 August 2025 they held an arraignment in the Bernalillo County Jail and gave the Demandant a copy of the fake warrant that failed to have a Court Seal as required by the Authentications Act, at *1 Stat. 122*, which was the very first Act of Congress in the Second Session, and is the Supreme Law of the Land

> *<u>This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;</u> and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Clause 2, This Constitution for the United States of America*

true copies of the malicious fake Warrants are attached hereto, as Exhibit 8, all of each of which are incorporated herein by reference in their entirety. There were 3 felonies. Organized Criminal Activity, Terroristic threat, and Terrorism. Their malicious warrants that fail to be authentic and malicious Fugitive Complaint had the Minor Estate (31 CFR 363.6) "name", "date of birth", and "Social Security [account] Number" with the Treasury, all of which are hearsay evidence, and the Demandant failed to admit any of it, therefore it is inadmissible, and evidence of their illegal search and seizure of property in which the Demandant has an interest, in government hearsay

databases in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

102. The Demandant neither admits nor denies the validity of any of it, but it is inadmissible, because it is hearsay, and the Demandant failed to admit it, and it was obtained with an illegal search and seizure of property in which the Demandant has an interest, in government hearsay databases, and no search warrants have been provided, signed by a Judge acting in his official capacity, with a Court seal, describing specifically what they are allowed to search for in the government's hearsay database, therefore the court is required to presume that no search warrant exists.

> "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "Norman v. Zieber, 3 Or at 202-03.

> *Also see...* "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." *Hagans v. Lavine, 415 U. S. 538 (1974)*

103. The malicious Fugitive Complaints are signed by Patrick Chavez, New Mexico State [military] Police, a true copy of which are attached hereto at Exhibit 9, all of each of which are incorporated herein by reference in their entirety, in which Chavez says the Minor Estate (31 CFR 363.6) fiction of law is a fugitive from "TX", which is a military region of the District of Columbia that overlays *"the territory properly included within, and rightfully belonging to, the Republic of Texas"* which was *"erected into a new State, to be called The State of Texas"* as evidenced by the Act of Congress at *9 Stat. 1*, and by HJR 1, dated 29 December 1945, at *9 Stat. 108*, and has been under Martial Law since 1861 when Galveston, Texas was invaded by the Union Army, and at the time the Demandant was arrested, the Demandant was a Senator for the *Republic of Texas*, because they are

deliberately, calculatedly, maliciously taking reprisals for political beliefs, and they want the Demandant DEAD, in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

104. There is no evidence introduced by Lugo, or Brashear, or the Texas DPS at any time, or in any case that the Demandant is involved in any contracts, involving their Minor Estate (31 CFR 363.6) therefore the Court is required to presume that no such contracts exist

> "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "Norman v. Zieber, 3 Or at 202-03.

> *Also see...* "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." *Hagans v. Lavine, 415 U. S. 538 (1974)*

and presumptions that the Demandant is DEAD,

> *"The power to create presumptions is not a means of escape from constitutional restrictions." Bailey v Alabama, 219 U.S. 219, 238, et seq., 31 S.Ct. 145; Manley v Georgia, 279 U.S. 1, 5-6, 49 S.Ct. 215*

to maliciously facilitate their use of Trust Law, which is part of the Pope's Roman Law, cannot be used to *"escape from constitutional restrictions"* of their Oath of Office, to the Supreme Law of the land (Article VI, Clause 2).

> *This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Clause 2, This Constitution for the United States of America*

105. The malicious fake Warrants are evidence that Steven Junes conspired with Casey Brashear, and Captain M Lugo, and the New Mexico State

[military] Police to threaten, coerce, intimidate, and maliciously injure the Demandant in the free exercise of the right to engage in Constitutionally protected activities, of holding a common law court, and Petition the government for a redress of grievances, as well as maliciously violate the Demandant's rights under the color of law, with their assault (false arrest), kidnapping, and false imprisonment, in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status, a true copy of Captain Lugo's Criminal Complaint is attached hereto, as Exhibit 10, all of which is incorporated herein by reference in its entirety.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

106. The Demandant was maliciously arrested in the parking lot of the Crown Plaza Hotel, which is on the east side of the Rio Grande River, which means the Demandant was in "*the territory properly included within, and rightfully belonging to, the Republic of Texas*" as evidenced by the Act of Congress at *9 Stat. 1*, and by HJR 1, dated 29 December 1945, at *9 Stat. 108*, when arrested, and was at the time a Senator of the *Republic of Texas*, and the New Mexico State Police unlawfully and maliciously arrested the Demandant, (assault), and falsely imprisoned the Demandant, kidnapped the Demandant, in a malicious conspiracy with the Texas military police and their BAR member handlers, for engaging in Constitutionally protected activities of a common law court, seeking a redress of grievances, self determining Texas national status, and exhausting administrative remedies.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the the*

> *time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

107. Under the Articles of Confederation, Article V, Clause 4, because the Demandant was, at the time, a Senator with the *Republic of Texas*, the Demandant was entitled to immunity from public statements, and the Demandant was entitled to immunity from arrests or imprisonments because there were no common law crimes, by the Demandant, as evidenced by the fact that all of the charges were dismissed

> *Freedom of speech and debate in Congress shall not be impeached or questioned in any Court, or place out of Congress, and the members of congress shall be protected in their persons from arrests and imprisonments, during the time of their going to and from, and attendance on congress, except for treason, felony, or breach of the peace.*

and there were members of the *Republic of Texas* Executive branch at the *Extraordinary Science Conference* that the Demandant was attending, at the Crown Plaza Hotel, in Albuquerque, and the New Mexico State Police caused a breach of the peace, with their unlawful arrest, kidnapping, false imprisonment, in conspiracy with the Texas military police and their BAR member handlers in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

## Bills of Pains and Penalties

108. The fake warrants were also Bills of Pains and Penalties, similar to Bills of Attainder and unconstitutional because it named the Minor Estate (31 CFR 363.6) and its "date of birth", which is a *Fiction of Law* and

> *"A court of general jurisdiction is presumed to be acting within its jurisdiction till the contrary is shown." Brown, Jur Section 202; Wright v. Douglas, 10 Barb. (N.Y.) 97; Town of Huntington v. Town of Charlotte, 15 Vt. 46.*

is evidence that the Judge who signed it was maliciously NOT acting in his official capacity,

> *A court can be a court of general jurisdiction for some purposes and a court of limited jurisdiction for other purposes. When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption, applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103.*
>
> *"...it is familiar law that when special statutory authority in derogation of common law is conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

because he was maliciously legislating from the bench, under Roman Law

> *" Fictions of Law - 3. Fictions were invented by the Roman praetors, who, not possessing the power to abrogate the law, were nevertheless willing to derogate from it, under the pretence of doing equity. Fiction is the resource of weakness, which, in order to obtain its object, assumes as a fact, what is known to be contrary to truth: when the legislator desires to accomplish his object, he need not feign, he commands. Fictions of law owe their origin to the legislative usurpations of the bench. 4 Benth. Ev. 300." Bouvier's Law Dictionary, 1856 Edition, Volume 1, page 520*

because a Bill of Pains and Penalties, similar to a Bill of Attainder is a "*..Legislative act ....that apply to ...named individuals...to inflict punishment without a judicial trial.*"

> *"Bill of Attainder" means Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v Lovett, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252*
>
> *"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5.*

*C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 496*

*"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

because Judges ONLY hold office during good behavior, and engaging in malicious legislative acts from the bench is bad behavior, in derogation of common law

*"The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, ..." Article III, Section 1, This Constitution for the United States of America*

and Article III Judges are neutral and unbiased

*"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings." Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927)*

and ONLY an Article III Judge can make decisions about life, liberty, or property

*Justice THOMAS, concurring:..J. Mascott, Constitutionally Conforming Agency Adjudication, 2 Loyola U. Chi. J. Reg. Compliance 22, 45 (2017) (Mascott) ("Cases involving ... deprivations or transfers of life, liberty, or property constitute a `core' of cases that ... must be resolved by Article III courts ("not executive administrators dressed up as courts"). Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023)*

*"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it." American Ins. Co. v. Canter, 1 Pet. 511. P. 578." Williams v United States 289 U.S. 553 (1933) [emphasis added]*

*Sibbach v. Wilson & Co., 312 U.S. 1 (1941) – Judicial functions cannot be delegated to non-judicial entities.*

*Freytag v. Commissioner, 501 U.S. 868 (1991) – Non-Article III courts must operate under judicial supervision.*

*United States v. Raddatz, 447 U.S. 667 (1980) – Article III courts must resolve core constitutional disputes.*

*Ex parte Milligan, 71 U.S. (4 Wall.) 2 (1866) – Military tribunals cannot try civilians when civil courts are available.*

*United States v. Lee, 106 U.S. 196 (1882) – Asserted that judicial authority is required for disputes involving private rights.*

*Martin v. Hunter's Lessee, 14 U.S. (1 Wheat.) 304 (1816) – Judicial power cannot be delegated to non-Article III courts.*

*Hayburn's Case, 2 U.S. (2 Dall.) 409 (1792) – Non-judicial officers cannot perform judicial functions constitutionally reserved for Article III courts.*

*Thomas v. Union Carbide Agricultural Products Co., 473 U.S. 568 (1985) – Emphasized that Article III courts must adjudicate core issues.*

*Crowell v. Benson, 285 U.S. 22 (1932) – Non-judicial agencies cannot resolve core legal issues.*

*Hayburn's Case, 2 U.S. (2 Dall.) 409 (1792) – Early assertion that non-judicial officers cannot exercise judicial power.*

*Marbury v. Madison, 5 U.S. 137 (1803) – Established the principle of judicial review, affirming that unconstitutional acts cannot be enforced.*

*Plaut v. Spendthrift Farm Inc., 514 U.S. 211 (1995) – Finality of judicial decisions can only rest in Article III courts.*

*Lynch v. Household Finance Corp., 405 U.S. 538 (1972) – Private property rights are subject to judicial review under Article III.*

*United States v. Lee, 106 U.S. 196 (1882) – The exercise of judicial power is necessary to determine property rights.*

*Loretto v. Teleprompter Manhattan CATV Corp., 458 U.S. 419 (1982) – The permanent physical occupation of property by the government constitutes a taking requiring just compensation.*

*Missouri v. Jenkins, 515 U.S. 70 (1995) – Judicial control of government actions involving private rights.*

therefore Steven Junes, was maliciously purporting to be a Judge and a Court, and was impersonating a Public Servant

*Sec. 37.11. IMPERSONATING PUBLIC SERVANT. (a) A person commits an offense if the person:*

> *(1) impersonates a public servant with intent to induce another to submit to the person's pretended official authority or to rely on the person's pretended official acts; or*
> *(2) knowingly purports to exercise, without legal authority, any function of a public servant or of a public office, including that of a judge and court.*
> *(b) An offense under this section is a felony of the third degree.*

and was part of a malicious conspiracy against the Demandant to threaten, coerce, injure and intimidate the Demandant in the free exercise of his rights to get a redress of grievances, to exhaust administrative remedies, hold a common law court, and the right to self determination of Texas national status

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

<u>Fort Worth Dismissal</u>

109. Steven Junes also maliciously signed Kenneth Ouimet's fake warrants and they also fail to be authentic because there is no Court Seal as required by the Authentications Act, at *1 Stat. 122,* which was the very first Act of Congress in the Second Session, and is the Supreme Law of the Land

> *<u>This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;</u> and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Clause 2, This Constitution for the United States of America*

and they also are Bills of Pains and Penalties for the same reasons the malicious fake Warrants are Bills of Pains and Penalties in the Demandant's case, therefore Steven Junes was impersonating a Public Servant in violation of his Texas Penal Code 37.11, when he issued the malicious fake Warrants for Kenneth Ouimet, and it was also part of a conspiracy to threaten, coerce, injure, or intimidate Kenneth Ouimet in the free exercise of constitutionally

protected activity of holding a common law court and Ouimet had the right to resist that arrest with lethal force if necessary, true copies of the fake Warrants used to falsely arrest, kidnap, and falsely imprison Kenneth Ouimet are attached hereto as Exhibit 11, all of each of which are incorporated herein by reference in their entirety.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

110. The fact that there was no Court seal as required by the Authentications Act at *1 Stat. 122,* which is the supreme law of the land under Article VI, Clause 2, fails to be a curable defect, because the arrest has already taken place, and in the Demandant's case, they maliciously admitted to not having the Warrants when making the arrest, which means they failed to know what the Warrants even looked like, or what it said, which means <u>they maliciously failed to care if it was lawful Warrant</u>, which means it is deliberate, calculated, malicious, assault, kidnapping, and false imprisonment.

> *"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

> *Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022*

by Steven Junes, Phil Sorrells, Casey Brashear, Andrea Brandt, Captain Michael Lugo, Leigha Simonton, Marshall Thomas, and all of the officers of the New Mexico State [military] Police involved in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

> *"A conspiracy results in liability for all those involved in false imprisonment or stripping a man of his rights for monetary gain. This is undoubted doctrine from the time of the Marshal Sea case, 10 Co. 68, to this day." State of Conn. V Leach, 7 Conn. Rep. 452 (1829)*

111. The Demandant waived extradition "WITHOUT PREJUDICE", which means there is no contract, and no waived rights, and gave no evidence against himself, and a US Marshall brought the Demandant to Tarrant County Jail in Fort Worth, true copies of which are attached hereto, as Exhibit 12, all of each of which are incorporated herein by reference in their entirety.

112. Because the Demandant signed the Extradition waivers "WITHOUT PREJUDICE" they failed to be authorized to pay for the malicious false arrest, (assault), kidnapping, false imprisonment, and extradition from the Minor Estate (31 CFR 363.6) Treasury Direct Account and Phil Sorrells paid for it from Tarrant County public funds, which means it is also Misappropriation of Public Funds, because we flew to Houston and then the US Marshall rented a vehicle, and the US Marshall told the Demandant he made his living doing extraditions.

113. The Demandant told the US Marshall that he would have no trouble from the Demandant because the charges were completely spurious, and the Demandant did not want to add real charges to the fake charges, and when dropping off the Demandant, the US Marshall thanked the Demandant for his cooperation during the trip.

114. On 11 August, 2025, the Demandant was arraigned in Fort Worth and given a $500,000 bond with malicious egregious punitive bond restrictions like GPS ankle monitor, no internet, and home confinement, which is signed "WITHOUT PREJUDICE", which means there is no contract, and waived no rights, and admitted no evidence, a true copy of the Magistrate Warning is attached hereto, at Exhibit 13, all of which is incorporated herein by reference in its entirety.

115. Furthermore, because the Demandant signed everything "WITHOUT PREJUDICE" and the guards were asking some of the other prisoners, "Why is he putting "WITHOUT PREJUDICE" here?" because that was done literally every time the Demandant was given something to sign, including the malicious forced medical experiments, therefore, they failed to be authorized to pay for the false imprisonment from the Minor Estate (31 CFR 363.6) Treasury Direct Account, and Phil Sorrells paid for it all from Tarrant County public funds, which means it is also Misappropriation of Public Funds, because the Demandant is sure that the Tarrant County Jail is a "for profit" business.

116. The Greek derivative of the word "sorcery" is pharmakaos, and the Tarrant County Jail has a whole floor dedicated to Satanists peddling their pharmaceuticals with their forced medical experiments. The first thing they did was take blood pressure and then it was continuous harassment to take blood pressure because they said the Demandant had high blood pressure even threatening segregation and forced medical experiments for the "high blood pressure" because the Demandant "might have a stroke". The Demandant told them that he read an article about how stroke symptoms are very similar to the symptoms of a Vitamin C deficiency – scurvy – but hospitals and medical doctors make no money from selling vitamins, and had none, because the Demandant asked for Vitamin C, and the jail food is completely devoid of vitamins. The Demandant had to beg other prisoners for their orange peels, because sometimes they would work as trustees in parts of the jail where the reward was an old dried up orange, but orange peels are almost pure vitamin C, and the Demandant would beg for the orange peels, so he could eat them and get a little bit of vitamin C because it certainly was NOT in the food, and the sorcerers would love for the

Demandant to start exhibiting symptoms they could claim are stroke symptoms so they could peddle their pharmaceuticals. On the day before the Demandant was released he filed a grievance for their forced medical experiments, and wants it listed here, as a War Crime. It got to the point that they would wake up the Demandant to get blood pressure taken and then when refused they would make the Demandant sign for it and the Demandant would insert "WITHOUT PREJUDICE" and then would have to get into an argument about the signature and have to explain to their hired thugs that Title 1, Section 1, of US Code says a signature is a mark and it can be anything, even the smallest little dot, or a smiley face, and for this it is a "WITHOUT PREJUDICE".

117. Around 21 August a court appointed lawyer, Valerie Veyhl, came to see the Demandant in the Tarrant County Jail and offered to plea bargain the matter. The Demandant accepted her offer.

118. The Demandant sent Valerie Veyhl two letters from the Tarrant County Jail, the first on or about 25 August, 2025, with an *Affidavit of Fact*, explaining what we were doing with the common law court, that the Demandant was previously a *Charge de Affaires* for the *Republic of Texas*, which is equivalent to an Ambassador, and had lifetime diplomatic immunity protection under International Law, and also had immunity from public statements under the Articles of Confederation, and a *Motion for an Identity Hearing* to establish that the Demandant is NOT lost at sea, is not their Minor Estate (31 CFR 363.6), and is a man on the land of Texas, to remove the Demandant from trust law, which is part of the Pope's Roman Canon Law, and the Second letter, on or about 2 September, 2025, explained that the Demandant was going to have a friend get the lawyer a Certified copy of the *Document 113 Affidavit of Life*, and *Document 112 Mandatory Judicial*

*Notice of 12 Presumptions* from federal court case 4:24-cv-0881 for the lawyer to introduce as exculpatory evidence into the evidence file, and a *Motion to Quash the Warrants* because they failed to be authentic warrants, which would make the arrest unlawful and illegal and everything that precipitates from an unlawful and illegal arrest is also unlawful and illegal, precipitating the dismissal of the case, a true copy of the *Affidavit of Fact* as Exhibit 14, the *Motion for an Identity Hearing*, as Exhibit 15, and the *Motion to Quash the Warrants* as Exhibit 16, all of each of which are incorporated herein by reference in their entirety.

119. On 17 September, 2025, Valerie Veyhl came to see the Demandant in the Tarrant County Jail and told him all charges were dismissed, evidencing it was a malicious prosecution.

> *"Although probable cause may not be inferred from malice, malice may be inferred from lack of probable cause." Pauley v. Hall, 335 N. W. 2d 197, 124 Mich App 255*

> *See Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,*

because when the legitimacy of the arrest is disputed, it is presumed to be unlawful and the burden of proof shifts onto the officers making the arrest

> *"The only thing the plaintiff needs to do is to allege a false arrest, is either (1) that the defendant made an arrest or imprisonment, or (2) that the defendant affirmatively instigated, encouraged, incited, or caused the arrest or imprisonment." Burlington v. Josephson, 153 Fed.2d 372,276 (1946)*

> *"When the plaintiff has shown that he was arrested, imprisoned or restrained of his liberty by the defendant, "the law presumes it to be unlawful." People v. McGrew, 20 Pac. 92 (1888); Knight v. Baker, 133 P. 544(1926)*

> *"The burden is upon the defendant (cop) to show that the arrest was by authority of law." McAleer v. Good, 65 Atl. 934, 935 (1907); Mackie v. Ambassador, 11 P.2d 6 (1932)*

> *"ANY ARREST, made without a PROPER warrant, Signed by a judge and backed up by an affidavit from two persons that states, under penalty of perjury, you have broken a contract or hurt somebody, if challenged by the defendant (person), is presumptively invalid...the burden is upon the state" to justify it as authorized by*

*statute, and does not violate the constitutional provisions and or (human rights.) State v. Mastrian, 171 N.W.2d 695 (1969); Butler v. State, 212 So.2d 577 (Miss 1968)*

*"As in the case of illegal arrests, the officer... must keep within the law at his peril." Thiede v. Scandia, 217 Minn. 231, 14 N.W.2d 400 (1944)*

120. The Demandant was released on 18 September 2025, a total of 45 days after being maliciously assaulted (unlawfully arrested), kidnapped, falsely imprisoned, in New Mexico, in conspiracy with Phil Sorrells, Casey Brashear, Leigha Simonton, Andrea Brandt, Steven Junes, R. Joseph Rothrock, Marshall Thomas, Captain Michael Lugo, and Patrick Chavez and his New Mexico State Police buddies in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

121. The Demandant picked up his car in Albuquerque, New Mexico on 22 September, 2025, and it cost $1064.62 from the storage company, as well as over $500 for a rental car for a week, and $500.00 for Darren Swain to travel to Albuquerque and bring the car back.

122. The Demandant later learned that Chris Johnson, Judge of the Hays County Court at Law 2 maliciously issued a fake warrant that failed to have a Court Seal, to search the car in Hays County on 1 August, 2025, a true copy of which is attached hereto at Exhibit 17, all of which is incorporated herein by reference in its entirety, therefore Johnson was purporting to be a Judge and a Court evidencing he was impersonating a public servant

*Sec. 37.11. IMPERSONATING PUBLIC SERVANT. (a) A person commits an offense if the person:*
*(1) impersonates a public servant with intent to induce another to submit to the person's pretended official authority or to rely on the person's pretended official acts; or*
*(2) knowingly purports to exercise, without legal authority, any function of a public servant or of a public office, including that of a judge and court.*
*(b) An offense under this section is a felony of the third degree.*

123. Also, Phil Sorrells, Casey Brashear, Leigha Simonton, Andrea Brandt, Steven Junes, R. Joseph Rothrock, Marshall Thomas, Captain Michael Lugo, and Patrick Chavez and his New Mexico State Police buddies, are maliciously subjecting the Demandant and the people of the *Republic of Texas* to their satanic religious ceremony, assaulting us with their Minor Estate (31 CFR 363.6) which is necromancy, fraud, deception, and idolatry

> *10 There shall not be found among you any one that maketh his son or his daughter to pass through the fire, or that useth divination, or an observer of times, or an enchanter, or a witch,*
> *11 Or a charmer, or a consulter with familiar spirits, or a wizard, or a necromancer.*
> *12 For all that do these things are an abomination unto the LORD: and because of these abominations the LORD thy God doth drive them out from before thee.*
> *Deuteronomy 18: 10-12 King James Version*

> *"Ye are of your father the devil, and the lusts of your father ye will do. He....... abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44 King James Version*

> *But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death. Revelations 21:8 King James Version*

which is another War Crime in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

124. The Demandant found out that all of the malicious charges against the common law court jurors were dismissed as well, evidencing that the whole thing was a malicious prosecution *see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,* by Phil Sorrells, Casey Brashear, Leigha Simonton, Andrea Brandt, Steven Junes, R. Joseph Rothrock, Marshall Thomas, Captain Michael Lugo, in support of their slander and defamation to terrorize *We the People* of the *Republic of Texas* into refraining from constitutionally protected activity, to justify their work

as the *Joint Terrorism Task Force*, and make work for themselves, by creating terrorists, so they could shed some innocent blood for their handlers, further evidence they are actually the terrorists, conspiring to threaten, coerce, injure, or intimidate everyone on that common law court, in the free exercise of our right to engage in constitutionally protected activity, of holding a common law court, under color of law, as well as violating the Demandant's rights and the rights of everybody on that jury, under color of law, as well as assault, kidnapping, and false imprisonment, for every fake warrant executed in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

Slander and Defamation

125. On 20 September, 2025, the Demandant's wife called from Vancouver, and wanted to know what had happened because it was on Facebook that the Demandant was in jail, and the Demandant explained to her what had happened, evidencing the malicious defamation, slander, terrorism, and War Crimes by the Texas DPS and the *Montana Highway Patrol* military police, and the *Joint Terrorism Task Force* and their military police and their BAR member handlers named herein, in retaliation for the Demandant's exercising constitutionally protected rights to seek a redress of grievances, and exhaust administrative remedies, self-determine Texas national status, and conduct a common law court.

126. The Demandant asked his daughter, in Arizona, what they were doing for Christmas and on 7 October she answered the text when said she was not comfortable having the Demandant in her home but could meet for dinner somewhere, further evidence of the malicious slander, defamation, terrorism, and War Crimes being engaged in by the military police and their BAR

member handlers, and the weaponized *Federal Bureau of Investigation*, the *Joint Terrorism Task Force*, and the *Texas Department of Public Safety* and the *Montana Highway Patrol* military police, in retaliation for the Demandant's exercising constitutionally protected rights to seek a redress of grievances, and exhaust administrative remedies, self-determine Texas national status, and conduct a common law court.

State of Texas Military Dictatorship

127. Phil Sorrells, Casey Brashear, Leigha Simonton, Andrea Brandt, Steven Junes, R. Joseph Rothrock, Marshall Thomas, Captain Michael Lugo, and Patrick Chavez and his New Mexico State Police buddies, and his malicious weaponized *Federal Bureau of Investigation Joint Terrorism Task Force*, and *State of Texas* actors, the *Texas Department of Public Safety*, the *Texas State Police*, and the *Tarrant County District Attorney*, and the *Hays County District Attorney*, in a malicious conspiracy with the *Montana Highway Patrol*, have repeatedly engaged in War Crimes against the Demandant and the people of the *Republic of Texas*, using the Minor Estate *(31 CFR 363.6)* Canon Law, and the Commerce Clause *(Article 1, Section 8, Clause 3)* to bring the *District of Columbia* outside *"a maximum of ten miles square"* in violation of Article 1, Section 8, Clause 17,

> *"... and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

by imposing the *District of Columbia* plenary power dictatorship, (Martial Law), and taking reprisals for political beliefs, taking reprisals for religious beliefs, subjecting the people of the *Republic of Texas* to their satanic religious ceremony, with their fraud, deception, idolatry, and necromancy,

for their handlers under Roman Canon Law, failing to provide a fair and regular *trial by jury* as required by the Supreme Law of the Land *(Article VI, Clause 2)*, but instead subjecting us to inquisitions for their Vatican handlers,

> *INQUISITION, Is one way of proceeding in ecclesiastical courts. Wood's Inst. 596. Tomlins Law Dictionary 1835 Edition, Volume 1*

and selling us into slavery,

> *"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871) [emphasis added]*

denying us the right to pursue happiness, coercing information from us and from third party government hearsay databases, coercing plea bargains, illegal search and seizures, denials of due process of law, torture, cruel and unusual punishments, forced medical experiments, punishing men and women of the *Republic of Texas* for the crimes of the Minor Estate (31 CFR 363.6), taking the peaceful men and women of the *Republic of Texas* hostage for the Minor Estate (31 CFR 363.6), pillaging our land and other property, fake Warrants, unlawful arrests, kidnappings, false imprisonments, and attempted murder, because they have a duty to produce a lawful Warrant, when making an arrest, and we have the right to resist an unlawful arrest with lethal force if necessary (*United States* ***v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)***), and other War crimes, too numerous to count, and the weaponized *Federal Bureau of Investigation* has refused to investigate these crimes, and the weaponized *US Attorney* has refused to prosecute them, because "We do not recognize you", speaking of the *Republic of Texas*, in support of their targetedjustice.com agenda, and because the federal authorities are busy supporting the War Crimes, and participating in the War Crimes, and claim a "good faith" excuse.

> *"All wanton violence committed against persons in the invaded country, all destruction of property not commanded by the authorized officer, all robbery, all pillage or sacking, even after taking a place by main force, all rape, wounding, maiming, or killing of such inhabitants, are prohibited under the penalty of death, or such other severe punishment as may seem adequate for the gravity of the offense. A soldier, officer or private, in the act of committing such violence, and disobeying a superior ordering him to abstain from it, may be lawfully killed on the spot by such superior." Article 44, General Orders 100, Lieber Code [emphasis added]*

> *"(a) No evidence obtained by an officer or other person in violation of any provisions of the Constitution or laws of the State of Texas, or of the Constitution or laws of the United States of America, shall be admitted in evidence against the accused on the trial of any criminal case.*
> *(b) It is an exception to the provisions of Subsection (a) of this Article that the evidence was obtained by a law enforcement officer acting in objective good faith reliance upon a warrant issued by a neutral magistrate based on probable cause." Texas Code of Criminal Procedure, Article 38.23 Evidence Not to Be Used [emphasis added]*

> *"(e)Defense.—A good faith reliance on—*
> *(1) a court warrant or order, a grand jury subpoena, a legislative authorization, or a statutory authorization (including a request of a governmental entity under section 2703(f) of this title);*
> *(2) a request of an investigative or law enforcement officer under section 2518(7) of this title; or*
> *(3) a good faith determination that section 2511(3) of this title permitted the conduct complained of;*
> *is a complete defense to any civil or criminal action brought under this chapter or any other law." 18 US Code 2707 Civil Action [emphasis added]*

evidencing their malicious intent to perjure their oaths to the supreme law of the land in order to be the second national government which is talked about in the dissenting opinion of Downes v Bidwell, 182 U.S. 244 (1901), that is "*maintained by Congress outside and independently of that instrument* [the Constitution]"

> *"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 (1901)*

in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

128. The rights protected (War Crimes) by the *Geneva Convention Relative to the Protection of Civilians in a time of War of 1949* cannot be renounced, waived, or given up

> *"Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention, ..." Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

129. The weaponized *Federal Bureau of Investigation* Agent, Casey Brashear brags about how he maliciously got Bonnie Straight (previously Bonnie Thomas) into Texas jail and has bragged that he intends to "shut down the *Republic of Texas*", and Bonnie Straight was Chief Counsel for the *Republic of Texas* for 4 years, from 2018 through 2022, and is entitled to lifetime diplomatic immunity under International Law, as an executive officer for the *Republic of Texas*, and they currently are doing to Bonnie what the communists always do to their political dissidents, put them into mental institutions to perform forced medical experiments on her by foreign immigrant Dr. Umanaheswara Velama who is maliciously subjecting Bonnie to a forced medical experiment with the pharmaceutical called; *abilify*, more war crimes, against the people of the *Republic of Texas*, by Dr. Umanaheswara Velama, Casey Brashear, Andrea Brandt, Marshall Thomas, Captain M. Lugo, Phil Sorrells, and Bobby LaPenna, and the Texas military Courts operating under the Pope's Roman Law of Trusts, as described herein.

130. Furthermore, under Title 1, US Code, Section 1 it says that someone who is incompetent is insane

> *"the words "insane" and "insane person" shall include every idiot, insane person, and person non compos mentis;" 1 USC 1 Words denoting number, gender, and so forth [emphasis added]*

which means that just because Bonnie Straight might NOT be 100% correct in her arguments in her case, and because the Pope's fake Judge Bosworth, in the case wants to sit there and play stupid and presume Bonnie Straight is DEAD, or lost at sea, and impose the Pope's trust law on Bonnie Straight, she is maliciously declared insane, and committed to a mental institution for forced medical experiment war crimes.

Martial Law Caused the War of Independence

131. The *War of Independence* was fought over the imposition of Martial Law, as found in *The Causes and Necessity of Taking Up Arms* issued by the Continental Congress in the year 1775

> *"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.......to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial.......and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us." The Causes and Necessity for Taking up Arms (1775) [emphasis added]*

*"...to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial...",* and as evidenced by the Organic Law of the *Declaration of Independence, (1776)*, which is a list of grievances against King George

> *"He has combined with others* [the Pope] *to subject us to a jurisdiction foreign to our constitution,* [Roman Canon Law] *and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation* [from the Pope]*:"*
> *"For transporting us beyond Seas to be tried for pretended offences* [from the Pope]*"*
> *"For imposing Taxes on us without our Consent:"*
> *"For depriving us in many cases, of the benefits of Trial by Jury:"*
> *"He has abdicated Government here, by declaring us out of his Protection and waging War against us." Declaration of Independence (1776) [emphasis added]*

and King George even signed *The Definitive Treaty of Peace of 1783* as *"Arch Treasurer and Prince Elector of the Holy Roman Empire"* all of which evidences the true enemy being the Vatican, which is why Brashear is doing what he is doing, to give aid and comfort to George Soros, and his communist buddies, because Brashear wants to get a civil war going, for his handlers, to get a Satanic blood sacrifice going, which is what the Chinese want so the Chinese can come and pick up the pieces after we kill each other off.

132. George Soros is claimed to be an instrument of British Intelligence and the Crown of the United Kingdom is owned and operated by the Vatican.

133. The Pope now owns and operates the 1871 municipal corporation (12 Stat. 419) with the bankruptcy emergency

> *"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only." United States Congressional Record, March 17, 1993 Vol. 33,*
>
> *"Since March 9, 1933; the United States has been in a state of declared National Emergency . . . Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens. . . . A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency . . ." In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (73 CIS Serial Set S963-2 - [607 Pages])*

because Martial Law Rule is the law of emergency and necessity

> *There are 3 kinds of martial law*
> *1 Full Martial Law*
> *-when actually invaded by a foreign enemy or insurrection*
> *-troops put on the street*
> *2 Martial Law Proper*
> *-law of the armed forces, when a sergeant tells a private what to do*
> *-enforced by courts martial*
> *3 Martial Law rule*
> *-law of emergency or necessity, used during peace times, can go on indefinitely*
> *Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302 Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court,*

which makes it Satanic, and the Satanists are using the Pope's Roman Law of *Capitis Diminutio*

> *"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights." Black's Law Dictionary 4th Edition, 1968*

to populate the prisons by selling people like Ken Ouimet, the Demandant, and Bonnie Straight into slavery

> *"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

and because of the administrative proceedings under the Pope's Roman Canon Law of trusts, there are more people in prison in America as a percentage of the population, than there are in Communist China, or were in the Soviet Union, or the worst dictatorship in history, and if there were Christians here, the BAR members doing it, would get their neck stretched

> *"If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him; then that thief shall die; and thou shalt put evil away from among you." Deuteronomy 24:7*

and the innocence project https://innocenceproject.org/ estimates that 60% of prisoners are innocent, but it is such good business for the Vatican and their Roman Law so-called Courts, which is one of the grievances in the Organic

Law of the Declaration of Independence (1776)

> *He has plundered our seas, ravaged our Coasts, burnt our towns, <u>and destroyed the lives of our people.</u>*

all of which has been planned and orchestrated by the Vatican

> *"Within twenty years this country is going to rule the world. Kings and Emperors will soon pass away and the democracy of the United States will take their place.... When the United States rules the world, the Catholic Church will rule the world...." Roman Catholic Archbishop James E. Quigley, Chicago Daily Tribune, May 5, 1903*

and the Pope (the Vatican) now owns and operates the bankrupt 1871 corporation *(16 Stat. 419)* as evidenced by the *Roman Aquila* military staff




that is carried in battle by all Roman Commands, and planted on all conquered nations, that is sitting on the right side of the Speaker's podium in the US House of Representatives, and the two Roman fascia (bundle of rods bound into a weapon symbolizing under the rule of a single man) that are on the wall on each side of the Speaker's podium in the US House of Representatives, which is also why Nancy Pelosi, when she was Speaker of the US House of Representatives, told the members of the House; *"We can't read this Bill until after we pass it."* because she was taking instructions from her Vatican handlers, all of which is evidencing the fact that the 1871 corporation (*16 Stat. 419)*, currently operating in the District of Columbia is

a Vatican dependent City State, and the Vatican's *Pope Francis* recently issued an *Apostolic Letter* about *Jurisdiction of Judicial Authorities of Vatican City State in Criminal Matters* that talks about concurrent jurisdiction in other Papal States, like the *District of Columbia*, and the *City of London*

> *"5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply." Apostolic Letter issued Motu Proprio...., entering into force on 1 September 2013.*

**which means the Pope's ecclesiastical Canon Law is brought into Texas with the commerce clause (Article 1, Section 8, Clause 3)** and the Vatican's Pope Francis came and addressed his owned and operated Congress on 24 September 2015, and the Pope's owned and operated *Federal Bureau of Investigation, Joint Terrorism Task Force* are assaulting the Demandant and the people of the *Republic of Texas* with their Roman *Fiction of Law* Minor Estate *(31 CFR 363.6)* / cestui que usufruct with the Pope's *Cestui que vie Act of 1666*, which was brought into the United States with the Code of Law for the District of Columbia in 1901 *"Chap. 854. – An Act to establish a code of law for the District of Columbia." "The Legal Estate to be in Cestui Que Use" [emphasis added] in Sec. 1617, at 31 Stat. 1432* is now codified at *31 CFR 363.6*, and the Pope's necromancy "*...cestui que use...*", (use = usufruct) and people are presumed DEAD, at *Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230,* where it says;

> *"SEC. 252. PRESUMPTION OF DEATH. - ..... he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.*

and the Pope's Uniform Commercial Code

> *"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound*

> *by its obligations." Brasswell v. United States 487 U.S. 99 (1988) quoting, United States v. White 322 U.S. 694 (1944),*
>
> *"Whenever [the Uniform Commercial Code] creates a "presumption" with respect to a fact, or provides that a fact is "presumed," the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence." UCC § 1-206 Presumptions [emphasis added]*

all of which is unconstitutional because Article 1 in Amendment requires *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof, ... ",*

## Wanted to Peacefully help people of the *Republic of Texas*

134. In 2024, we in the *Republic of Texas* wanted to peacefully help other *Republic of Texas* people currently in Texas jails and we held some common law courts.

135. We got a known case that was upheld by the 14th District Court in Dallas, Case 95-07735 on 19 September 1995 called A. Abello Corp WFAA TV vs Johnny Johnson and Lakeview Developers to use it as a template.

136. We organized a common law court and got seals and followed it to every detail for about six cases, one of them for Ken Ouimet that was filed into his case, and one of them for the Demandant that was filed into case 4:24-cv-0881 to get some constructive feedback on whether we need to make corrections, because thirty years had passed. Our sole interest was to help people, especially people who were associated with the *Republic of Texas*. We need it to be recognized by the State of Texas military government to help people in Texas jails.

137. *We the People* of the *Republic of Texas* wanted nothing but a peaceful friendly relationship with the military government of the *State of Texas*.

## Joint Terrorism Task Force Terrorists

138. On 30 June 2025, the Demandant served *R. Joseph Rothrock, Special Agent in Charge of the Federal Bureau of Investigation, Dallas Field Office* by Registered Mail RE 268 547 020 US a Notice and Demand, and the first paragraph says; *"I accept your Oath of Office"*, but the Demandant should know better to think that Rothrock, the Special Agent in Charge of the Dallas weaponized *Federal Bureau of Investigation*, would honor their Oath of Office.

139. It appears that Casey Brashear and his military police are going to get their desire to eliminate the *Republic of Texas* because the Demandant has resigned his Senate seat and all of the rest of them are running scared, (terrorized) because of Brashear's malicious prosecutions, *see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,* so Brashear can be proud that he is such a good terrorist, and have perjured their oaths to *"support the supreme law of the land"* and violated the Supreme Law of the land (Article VI, Clause 2) in support of their District of Columbia military dictatorship.

> *"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 (1901)*

140. The people of the *Republic of Texas* are refraining from engaging in constitutionally protected activities after being terrorized by Brashear and his military police and their BAR member handlers.

141. Casey Brashear, and his weaponized *Federal Bureau of Investigation* military police buddies, Andrea Brandt, Captain M Lugo, and the *Joint Terrorism Task Force* are the terrorists, terrorizing the people of the *Republic of Texas* with their malicious prosecutions *see Thompson v Clark, 596 U.S.___ (2022) Docket No. 20-659, decided April 4, 2022,* in a malicious

conspiracy with the Texas DPS and the *Montana Highway Patrol* military police dictatorship, and then when we turn up DEAD, they get to pillage the fake money from the Treasury Direct account under GLENN WINNINGHAM FEARN [in the Demandant's case] under the *Hague Convention Concerning the International Administration of the Estates of Deceased Persons, concluded 2 October 1973*, and the Demandant is NOT suicidal, but if the Demandant does turn up dead, this is deathbed testimony, or the Demandant will be subjected to the District of Columbia military prisons, with false arrest, kidnapping, false imprisonment, just like what has already happened, as described herein, with their Warrants that fail to be authentic, and their Roman Canon Law so-called Courts,

> *"... and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

therefore whether they enslave the Demandant, or kill him resisting their slavery, either way it is a win-win-win scenario for these military police, and their BAR member handlers,

> *"Two national governments exist, one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument" Dissenting opinion of Justice Marshall Harlan. Downes v. Bidwell, 182 U.S. 244 (1901)*

violating our rights to engage in constitutionally protected activity under the color of law, and conspiracy to threaten, coerce, injure and intimidate us in the free exercise of our rights to engage in constitutionally protected activity, under the color of law, and in support of British Intelligence's George Soros, and his communist Chinese handlers.

## SUMMARY

142. All of this is evidence that there is no justice in the Texas military so-called Courts because the (bought and paid for) clerks masquerading as Judges, like Steven Junes, Elizabeth Beach, Hal R Ray, Reed O'Connor, and Patricia Coleman Byars, want to sit there and play stupid and assault people standing in front of them, and pretend they are the Minor Estate *cestui que usufruct* created with the Pope's *Cestui que vie Act of 1666*, and brought into the United States with the Code of Law for the District of Columbia in 1901 *"Chap. 854. – An Act to establish a code of law for the District of Columbia."* *"The Legal Estate to be in Cestui Que Use"* *[emphasis added] in Sec. 1617, at 31 Stat. 1432* is now codified at *31 CFR 363.6*, and the Pope's necromancy "*…cestui que use…*", (use = usufruct) people are presumed DEAD, at *Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230,* where it says;

> *"SEC. 252. PRESUMPTION OF DEATH. - ..... he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.*

so they can assault them with the Minor Estate, (31 CFR 363.6) and trust law, which is part of the Pope's Roman Canon Law, to engage in a commercial transaction under the Pope's Uniform Commercial Code

> *"But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligations." Brasswell v. United States 487 U.S. 99 (1988) quoting, United States v. White 322 U.S. 694 (1944),*

> *"Whenever [the Uniform Commercial Code] creates a "presumption" with respect to a fact, or provides that a fact is "presumed," the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence." UCC § 1-206 Presumptions [emphasis added]*

to justify pillaging fake money from the *Treasury Direct Account*, because they get fees for personal profit or gain, under the Code of Law for the District of Columbia, now called United States Code, for;

*-drawing a complaint at 31 Stat. 1366*
*-issuing a commitment at 31 Stat. 1366*
*-Issuing a subpoena at 31 Stat. 1366*
*-Administering an oath at 31 Stat 1366*
*-transcripts at 31 Stat 1366*
*-issuing a warrant of arrest at 31 Stat. 1366*
*-entering a return at 31 Stat 1366*
*-drawing a bond at 31 Stat 1366*
*-Recognizance of witnesses at 31 Stat. 1366*
*-certifying depositions at 31 Stat 1366*

which is unconstitutional because Article 1 in Amendment requires *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof,..."*,

143. Randy Kelton routinely will take a criminal complaint to a Judge who is required to issue a Warrant and all of them have routinely refused to do anything, and this has happened dozens of times.

144. Violations of specific Articles of the *Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*, include but are not limited to Articles 27, 31, 32, 33, 34, 52, 53, 54, and 71.

145. The weaponized *Federal Bureau of Investigation*, and the weaponized *Department of Justice* [Justus] completely ignore the dozens of criminal complaints the Demandant filed into the County of Montague case, but Captain Michael Lugo files a criminal complaint, with absolutely baseless charges, and the *Joint Terrorism Task Force* terrorists arrest more than half a dozen people with fake warrants from their corrupt military courts, for their military dictatorship, hoping to shed some innocent blood for their handlers in retaliation for exercising US Constitutionally protected rights to seek a redress of grievances, exhaust administrative remedies and self determine Texas national status.

146. After being sworn in, US Attorney General, Pam Bondi signed a memorandum creating a *Weaponization Working Group* in the *Department of Justice* and Trump appointed his Pardon attorney, Edward Martin, Jr., as Director of the Weaponization Working Group to review prosecutorial abuses by the *Department of Justice* and its owned and operated *Federal Bureau of Investigation.*

147. Recently President Trump renamed the Department of Defense to what it was originally called The War Department and summoned all of the Generals and Flag Officers of the Navy in the War Department for a briefing and there were around 800 Generals and Flag Officers at the meeting, and some of the points covered were that the Pope's owned and operated Crown of the United Kingdom is a foreign enemy, and it is time to get focused on the fact that we are at War and the enemy is within the country, and the Demandant, for one, is ready to do whatever it takes to support that effort.

148. Trump is only one guy. We all need to be doing what we can to expose wrongdoing and bring it to justice.

> *"It is not the function of our government to keep the Citizen from falling into error; it is the function of the Citizen to keep the government from falling into error." American Communications Ass'n v Douds, 339 U.S. 382, 442.*

## Relief Required

149. There are many cases about the possible relief in this matter. There is a recent case, Rabb v City of Ocean City, 833 F3d 286 (2016) where they awarded $10,000/minute, and there is the Trezevant v City of Tampa 71 F2d 336 (1979) where they were awarded $15,000 for each 15 minute period in 1979, almost 50 years ago. The Demandant is NOT a liar (Attorney) and has no idea what is "reasonable", but is asking for three hundred million dollars $300,000,000.00, because it has been going on for almost twenty years, but, the Demandant leaves it up to the judgment of the Court to decide just

compensation, and also as to whether to hold any of these officials personally liable in their private capacity, but the Demandant is entitled to a remedy.

> *"The Party to the conflict in whose hands protected persons may be, is responsible for the treatment accorded to them by its agents, irrespective of any individual responsibility which may be incurred." Article 29, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and so are the rest of the people of the *Republic of Texas* involved in this matter, entitled to a remedy, under what is now Treaty law of the *International Covenant on Civil and Political Rights*.

150. Having said all of that, the Demandant has been deprived of the right to pursue happiness for over 10 years, and before that, the best year, the Demandant made just under $200,000 (around $185,000) in a year.

151. At a minimum, all of these Wrongdoers named herein should be required to find another line of work, appropriate to their intelligence level, where they are NOT required to be trusted, since they are NOT trustworthy, maybe digging ditches, or something appropriate – just opinion, and the Demandant leaves it entirely up to the Court.

152. Texas national Bonnie Straight, previously Bonnie Thomas, former Chief Counsel for the *Republic of Texas*, needs to be released, and all charges dismissed, because she is entitled to diplomatic immunity.

153. Texas national, James Michael Tesi needs to have his case reviewed because he was pursued by Colleyville military police over a Class C Misdemeanor (fails to be a crime – no probable cause) outside Colleyville City limits to his home in Hurst, past his "NO TRESPASSING" signs and they got into a gun fight with him and shot him and then charged him with attempted murder, and he has spent over 10 years of a 38 year sentence, in jail. His case is taking reprisals for political beliefs. He was called a

"sovereign citizen" and denied due process, and his attorneys were threatened.

154. Texas national, Debbie Carter needs to have her case reviewed because she was given life in prison for "senior abuse", which is clearly political.

155. All of the Texas nationals participating in our common law jury and unlawfully arrested, kidnapped, falsely imprisoned, and terrorized, Jason Morgan, Kenneth Ouimet, Cathy Gruen, Lucy Culverwell, Joseph Diruzzo, and Brian Cole, need to be made whole for the injuries that Brashear and his malicious criminal street gang of terrorists have caused them.

156. The pillaged property stolen by Brashear, and his malicious criminal street gang of terrorists, in his aggravated burglary, needs to be returned.

157. The Demandant requires a Declaratory Judgment that the *Republic of Texas* has been brought out of abeyance and the current President is Mike Blackwell, and Vice President is Steven Berryman, and all officers of the Republic of Texas that are protected under International Law are entitled to diplomatic immunity.

158. The Demandant requires the Minor Estate (31 CFR 363.6) GLENN WINNINGHAM FEARN, be dissolved and liquidated and the Demandant fails to care what is done with the fake money in the *Treasury Direct Account* – maybe somebody can shove it up the Pope's rectal orifice. It is a fraud and Satanic and the Demandant wants nothing to do with it. The Demandant shakes the dust of the earth from off his feet against all of the Wrongdoers named herein and the Pope, (Matthew 10:14 King James Version) and commends them to the Judgments of God.

Signed and sealed in red ink on the land of Texas, under penalties with perjury, [28 USC § 1746 (1)], under the laws of the United States of America, and without the Pope's owned and operated United States, ecclesiastical municipal corporation.

Further Affiant sayeth not.

It has been said, so it is done. Sealed this 13th day in November, in the year, two Thousand and Twenty-Five.

_______________________ L.S.

glenn winningham; house of fearn, sui juris
sovereign living soul, holder of the office of "the People"
man on the land known as Texas
With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
with a Postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RFD 76135]
Non-Domestic Mail, Without the Pope's UNITED STATES

Exhibit 1
Republic of Texas Commission as a Charges de affaires, 1 page

***I, the President of the Republic of Texas, by the authority vested in my office, do hereby***

# Commission

## *Glenn Winningham; house of Fearn*

**for the Office of**

## Charge d'Affairs

*Having been justly appointed by the President and elected by the members of Congress of the Republic of Texas on the tenth day of the second month in the year of our Lord and Savior Two Thousand and Nine, and entrusted to the duties and responsibilities of said Office to maintain justice and ensure domestic tranquility involving foreign lands.*

Signed and Sealed on this tenth day of the second month
in the year of our Lord and Savior Two Thousand and Nine.

Countersigned by: Billy-Darrell; Ford
Secretary of State of the Republic of Texas

Billy D. Ford
Official Signature

Signed and Sealed by: Richard-Everett; Perkins
President of the Republic of Texas

Richard-Everett; Perkins

Exhibit 2

Michael Tooley, Director, Montana Highway Patrol, Notice and Demand together with proof of service, a total of 13 ea pages

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
DMM 602.1.3.e.2, 18 USC § 1342

**By Registered Mail** **RR 569 486 047 US**
To:
Michael T. Tooley, Colonel
Montana Highway Patrol Chief Administrator
Montana Highway Patrol Headquarters
2550 Prospect Avenue
P.O. Box 201419
Helena, Montana 59620-1419

**NON-NEGOTIABLE** **NON-NEGOTIABLE**

**NOTICE AND DEMAND**

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, Zip Code Exempt, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, equality under the Law is paramount and mandatory by Law.

3. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I did not give you, the authority for making a legal determination for Me.

4. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you think or assume that you are representing Me, you are FIRED!

5. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I am competent for dealing in all of My affairs.

7. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

8. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;

a) ten thousand dollars ($10,000.00), minimum; or

b) one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or

c) ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,

for each and every violation, payable only in lawful money.

10. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that pursuant to 18 USC § 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
**with a postal address of;**
**Non-Domestic Mail,**
**C/O 6340 Lake Worth Blvd., #437,**
**Fort Worth, Texas**
**ZIP CODE EXEMPT**
**DMM 602.1.3.e.2, 18 USC § 1342**
and unless you want to be guilty of mail fraud, it shall be shown EXACTLY like it.

13. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

14. Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that because of criminal conversion of My name and the names of My

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.---Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

15. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

16. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that according to the courts, there is no such thing as a drivers license under Texas law.

***This court has held that there is no such license known to Texas Law as a "driver's license."*** Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

***We have held that there is no such license as a driver's license known to our law.*** Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

***An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.***
Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

***There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.***
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

17. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a) a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b) a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c) a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

18. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I am not a person, as far as your statutes are concerned, because a "person" is:
    a) ***"a variety of entities other than human beings."*** Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
    b) ***"...foreigners, not citizens...."*** United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.
    c) ***the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...***Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
    a) ***" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'*** *Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304
    b) ***"a sovereign is not a person in a legal sense"*** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

19. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
***"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.***
***The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."***

20. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words **PRIVATE VEHICLE**, or **NON-COMMERCIAL**, or **PRIVATE PROPERTY**, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is firstly, because it is not a **"Motor Vehicle"**, it is a **"PRIVATE VEHICLE"**, and secondly, because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

not owned by the state, even though it may have state plates on it, and any claim to the contrary is perjury of oath by any officer of the court or the state.

21. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

22. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that you are not authorized to serve commercial process on Me.

23. As a titled sovereign, I hereby DEMAND that you Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

24. As you already know, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, neither the Transportation Code, nor the Uniform Commercial Code, are positive law, therefore, you have no authority whatsoever, to impose anything in either of them on Me.

25. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, who is currently travelling on the land of New York, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, the New York republic, as well as the republic of Texas.

***Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.***
***Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)***

26. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are noticed that pursuant to the Federal Rules of Civil Procedure rule 81 (f) you are a revenue officer of the United States, especially since you have in your court room a US martial law war flag, and pursuant to the Eleventh Article in Amendment to the Constitution for the united States of America, you and your subordinates have no

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

authority whatsoever to hear, (much less rule), in any case involving Me, or My wife, or My infant children, and if you or your subordinates do hear or rule in any matter involving Myself, My wife, or My children, it will be without any authority whatsoever, and in which case, you and your subordinate, will have no immunity whatsoever, and will be personally, fully liable for perjury of oath at a minimum.

27. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

28. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

29. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I am not bankrupt like you and your criminal corporation, and I hereby certify that I have in my possession much more than twenty-one dollars in lawful money (twenty-one each, one troy ounce silver eagle coin with a face value of one dollar each).

30. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I recently converted some silver to land together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land.

31. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I do travel on the land of New Jersey, or elsewhere from time to time, but I am not even remotely interested in being in your criminal municipal corporation called UNITED STATES, or its political subdivision called STATE OF MONTANA, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath at a minimum, by whoever does it, and you.

32. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations. ***"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."*** Yick Wo v Hopkins, 118 US 356, at pg 370;

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

33. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances.

34. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that just because the US Congress PERJURERS pass a Foreign Sovereign Immunity Act, (and it is true that I am foreign, because I am a citizen of Texas, which is foreign to the United States), that Congress does not have the authority to convert My rights from unalienable, (CANNOT be alienated under ANY circumstances) to inalienable (CAN be alienated based on some presumed contract), and neither does Congress have the right to grant ANY officer of ANY court the right to make such a presumption.

35. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by **ANY** Officer of **ANY** Court, is Perjury of Oath.

36. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.

37. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all corporations are, by definition, **incorporated** into the government, and all Banks are instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not.

38. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have the right to resist unlawful arrest with lethal force if necessary, as found in the Notice and Demand to all Corporate Commercial Agents 022810 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, and also;

**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as**

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn With the Copy-Claim

**he would in repelling any other assault and battery."** (State v. Robinson, 145 ME. 77, 72 ATL. 260).

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

**"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance."** (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that **"a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation."** There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, **"If there be any remedy at all ... it is a remedy never provided for by human institutions."** That was the **"ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice."** (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

39. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have an unlimited right to carry arms, whether concealed or not.

**"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace."** Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

40. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that in the event that one of your hired thugs attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug kills Me, your hired thug will be guilty of MURDER, and so will you.

**"Perhaps it should be mentioned that as a general rule <u>a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him</u>. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);"** Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

**"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the**


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

**authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

41. Finally, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

42. Signed and Sealed in red ink on the land of New York.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

Glenn Winningham; house of Fearn, sui juris sovereign living soul, holder of the office of "the people", inhabitant of the land of Texas travelling from time to time on the land of New York, and elsewhere

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode; |
|---|---|---|---|
| George Botts | George Botts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | [signature] | 6/7/10 | White Plains |
| | | | |
| | | | |

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

**FOR THE RECORD At Law;**

## *OFFICIAL NOTICE/DEMAND by an American Sovereign!*

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breech with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF MONTANA/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Montana State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; <u>all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10</u>**

**THEREFORE, *<u>YOU ARE NOTICED</u>* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR**

**FOR THE RECORD At Law;**

**with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF MONTANA/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.**

I demand acknowledgement and receipt with attached *NOTICE/DEMAND including* any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission:

Official man/woman's living Name: Michael T. Tooley; Signature: ______________________

Official's Corporatism d.b.a./Title: MICHAEL T. TOOLEY, COLONEL, CHIEF ADMINISTRATOR, MONTANA STATE PATROL;

Official's Corporatist Bar Card No: ________________ Official's Office No.: ________________

Official's Elected and/or Appointed Bonding Co. name and number: ________________

Regards:

Me By [signature] of God;
**I, me, my/myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse**

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode; |
|---|---|---|---|
| George Botts | [signature] | 6/7/10 | White Plains |
| Barry Brown | [signature] | 6/7/10 | White Plains |
| Kenneth Levy | [signature] | 6/7/10 | White Plains |

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY [signature] Seal

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RR56 9486 047U S
Class: First-Class Mail®
Service(s): Registered Mail™
Return Receipt
Status: Delivered

Your item was delivered at 10:04 AM on June 14, 2010 in HELENA, MT 59601.

Detailed Results:

- Delivered, June 14, 2010, 10:04 am, HELENA, MT 59601
- Arrival at Unit, June 14, 2010, 5:27 am, HELENA, MT 59601
- Processed through Sort Facility, June 13, 2010, 4:41 pm, BILLINGS, MT 59101
- Acceptance, June 09, 2010, 11:18 am, PURCHASE, NY 10577

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

Track & Confirm by email

item sent to you or others by email. Go >

Careers Privacy Policy Terms of Use Business Customer Gateway

Data FOIA

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MICHAEL T. TOONEY COLONEL
MONTANA HWY PATROL CHIEF
2550 PROSPECT AVE
P.O. BOX 201419
HELENA, MT 59620

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) [signature] C. Date of Delivery JUN 14 2010
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) RR 569 486 047 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Registered No. RR569486047US

To Be Completed By Post Office

| | | | |
|---|---|---|---|
| Reg. Fee | $11.50 | | |
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $2.24 | Restricted Delivery | $0.00 |
| Received by | [initials] | | |

Customer Must Declare Full Value $ ~~$2.00~~ 21.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date Stamp: PURCHASE NY 10577 0094 JUN - 9 2010 06/09/10 USPS

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: 10577 Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT

TO: ~~HELENA MT 59620~~ MICHAEL T. TOONEY, COLONEL
2550 PROSPECT AVE
P.O. BOX 201419
HELENA, MT 59620

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Exhibit 3

Intelligence Bulletin, full of hearsay information obtained with an illegal search and seizure in violation of Article IV in Amendment, issued by the Texas Department of Public Safety, 1 ea page

Law Enforcement Sensitive

Texas Department of Public Safety, Intelligence and Counterterrorism Division

# Intelligence Bulletin

(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



GLENN WINNINGHAM FEARN
DOB: 09/04/1957; 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: 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
Vehicle: 2008 Red Dodge RAM


Summary

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States, Arizona, New York, Texas and now Montana.


On July 16, 2010, FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms, returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent [redacted] at [redacted] or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Exhibit 4
Canada Border Servies Agency Lookout Synopsis, 3 ea pages

Canada Border Services Agency | Agence des services frontaliers du Canada

PROTECTED B

Lookout Synopsis

Lookout/Target No.: 7050-10-0473
Date of Issue: 2013/06/17
Date of Expiry: 2013/11/30
Status: Active

CAUTIONS: ARMED & DANGEROUS

SUBJECT

Individual: FEARN, Glenn Winningham
Country of Birth: Not Available
Gender: Male
Citizenship: Not Available
DOB: 1957/09/04
Alias: No Data Entered
Description: Brown, N/A, N/A, N/A, Caucasian moustache
Tel: No phone number provided
Identification: Other personal document IDCARD036784189, Canada, Alberta
Passport 208952994, United States, District of Columbia
Address: 6340 Lake Worth Blvd, 437 Fort Worth, TX, 76135, United States
Address: PO Box 188 Donalda, AB, T0B1H0, Canada
Address: 14 Cayuga Cres W Lethbridge, AB, Canada

CONVEYANCE

Highway: Truck, 54JBP9, Pickup, Dodge, 2008, RAM 2500, 3D7KS28A28G141628, TX, United States
Highway: Truck, ZUX083, Other, G.M.C., 2000, Jimmy, Gold, AB, Canada

DETAILS

Type: Firearms
Narrative: FEARN is a member of the Sovereign Citizens movement. This group is right-wing extremist group who are extremely anti-government.

FEARN has made written statements indicating that it is his right to RESIST UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY. This includes being arrested by the police or at the border. He has also indicated that he is prepared to die and has a death wish.

The last time FEARN was dealt with at the border he declared two handguns. He was instructed to take his handguns back to the United States. It is suspected that he stored his handguns in the United States but at this time this can not be confirmed. At this time he was driving a Texas plated vehicle.

FEARN is currently residing in Lethbridge Alberta but was recently residing in Fort Worth, Texas.

FEARN recently attended provincial court in Lethbridge, Alberta to deal with a

lawsuit he served on many people in the Law Enforcement/Justice profession. This lawsuit was dismissed by the Judge and FEARN was ordered to pay court costs.

Due to his statements regarding a death wish, resisting arrest using lethal force, and possession of handguns in the recent past, FEARN is considered to be ARMED AND DANGEROUS.

Please use extreme caution when dealing with FEARN. Contact an Intelligence Officer upon interception. A secondary examination for firearms is strongly recommended.

Officers trained in the use of control and defensive tactics (CDT) and in possession of defensive equipment are expected to manage situations involving persons who may be prone to violence and who may be in possession of a weapon, including a firearm, up to such point that the officer believes he or she has reached the limits of his or her training and personal abilities. Where these limits have been reached, the officer shall permit the individual to proceed into Canada and immediately notify the police force of jurisdiction.

***UPDATE***
On November 30, 2010, Fearn appeared in QB Court. After reviewing the Application for the lawsuit, the judge dismissed the Application it in its entirety and awarded $2950 in costs to the Respondents to be paid by Fearn. After the court hearing and outside the courtroom Fearn made comments that he has numerous firearms in the U.S. which he intended to retrieve and bring into Canada. He also made comments of being killed by police.

***FEARN entered the US at POE Sweetgrass, MT on February 15, 2011. FEARN would not provide any travel information to US CBP and was allowed to enter the US as he is a US Citizen.****

| SOURCE | | CONTACT/ENTERED ON BEHALF OF | |
|---|---|---|---|
| Category: | (2) Two | Agency: | CBSA |
| Reliability: | Completely Reliable and Available for Court | Name: | Mark Vanden Berg |
| Source: | CBSA - Port of Entry | Location: | Port of Coutts, AB |
| Legislation: | Customs Act (CA) | Telephone: | [redacted] |
| | | Agency: | CBSA |
| | | Name: | Mark Vanden Berg |
| | | Location: | Coutts, AB |
| | | Telephone: | [redacted] |

Issued By: HUNTLEY, Alana Joan
Location: Alberta South - Intelligence

Authorized: HUNTLEY, Alana Joan
Location: Alberta South - Intelligence

Exhibit 5
Transportation Security Administration Letter, 3 ea pages

U.S. Department of Transportation
Federal Aviation Administration

Office of the Chief Counsel
Enforcement Division

800 Independence Ave., SW.
Washington, DC 20591

**U.S. REGISTERED MAIL, RETURN-RECEIPT REQUESTED,**
**U.S. CERTIFIED MAIL, RETURN-RECEIPT REQUESTED,**
**and U.S. FIRST-CLASS MAIL**

July 21, 2014

Mr. Glenn Fearn
6340 Lake Worth Blvd.
#437
Fort Worth, TX 76135-3602

Mr. Glenn Fearn
261 Main St.
Cardston AB T0K 0K0
Canada

Mr. Glenn Fearn
P.O. Box 152
Babb, MT 59411

**IMMEDIATELY EFFECTIVE ORDER OF SUSPENSION**
**Case No. 2014AGC10019**

The Administrator of the Federal Aviation Administration (FAA) finds that:

1. You hold Mechanic Certificate No. 69685426 and Student Pilot Certificate EE-1908955, both of which were issued by the FAA under chapter 447 of Title 49 of the United States Code.

2. By letter dated July 9, 2014, the Deputy Administrator of the Transportation Security Administration (TSA) notified the Administrator of the FAA of the TSA's initial determination that you pose, or are suspected of posing, a risk of air piracy or terrorism, or a threat to airline or passenger safety.

3. The Deputy Administrator of the TSA requested that the Administrator of the FAA issue an order suspending all certificates issued to you by the FAA under 49 U.S.C. chapter 447 and that the order be effective immediately.

In accordance with 49 U.S.C. § 46111(a), the Administrator of the FAA is required to issue an immediately effective order suspending those certificates.

IT IS THEREFORE ORDERED, pursuant to 49 U.S.C. § 46111(a), that:

a. All certificates you hold that were issued to you by the FAA under 49 U.S.C. chapter 447, including Mechanic Certificate No. 69685426 and Student Pilot Certificate EE-1908955, are suspended.

b. The suspension is effective immediately.

c. You must immediately surrender your certificates suspended by this order to:

Peter J. Lynch
Assistant Chief Counsel for Enforcement
Federal Aviation Administration, AGC-300
800 Independence Avenue, SW
Washington, DC 20591.

Failure to immediately surrender all of your suspended certificates may subject you to a monetary penalty.

Peter J. Lynch
Assistant Chief Counsel
for Enforcement

TEL: (202) 267-3143
FAX: (202) 267-5106

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Immediately Effective Order of Suspension in Case No. 2014AGC10019 has been sent by U.S. Registered Mail, Return-Receipt Requested (RA571564202US), U.S. Certified Mail, Return-Receipt Requested, and U.S. First-Class Mail to:

Mr. Glenn Fearn
6340 Lake Worth Blvd.
#437
Fort Worth, TX 76135-3602

Mr. Glenn Fearn
261 Main St.
Cardston AB T0K 0K0
Canada

Mr. Glenn Fearn
P.O. Box 152
Babb, MT 59411

Date: July 21, 2014

Exhibit 6
Letter from my daughter, 2 ea pages

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work~~s~~ / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives!. On the other hand Barron is very stressed having you hear knowing it may be putting his job in jeopardy, this in turn makes things hard for me also. You are my Dad! How ~~could~~ can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

if ~~it~~ it is because you are trying to stay out of our way because you know you've been around much longer than planned, but my un easy feelings have only been increasing and tonight I haven't been able to sleep worrying ~~to~~ about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I dont think we should have you even another night.

I know you have to ~~go~~ go to New Jersey, maybe you can leave early? ~~I~~ Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for abit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing ~~the best~~ my best and I hope that is good enough for you. ♡♡

Love,
Jess

Exhibit 7

Complaint 1883286 filed with the Tarrant County District Attorney allegedly by Leigha Simonton and Marshall Thomas on 8 August 2025, 11 months after the alleged incident took place, a total of 2 ea pages

FILED
TARRANT COUNTY
8/8/2025 3:41PM
THOMAS A. WILDER
DISTRICT CLERK
AO

A CERTIFIED COPY
ATTEST: 09/17/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Mariana Estrada

NAME GLENN WINNINGHAM FEARN

RACE White SEX Male AGE 67 DOB 9/4/1957

CASE NO. 1883286

CID NO. 0951157

OFFENSE TERRORISM

OFFENSE DATE 9/30/2024

I.P. LEIGHA SIMINTON

AGENCY FORT WORTH PD

CRIMINAL DISTRICT COURT NO. 1

## THE STATE OF TEXAS VS. GLENN WINNINGHAM FEARN

## COMPLAINT NO: 1883286

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant Criminal District Attorney of Tarrant County, Texas, this day personally appeared affiant, who upon his oath says that he has good reason to believe and does believe

THAT GLENN WINNINGHAM FEARN, HEREINAFTER CALLED DEFENDANT, ON OR ABOUT THE 30TH DAY OF SEPTEMBER 2024, IN THE COUNTY OF TARRANT, STATE OF TEXAS, DID COMMIT OR CONSPIRE TO COMMIT AN OFFENSE UNDER TEXAS PENAL CODE SECTION 22.07, PUNISHABLE AS A FELONY, NAMELY, TERRORISTIC THREAT AGAINST A JUDGE OR PUBLIC SERVANT, WITH THE INTENT TO INFLUENCE, BY INTIMIDATION OR COERCION, THE POLICY, CONDUCT, OR ACTIVITIES OF THIS STATE, A POLITICAL SUBDIVISION OF THIS STATE, OR OF THE UNITED STATES,

COUNT TWO: AND IT IS FURTHER PRESENTED IN AND TO SAID COURT THAT THE DEFENDANT IN THE COUNTY OF TARRANT AND STATE AFORESAID ON OR ABOUT THE 3RD DAY OF SEPTEMBER 2024, DID WITH THE INTENT TO ESTABLISH, MAINTAIN, OR PARTICIPATE IN A COMBINATION OR IN THE PROFITS OF A COMBINATION CONSPIRE TO COMMIT THE OFFENSE OF OBSTRUCTION/RETALIATION, BY: THEN AND THERE INTENTIONALLY OR KNOWINGLY THREATENING TO HARM ANOTHER, LEIGHA SIMINGTON, BY AN UNLAWFUL ACT, NAMELY, BY THREATENING TO MURDER OR ASSAULT LEIGHA SIMINGTON, IN RETALIATION FOR OR ON ACCOUNT OF THEIR SERVICE OR THEIR STATUS AS A PUBLIC SERVANT, NAMELY A UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,

COUNT THREE: AND IT IS FURTHER PRESENTED IN AND TO SAID COURT THAT THE DEFENDANT IN THE COUNTY OF TARRANT AND STATE AFORESAID ON OR ABOUT THE 30TH DAY OF SEPTEMBER 2024, DID INTENTIONALLY THREATEN TO COMMIT AN OFFENSE INVOLVING VIOLENCE AGAINST A PERSON OR PROPERTY, NAMELY MURDER OR ASSAULT, WITH INTENT TO PLACE MARSHAL THOMAS, A PEACE OFFICER, IN FEAR OF IMMINENT SERIOUS BODILY INJURY, AND THE SAID DEFENDANT KNEW THAT MARSHAL THOMAS WAS A PEACE OFFICER, NAMELY THE SHERIFF OF MONTAGUE COUNTY, TEXAS,

FILED
TARRANT COUNTY
8/8/2025 3:41PM
THOMAS A. WILDER
DISTRICT CLERK
AO



DISTRICT COURT OF TARRANT COUNTY, TEXAS
A CERTIFIED COPY
ATTEST: 09/17/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Mariana Estrada

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on this the 8th day of August, 2025

Affiant
COMPLAINT

Assistant Criminal District Attorney of Tarrant County, Texas

Exhibit 8
Warrants naming the Minor Estate (31 CFR 363.6) GLENN WINNINGHAM FEARN signed by Steven Junes with no Court Seal, 3 ea pages

THE STATE OF TEXAS § WARRANT NO. PC656691
COUNTY OF TARRANT § REPORT NO. 250053796

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## ENAGING IN ORGANIZED CRIMINAL ACTIVITY

2nd Degree Felony, PC 71.02(a)(9)

of which offense GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957, the said suspect, is accused by the written affidavit, under oath of CAPTAIN M. LUGO 5596, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]

MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court

TITLE AND OFFICE HELD BY MAGISTRATE

| | |
|---|---|
| Bond set by Judge: $ | Time: |

THE STATE OF TEXAS § WARRANT NO. PC 65699
COUNTY OF TARRANT § REPORT NO. 250053797

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## TERRORISTIC THREAT

3rd Degree Felony, PC 22.07(a)(6)

of which offense GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957, the said suspect, is accused by the written affidavit, under oath of CAPTAIN M. LUGO 5596, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

| | |
|---|---|
| Bond set by Judge: $ ________ | Time: ________ |

Exhibit 9

Fugitive Complaint signed by Patrick Chavez, New Mexico State Police, 3 ea pages

T4FR2025-06344
08-04-2025

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
METROPOLITAN COURT

Case No. NMSPR2509646

STATE OF NEW MEXICO
v.
NAME: **FEARN** , **GLENN**
DOB: **09/04/1957**
SSN: **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**

2025 AUG -5 PM 9:52

**FUGITIVE COMPLAINT**

The State of New Mexico alleges that the above-named defendant is subject to extradition from this state to the State of TX

*(check applicable alternative)*

☒ The defendant is charged in the State of TX with the crime of **TEXAS WARRANT PC65698**

☐ The defendant has been convicted in the above state of the crime of ______ and has

☐ escaped from confinement.
☐ violated terms of release or bail.
☐ violated terms of probation.
☐ violated terms of parole.

The reason I believe that the defendant is the person identified in the fugitive warrant is:
*(check all that apply)*

☒ a copy of an NCIC message, teletype, warrant, indictment, information, affidavit, judgement of conviction or sentence so indicating is attached.

☐ the mode of transportation of the defendant.
☒ the physical description of the defendant.
☒ the date of birth of the defendant.
☒ the name of the defendant.
☒ Other SOCIAL SECURITY NUMBER
*(set forth other facts showing that the defendant is the person sought in the other state)*

The crime with which the defendant was charged or convicted is punishable in the above state by death or by imprisonment of more than one year.

The defendant was arrested on **08/04/2025** at **21:17** HRS and is confined in the **METROPOLITAN DETENTION CENTER** ☐ (county) ☐ (city) jail.

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THIS FUGITIVE COMPLAINT IS TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A FUGITIVE COMPLAINT.

DATE: **08/04/2025**

NAME: **CHAVEZ, PATRICK**
TITLE: **PATROLMAN**

USE NOTE
*This form may be used only if the defendant is charged with a felony. If the defendant is charged with a misdemeanor a complaint and arrest warrant must be used.*
[Adopted, effective October 1, 1996]

T 4 F R 2025 - 0 6 3 4 3
08-04-2025

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
METROPOLITAN COURT

Case No. NMSPR2509646

STATE OF NEW MEXICO
V.

NAME **FEARN** , **GLENN**
DOB **09/04/1957**
SSN **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**

2025 AUG -4 PM 9:47

**FUGITIVE COMPLAINT**

The State of New Mexico alleges that the above-named defendant is subject to extradition from this state to the State of TX

*(check applicable alternative)*

☒ The defendant is charged in the State of TX with the crime of **TERRORISTIC THREAT (PC65699)**

☐ The defendant has been convicted in the above state of the crime of ______ and has

- ☐ escaped from confinement
- ☐ violated terms of release or bail
- ☐ violated terms of probation
- ☐ violated terms of parole

The reason I believe that the defendant is the person identified in the fugitive warrant is *(check all that apply)*:

☒ a copy of an NCIC message, teletype, warrant, indictment, information, affidavit, judgement of conviction or sentence so indicating is attached

☐ the mode of transportation of the defendant
☒ the physical description of the defendant
☒ the date of birth of the defendant
☒ the name of the defendant
☒ Other **SOCIAL SECURITY NUMBER**

*(set forth other facts showing that the defendant is the person sought in the other state)*

The crime with which the defendant was charged or convicted is punishable in the above state by death or by imprisonment of more than one year

The defendant was arrested on **08/04/2025** at **21:16** HRS and is confined in the **METROPOLITAN DETENTION CENTER** ☐ (county) ☐ (city) jail

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THIS FUGITIVE COMPLAINT IS TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A FUGITIVE COMPLAINT.**

DATE **08/04/2025**

[signature]
NAME: **CHAVEZ, PATRICK**
TITLE **PATROLMAN**

USE NOTE

[illegible] warrant must be used

[Adopted, effective October 1, 1996]

T4FR2025-06345

08.04.2025

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
METROPOLITAN COURT

Case No. NMSPR2509646

STATE OF NEW MEXICO
v.

NAME: **FEARN** , **GLENN**
DOB: **09/04/1957**
SSN: **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**

2025 AUG -4 PM 9:55

## FUGITIVE COMPLAINT

The State of New Mexico alleges that the above-named defendant is subject to extradition from this state to the State of TX

*(check applicable alternative)*

☒ The defendant is charged in the State of TX with the crime of **ENGAGING IN ORGANIZED CRIMINAL ACTIVITY (PC65691)**

☐ The defendant has been convicted in the above state of the crime of ______________________ and has

- ☐ escaped from confinement.
- ☐ violated terms of release or bail.
- ☐ violated terms of probation.
- ☐ violated terms of parole.

The reason I believe that the defendant is the person identified in the fugitive warrant is:
*(check all that apply)*

☒ a copy of an NCIC message, teletype, warrant, indictment, information, affidavit, judgement of conviction or sentence so indicating is attached.

☐ the mode of transportation of the defendant
☒ the physical description of the defendant.
☒ the date of birth of the defendant
☒ the name of the defendant.
☒ Other: **SOCIAL SECURITY NUMBER**

*(set forth other facts showing that the defendant is the person sought in the other state)*

The crime with which the defendant was charged or convicted is punishable in the above state by death or by imprisonment of more than one year.

The defendant was arrested on **08/04/2025** at **20:42** HRS and is confined in the **METROPOLITAN DETENTION CENTER** ☐ (county) ☐ (city) jail.

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THIS FUGITIVE COMPLAINT IS TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A FUGITIVE COMPLAINT.

DATE: **08/04/2025**

NAME: **CHAVEZ, PATRICK**
TITLE: **PATROLMAN**

**USE NOTE**

*This form may be used [illegible] if the defendant [illegible]. If the defendant is charged with a misdemeanor a complaint and arrest warrant must be used.*

[Adopted, effective October 1, 1996]

Exhibit 10
Captain M Lugo's Affidavit of Criminal Complaint, dated 24 July 2025, 7 pages

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS
JUL 24 2025
TIME 9:21 a.m.
BY B.P. DEPUTY

THE STATE OF TEXAS §
COUNTY OF TARRANT §

WARRANT NO. PC165693
REPORT NO.

ARREST WARRANT AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED THE UNDERSIGNED AFFIANT, WHO AFTER BEING DULY SWORN ON OATH DEPOSES AND SAYS:

My name is **CAPTAIN M. LUGO 5596**, Fort Worth Arson & Bomb Squad, and I have good reason to believe and do believe that on or about **AUGUST 31, 2024**, in Tarrant County, Texas, **KENNETH JOSEPH OUIMET, w/m, DOB 12/10/1965**, did then and there commit the offense of **ENGAGING IN ORGANIZED CRIMINAL ACTIVITY, 2nd DEGREE FELONY, PC 71.02**, in that HE: WITH THE INTENT TO ESTABLISH, MAINTAIN OR PARTICIPATE IN COMBINATION, COMMITTED OR CONSPIRED TO COMMIT THE OFFENSE OF OBSTRUCTION OR RETALIATION, A TEXAS PENAL CODE CHAPTER 36 OFFENSE, BY INTENTIONALLY OR KNOWINGLY THREATENING TO HARM ANOTHER, Bryant Cuadros, Chase Fuller, Eugene Carranza, Chris Treat BY AN UNLAWFUL ACT, NAMELY A DEMAND FOR 528 MILLION DOLLARS, IN RETALIATION FOR OR ON ACCOUNT OF THEIR SERVICE OR STATUS AS A PUBLIC SERVANT, AND SAID THREAT WAS COMMUNICATED IN WRITING BY MAILING AND CAUSING TO BE FILED WITH HAYS COUNTY (STATE OF TEXAS) DISTRICT CLERK A PURPORTED JUDGMENT AND LIEN NOTICE FOR SAID DEMAND OF $528,000,000.

MY BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

1. Your affiant is Captain MICHAEL LUGO #5596, currently assigned to both the Fort Worth Arson & Bomb Squad and the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force. I am a certified and current Texas Peace Officer (20+ years; currently "master" level), FBI certified Public Safety Bomb Technician (7+ years), and former Bomb Squad Commander. I have been assigned to the Federal Bureau of Investigation-Joint Terrorism Task Force since 2022, where I investigate matters involving explosives and domestic and international terrorism, including racially motivated violent extremism, violent anti-government extremists, foreign terrorist organizations, weapons of mass destruction, and other federal/state offenses. I have participated in numerous search and arrest warrants. I have received training in such areas as counterterrorism, domestic and international terrorism, bomb-making, explosives, post-blast investigations, chemistry, electronics, weapons of mass destruction, and hazardous materials. I am also an International Association of Arson Investigators Certified Fire Investigator trained in fire and explosion investigations.

THE STATE OF TEXAS § WARRANT NO.________________

COUNTY OF TARRANT § REPORT NO.________________

2. On 05/14/2025, FBI Task Force Officer (TFO) C. BRASHEAR was contacted by a Hays County sheriff's deputy in reference to a criminal investigation in Hays County which occurred on **3/21/2023**. Hays County deputies were dispatched to a call for service in San Marcos, within Hays County, Texas where a complainant advised multiple loud explosions were rattling windows and generating smoke. After a standoff with law enforcement at the suspect's residence, a residential search warrant was executed and suspect **Kenneth Joseph Ouimet, w/m, DOB 12/10/1965** was ultimately **arrested for 4 criminal charges**: Prohibited Weapon; Evading Arrest or Detention; Possession of Marijuana >4oz<=5lbs; and Possession of a Controlled Substance PG2>=4G<400G (Hays County Report 2023-00016227).

3. Upon the conclusion of the HCSO investigation, at least one criminal case was filed and accepted with the Hays County Criminal District Attorney's Office against Ouimet related to the above-mentioned incident and investigation: PC 46.05 **Prohibited Weapon**, F3, **Case No. CR-23-1221-C**, 274th District Court. Both HCSO deputies and Hays County open records indicate the case is scheduled for jury trial on 8/4/2025.

4. On 9/3/2024, at approximately 4:35 p.m., an approximately 37-page fraudulent court judgment and lien was **mailed from Hurst, Tarrant County, Texas,** to San Marco, Hays County, Texas using the United States Postal Service (USPS). This fraudulent judgment and lien was filed with Hays County District Clerk on 9/9/2024 at 9:12am, was "issued" by the "Republic of Texas Common Law Court," and purported to award Ouimet $528,000,000.00.

Certified Mail) 9589 0710 5270 0766 4139 00

FILED
HAYS COUNTY, TEXAS
at 9:12 o'clock A M. HK
SEP 09 2024

Republic of Texas
Our One Supreme Court
Common Law Venue; Original and Exclusive Jurisdiction
A Superior court sitting with the Power of a Circuit and United States
District Court in and for Tarrant county de jure, Texas Republic
United States of America

People in and for the United States of America ex rel; § 
Kenneth Joseph Ouimet, et al, § "In Law"
Demandant § Case: KO-24-007
VS. § Private Judgment
§
Bryant Cuadros, Melody Jaramio, Gary Steel, Chase §
Fuller, Norma Ordonez, Kelly Higgins, Nelson Wray, §
M Cook, Daniel Sakaida, Eugene Carranza, J Rogers, §

Our One Supreme Court

*Captioned from the fraudulent judgment and lien refenced in this affidavit.*

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | WARRANT NO.____________ |
| COUNTY OF TARRANT | § | REPORT NO.____________ |

PRIVATE JUDGMENT LIEN AND DECREE

After consideration and finding of the facts our one supreme court exclusive to the People by order of the People in and for the United States of America, for Tarrant county, Texas Republic, finds private judgment lien and decree for Affiant / Demandant and ORDER his release and 274th District Court case CR-23-1221-C dismissed immediately: and find against WRONGDOERS in the amount of five hundred and twenty eight million dollars ($528,000,000) in silver coin or equivalent in federal reserve notes payable immediately in full without delay, to

Judgment KO-24-007 Page 31

*Captioned from the fraudulent judgment and lien refenced in this affidavit.*

5. The "demandant" for the fraudulent court judgment and lien was listed as Kenneth Joseph Ouimet.

6. Included in the fraudulent document's list of "wrongdoers" and subject to its decreed judgment and lien were:

   **Bryant Cuadros, Chase Fuller, Eugene Carranza, and Chris Treat**, all identified as HCSO deputies that responded to and/or investigated the 3/21/2023 incident that resulted in Ouimet's CR-23-1221-C Prohibited Weapon charge.

   **Gary Steel**, identified as the 274th Judicial District judge, which is the court hearing Ouimet's CR-23-1221-C Prohibited Weapon charge.

   **Daniel Sakaida** identified as a Hays County assistant district attorney assigned as the 274th District Court chief, which is the court hearing Ouimet's CR-23-1221-C Prohibited Weapon charge.

   These persons are all Public Servants according to Texas Penal Code Sec. 1.07 DEFINITIONS. All these public servants worked in connection with **Ouimet's** criminal investigation or legal proceedings.

7. The fraudulent judgment and lien both directly and indirectly reference Ouimet's Prohibited Weapon charge (CR-23-1221-C). Additionally, the fraudulent judgment and lien referenced and associated the aforementioned and listed public servants as having been involved with Ouimet's Prohibited Weapon charge (CR-23-1221-C).

8. An individual by the name of **Glenn W. Fearn**, who is a documented Republic of Texas sovereign citizen, did affix his signature to the document as a "Texas Republic" notary. Fearn is known to some law

enforcement agencies for making threats to harm law enforcement. The "judgment" was rendered and signed by nine known individuals: **Jason Morgan, Lo Culverwell, Brian Cole, Gloria Lanning, Natalie Miller, Catherine Collins Gruen, Frances Charlotte Ellis, William "Bill" Ellis, Joseph DiRuzzo**; and other yet-to-be-fully-identified individuals, including a **Frank Snell.**



So agreed to and done this 31 day of August 2024.

Per curiam ______ Per curiam ______
Per curiam ______ Per curiam ______
Per curiam ______ Per curiam ______
Per curiam ______ Per curiam ______
Per curiam ______ Per curiam ______
Per curiam ______ Per curiam ______

United States of America §
Republic of Texas (organic) § Acknowledgment
Tarrants county dejure §

I, Glenn W. Fearn a Notary, duly commissioned and privately bonded by the people in and for the United States of America for Republic of Texas hereby attest and acknowledge that the above jury(s) signature are the ones chosen and have been duly presented with the facts and testimony in relation to the character of the parties and the facts set forth in this Affidavit.

Notarial (Seal)



*Captioned from the fraudulent judgment and lien refenced in this affidavit.*

9. All these persons, including Ouimet, are suspected as being members of the Republic of Texas sovereign citizen movement.

10. Kenneth Joseph Ouimet, DOB 12/10/1965, CADL [redacted], is believed to live at the residence located at [redacted] Irving, Texas 75061 and, according to documents filed with the Hays County District Clerk, operates PO Box 54040, Hurst, Texas 76054. The fraudulent judgment and lien was mailed from Hurst, Texas.

11. On 6/10/2025, FBI TFO C. BRASHEAR spoke with Ouimet by telephone [redacted] with Affiant in attendance. Ouimet identified himself by first/last name, email (ken.j.ouimet@gmail.com) and DOB (12/10/1965). Ouimet admitted to sending the judgment and lien on or about the beginning of September 2024. Ouimet recounted having

THE STATE OF TEXAS § WARRANT NO.________________

COUNTY OF TARRANT § REPORT NO.________________

sustained "physical injury" from the 3/21/2023 incident, having been "shot" (less-lethal rounds) multiple times. Ouimet also recounted having sustained "reputational damages" resulting from being charged with a felony offense. These were the primary explanations for sending the judgment/lien and confirmed the judgment/lien's connection to his Prohibited Weapon charge (CR-23-1221-C). Ouimet also stated that the additional signatories of the judgment/lien, including the "notary" Glenn W. Fearn, were aware of the intent to send the document to Hays County Clerk to be filed.

12. From your Affiant's training and experience as a criminal investigator, including dealing with domestic terrorism, Affiant knows that the Republic of Texas is a known sovereign citizen group that has filed fraudulent judgments, liens, or similar documents against public servants to intimidate them into dropping charges or to induce a payment or some kind. Affiant also knows that the filing of a fraudulent judgment, lien, or similar document against any individual can cause significant damage to his or her credit score, ability to obtain loans, provide financial stability, and even professional good standing. Victims of such fraudulent judgment, lien, or similar document may also sustain undue financial burdens by paying thousands of dollars in legal fees to restore their good credit. Based on the facts outlined herein this affidavit, Affiant believes suspect Ouimet engaged in retaliation against the above-named victims for their performed duties as public servants.

13. Therefore, Affiant concludes that **KENNETH JOSEPH OUIMET, w/m DOB 12/10/1965**, did on or about 9/3/2024 commit the Texas Penal Code Sec. **36.06** offense of **OBSTRUCTION OR RETALIATION**, a third-degree felony, wherein (a) person commits an offense if the person intentionally or knowingly harms or threatens to harm another by an unlawful act:(1) in retaliation for or on account of the service or status of another as a: (A) public servant, witness, prospective witness, or informant;

14. Texas Penal Code Sec. 1.07 DEFINITIONS states that HARM includes "anything reasonably regarded as loss" or "disadvantage."

**15.** Additionally, Affiant concludes that **the signatories and "notary"** of the fraudulent judgment and lien worked with Ouimet in **combination**, being three or more persons who collaborated in carrying on the criminal activity of OBSTRUCTION OR RETALIATION. As OBSTRUCTION OR RETALIATION is a Texas Penal Code Chapter 36 offense, it qualifies as

THE STATE OF TEXAS § WARRANT NO.________________

COUNTY OF TARRANT § REPORT NO.________________

an eligible offense for Texas Penal Code Sec. 71.02 **ENGAGING IN ORGANIZED CRIMINAL ACTIVITY.**

16. After further investigation into associates and using databases available to law enforcement, FBI TFO C. BRASHEAR more fully identified the signatories of the fraudulent judgment and lien.

17. Accordingly, Affiant concludes that Ouimet and the "notary" and the signatories of the fraudulent judgment and lien:

**KENNETH JOSEPH OUIMET, w/m DOB 12/10/1965**
**JASON MERLIN MORGAN, w/m DOB 05/07/1970**
**JOSEPH ANDREW DIRUZZO w/m DOB 09/13/1951**
**CATHERINE COLLINS GRUEN w/f 08/22/1963**
**BRIAN JACOB COLE, w/m DOB 01/07/1983**
**GLORIA MARIE LANNING, w/f DOB 08/30/1977**
**NATALIE SUE MILLER, w/f DOB 06/01/1977**
**FRANCES CHARLOTTE ELLIS, w/f DOB 04/27/1953**
**WILLIAM "BILL" McCLURE ELLIS, w/m DOB 03/31/1946**
**GLENN WINNINGHAM FEARN, w/m DOB 09/04/1957**
**LO YING CULVERWELL, w/f DOB 04/05/1963**
**FRANK SNELL, UNKOWN IDENTIFIERS**
**UNKNOWN SUBJECT 1**
**UNKNOWN SUBJECT 2**

did on or about 8/31/2024 commit the Texas Penal Code Sec. **71.02** offense of **ENGAGING IN ORGANIZED CRIMINAL ACTIVITY**, a second-degree felony, wherein (a) A person commits an offense if, with the intent to establish, maintain, or **participate in a combination** or in the profits of a combination or as a member of a criminal street gang, the person **commits or conspires to commit** one or more of the following: (9) any offense under Chapter 36.

THE STATE OF TEXAS § WARRANT NO.__________________
COUNTY OF TARRANT § REPORT NO.______________ _____

That based upon the above facts and information being related to him and as a result of his investigation, your affiant does have reason to believe and does believe that the suspect, **KENNETH JOSEPH OUIMET, w/m, DOB 12/10/1965**, did knowingly or intentionally commit the offense of **Engaging In Organized Criminal Activity, Penal Code 71.02(a)(9)** against the laws of the State of Texas as set forth in the Penal Code.

THEREFORE, I REQUEST THAT AN ARREST WARRANT BE ISSUE FOR THE SUSPECT HEREINBEFORE DESIGNATED ACCORDING TO THE LAWS OF THIS STATE.

WITNESS my signature this the 24 day of July, 2025.

________________________________
MICHAEL LUGO 5596
CAPTAIN
CITY OF FORT WORTH, TEXAS
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME BY SAID AFFIANT ON THIS THE 24th day of July, A.D., 2025.

________________________________
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge 495th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

Exhibit 11

Warrants naming the Minor Estate (31 CFR 363.6) KENNETH OUIMET, signed by Steven Junes with no Court Seal, 2 ea pages

THE STATE OF TEXAS § WARRANT NO. PC65693
COUNTY OF TARRANT § REPORT NO. 2500053796

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS
AUG 21 2025
TIME 11:00 a.m.
BY B.P. DEPUTY

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## KENNETH JOSEPH OUIMET, w/m, DOB 12/10/1965

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## ENAGING IN ORGANIZED CRIMINAL ACTIVITY

2nd Degree Felony, PC 71.02(a)(9)

of which offense **KENNETH JOSEPH OUIMET, w/m, DOB 12/10/1965**, the said suspect, is accused by the written affidavit, under oath of **CAPTAIN M. LUGO 5596**, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

| Bond set by Judge: $ | Time: |
| --- | --- |

EXECUTED ON 18, August 2025

U. Romo 4368
FWPD

THE STATE OF TEXAS § WARRANT NO. PC65693
COUNTY OF TARRANT § REPORT NO. 250053796

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## KENNETH JOSEPH OUIMET, w/m, DOB 12/10/1965

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## ENAGING IN ORGANIZED CRIMINAL ACTIVITY

2nd Degree Felony, PC 71.02(a)(9)

of which offense KENNETH JOSEPH OUIMET, w/m, DOB 12/10/1965, the said suspect, is accused by the written affidavit, under oath of CAPTAIN M. LUGO 5596, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

| | |
|---|---|
| Bond set by Judge: $ ________ | Time: ________ |

Exhibit 12
Extradition Waiver, signed "WITHOUT PREJUDICE", 3 each pages

State of New Mexico,
Plaintiff,

vs.

Glenn Winningham Fearn
Defendant.

**Metropolitan Court**
**Second Judicial District Court**
**County of Bernalillo**
**State of New Mexico**

CR T-4-FR-2025-6345
ER ex25-147

LORD :(505) 369-3600
MACHADO : (505) 219-2873

**WAIVER OF EXTRADITION**

I, Glenn Winningham Fearn in open court do hereby freely and voluntarily state that I am the identical person against whom a criminal proceeding charging me with Engaging in Organized Criminal Activity has been initiated in county of Tarrant, State of Texas, and I further hereby freely, voluntarily without threats or promises of reward agree to return to that county and state, without legal process.

I further acknowledge that I will be held without bond while awaiting the agent of the demanding state to take me into custody.

I further acknowledge that I have been informed of my rights to legal counsel, to require the issuance and service of a warrant of extradition as provided in Section 31-4-22 NMSA 1978 and my right to contest said warrant of extradition through a writ of habeas corpus as provided in Section 31-4-10 NMSA 1978.

This waiver is not an admission of guilt. I agree to return to the demanding state, with any peace officer who may be sent to take me to that state for trial.

This statement and waiver (made in quadruplicate), done at Albuquerque, Bernalillo County, New Mexico, this 5th day of August, 2025, in the presence of a judge of the Metropolitan or District Court of that County.

WITHOUT PREJUDICE

Defendant

I hereby certify that the foregoing was executed in my presence and that I informed the defendant of his rights to require the issuance and service of a warrant of extradition as provided by the laws of New Mexico, and his right to contest said warrant of extradition through writ of habeas corpus. I do hereby direct the officer having such person in custody to deliver forthwith such person to the duly accredited agent of the demanding state, together with a copy of this waiver, and that the original hereof shall forthwith be forwarded to the office of the governor of the State of New Mexico for filing.

Judge

FILED IN THIS OFFICE
8/5/2025 3:42 PM
Date

State of New Mexico,
Plaintiff,

vs.

Glenn Winningham Fearn
Defendant.

**Metropolitan Court**
**Second Judicial District Court**
**County of Bernalillo**
**State of New Mexico**

CR T-4-FR-2025-6344
ER ex25-147

## WAIVER OF EXTRADITION

I, Glenn Winningham Fearn in open court do hereby freely and voluntarily state that I am the identical person against whom a criminal proceeding charging me with Terrorism has been initiated in county of Tarrant, State of Texas, and I further hereby freely, voluntarily without threats or promises of reward agree to return to that county and state, without legal process.

I further acknowledge that I will be held without bond while awaiting the agent of the demanding state to take me into custody.

I further acknowledge that I have been informed of my rights to legal counsel, to require the issuance and service of a warrant of extradition as provided in Section 31-4-22 NMSA 1978 and my right to contest said warrant of extradition through a writ of habeas corpus as provided in Section 31-4-10 NMSA 1978.

This waiver is not an admission of guilt. I agree to return to the demanding state, with any peace officer who may be sent to take me to that state for trial.

This statement and waiver (made in quadruplicate), done at Albuquerque, Bernalillo County, New Mexico, this 5th day of August, 2025, in the presence of a judge of the Metropolitan or District Court of that County.

WITHOUT PREJUDICE
__________________________
Defendant

I hereby certify that the foregoing was executed in my presence and that I informed the defendant of his rights to require the issuance and service of a warrant of extradition as provided by the laws of New Mexico, and his right to contest said warrant of extradition through writ of habeas corpus. I do hereby direct the officer having such person in custody to deliver forthwith such person to the duly accredited agent of the demanding state, together with a copy of this waiver, and that the original hereof shall forthwith be forwarded to the office of the governor of the State of New Mexico for filing.

[signature]
__________________________
Judge

FILED IN THIS OFFICE
8/5/2025 3:41 PM
Date

State of New Mexico,
Plaintiff,
vs.
Glenn Winningham Fearn
Defendant.

**Metropolitan Court**
**Second Judicial District Court**
**County of Bernalillo**
**State of New Mexico**

CR T-4-FR-2025-6343
ER ex25-146

## WAIVER OF EXTRADITION

I, Glenn Winningham Fearn in open court do hereby freely and voluntarily state that I am the identical person against whom a criminal proceeding charging me with Terroristic Threat has been initiated in county of Tarrant, State of Texas, and I further hereby freely, voluntarily without threats or promises of reward agree to return to that county and state, without legal process.

I further acknowledge that I will be held without bond while awaiting the agent of the demanding state to take me into custody.

I further acknowledge that I have been informed of my rights to legal counsel, to require the issuance and service of a warrant of extradition as provided in Section 31-4-22 NMSA 1978 and my right to contest said warrant of extradition through a writ of habeas corpus as provided in Section 31-4-10 NMSA 1978.

This waiver is not an admission of guilt. I agree to return to the demanding state, with any peace officer who may be sent to take me to that state for trial.

This statement and waiver (made in quadruplicate), done at Albuquerque, Bernalillo County, New Mexico, this 5th day of August, 2025, in the presence of a judge of the Metropolitan or District Court of that County.

WITHOUT
PREJUDICE
______________________
Defendant

I hereby certify that the foregoing was executed in my presence and that I informed the defendant of his rights to require the issuance and service of a warrant of extradition as provided by the laws of New Mexico, and his right to contest said warrant of extradition through writ of habeas corpus. I do hereby direct the officer having such person in custody to deliver forthwith such person to the duly accredited agent of the demanding state, together with a copy of this waiver, and that the original hereof shall forthwith be forwarded to the office of the governor of the State of New Mexico for filing.

______________________
Judge

FILED IN THIS OFFICE
8/5/2025 3:40 PM
Date

Exhibit 13
Magistrate Warning, signed "WITHOUT PREJUDICE", 2 ea pages

THE STATE OF TEXAS
COUNTY OF TARRANT

CID: **0951157**
Date Of Arrest: **8/11/2025**

# MAGISTRATE WARNING

Before me, the undersigned, magistrate of the State of Texas on this day personally appeared **GLENN WINNINGHAM FEARN**, who was given the following warning:

- **4419052 - TERRORISM - Felony**

☑ You have a right to hire an attorney to represent you.
☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State.
☑ You have the right to remain silent.
☑ You are not required to make a statement, and any statement you make can and may be used against you in court.
☑ You have the right to stop any interview or questioning at any time.
☑ You have the right to have an examining trial (felonies only).
☑ You have the right to request appointment of counsel if you cannot afford counsel.
Would you like to request the appointment of counsel? **Defendant wants to proceed Pro Se**
☑ I explained the local procedures for requesting appointment of counsel in a manner the accused could understand. I provided reasonable assistance in completing necessary paperwork for the appointment of counsel and forwarded the paperwork to the appropriate authority within 24 hours.

## Consular Notification

**You have the right to speak with your lawyer before answering any questions.**

If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States.

Do you want us to notify your country's consular officials? ☐ **Yes** ■ **No**
What Country?
If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

**Offense(s)**

| Offense | Warrant | County | Probable Cause | Affidavit Attached | Bail/Fine | Arrest Date |
|---|---|---|---|---|---|---|
| - TERRORISM - F | Yes | Tarrant County | | No | $500,000.00 | 8/11/2025 12:00 AM |

Date/Time **8/16/2025 10:08 AM** Magistrate: [signature]
**Tim Gilpin**

I acknowledge that I was given the above warning and that I understand my rights as explained to me.

Person Warned: ________ WITHOUT PREJUDICE ________________ Hearing Interpreted by:

THE STATE OF TEXAS
COUNTY OF TARRANT

CID: 0951157
Date Of Arrest: 8/11/2025

Case Number: **1883286** Offense: **TERRORISM**
Booking Number: **4419052** CID: **0951157**
COURT: **CRIM DISTRICT CRT OF TARRANT CO #1 FORT WORTH** BOND: — AMOUNT: **$500,000.00**

It is the order of the Court that you shall comply with the following terms and conditions of Bond. If on community supervision, you shall continue to comply with existing conditions of community supervision and/or any additional conditions of Bond.

- Commit no offense(s) against the laws of the State of Texas, of any other state, or of the United States.
- Abstain from the illegal use of controlled substances, marijuana, or cannabinoids.
- Do not own, purchase, possess or transport any firearm(s) or weapon(s).
- Do not use, possess, or consume any alcoholic beverage. Do not refuse a breath, urine, or field sobriety test, if requested by the court to ensure compliance with this order. If you are ordered to report to the Community Supervision and Corrections Department (CSCD) Bond/Pretrial Caseload as a condition of release, do not refuse a breath, urine, or field sobriety test from CSCD to ensure compliance with this order.
- No contact with the alleged victim/injured party
- Do not have contact with any family member of the alleged victim/injured party.
- You are ordered to 24-hour home confinement in a specified home address, with the exception of certain activities stipulated by the Community Supervision and Corrections Department (CSCD), unless otherwise ordered by the Court.
- GPS Monitor With Exclusion Zones: Fully participate in and comply with the rules and requirements of the Community Supervision and Corrections Department (CSCD) electronic monitoring program. Pay installation and monthly service fees to the monitoring agency or CSCD, as instructed by CSCD. Release to CSCD in the AM only.
- **RELEASE TO CSCD ONLY**
- Do not access the internet on any device including but not limited to smartphone, PC, laptop, or tablet without the approved monitoring software from CSCD.
- Permit a supervision officer or law enforcement officer to search your residence at any time for firearms or weapons.
- Consent to search of your person, residence, business, and any vehicle or container under your control by any peace officer without prior notice or search warrant to determine your compliance with these conditions of bond and laws of this state. Any contraband, firearms, or weapons found to be in your possession will be subject to seizure.
- Report to the Community Supervision and Corrections Department (CSCD), Pretrial Intake Processing, 300 W. Belknap, Fort Worth, TX 76196, 1st floor, (817) 884-2081, within one (1) business day of your release on bond, between 7:30am 4:30pm for pretrial intake processing. You must continue to report to CSCD Pretrial Caseload, as instructed, and at the frequency stipulated by CSCD, unless otherwise ordered by the court. You must provide your current, accurate telephone number and residential address to CSCD throughout the period of supervision and notify the CSCD pretrial supervision officer of any address change within five days from the date of change.
- Defendant is ordered to provide a specimen of DNA to local law enforcement for the purpose of creating a DNA record

Mag No. 4419052

Exhibit 14
Affidavit of Fact mailed to Valerie Veyhl, a total of 14 pages

Cause No 1883286

State of Texas
Plaintiff
VS
Glenn Winningham Fearn
Respondent in Error

Criminal District Court One
Tarrant County, Texas

AFFIDAVIT OF FACT

I, Glenn Winningham Fearn do hereby affirm the following facts and evidence to be the Truth to the best of my knowledge and belief;

1 I affirm that I am competent to act in the lawful matters herein and if called to testify shall so state.

2 I affirm I have standing and first hand knowledge of the facts and evidence herein.

Continued From Page 1

3 I, affirm I have no first hand knowledge of my birth and any evidence of a birth date is hearsay evidence, but I do ~~rembembe~~ remember finishing High School in the year 1975, more than 50 years ago, therefore I am well past the age of majority.

4 I affirm that I have never in my life breached the peace but the military police in this country acting under the Pope's Roman Canon law breach the peace on a routine basis.

5 I, affirm that the statements contained

continued From Page 2

5 (cont'd) about in the above entitled matter that were made in the Fort Worth federal lawsuit case 4:24-cv-0881 were not meant to be threats of any Kind, and I do not say I will do anything at any time, but were made to express the gravity of the situation, because I have never in my life breached the peace.

6 I affirm that the Fort Worth federal lawsuit is now in Appeals and the State of Texas actors are interfering with my right to Appeal because the Appellees are trying to get it dismissed and they have obstructed my ability to respond

Continued from Page 3

6(cont'd) and prosecute the Appeal, and this case is based on an undecided matter

7 I affirm that I am currently a Senator with the Republic of Texas.

8 I affirm that as a Senator with the Republic of Texas I have Immunity from public statements, like those in the Fort Worth federal lawsuit because the Articles of Confederation provide for Immunity.

9 I affirm that I got involved with the Republic of Texas in the year 2007 when the President of the Republic of Texas

continued from Page 4

9(cont'd) suggested I run for Congress, which I did, and then he suggested I run for Speaker of the House of Representative which I did, and I was Speaker ~~o~~ for about 18 months.

10 I affirm, that during that time, I was Speaker, several people approache me on different ~~o~~ccassions, wanting to set up a militia and I told them that we were not opposed to a natural disaster response team to support local authorities in the event of a natural disaster or local emergency bu

continued from Page 5

10 (cont'd) we would not be setting up a militia because we do not want to appear to be a threat of any kind.

11 I affirm that in the year 2008, I left Texas and resigned the House of Representatives to go to work in White Plains, New York for about 18 Months.

12 I affirm that while I was in New York, the President of the Republic of Texas called me to see if I was interested in opening up negotiations with the Russian Federation for a

Continued from Page 6

12 (cont'd) Treaty of Peace and Recognition and I thought it would be a great idea.

13 I affirm that I was provided with a commission as a Charges des Affaires, but was never given the final go ahead to make contact with the Russian Embassy.

14 I affirm that since that Time I have enjoy lifetime diplomatic immunity status under International Law as a Protected Person equivalent to an Ambassador or Executive Officer of a foreign government.

15 I affirm that I continued to maintai.

Continued from Page 7

15 (Cont'd) My contacts with the Peaceful Republic of Texas and in the year 2012 I returned to Texas and ran for the House of Representatives and the the Senate and I am currently in my second term with the Senate.

16 I affirm that In the year 2024 we wanted to establish common law courts to offer people a common law remedy for issues they may be having

17 I affirm that we got a known successful common law case that was upheld by the 14th District Court in Dallas,

continued from Page 8

17 (cont'd) case 95-07735 on 19 September 1995 called A Abello Corp WFAATV vs Johnny Johnson and Lakeview Developers and use it as a template.

18 I affirm, that we organized a common law Republic of Texas court, got seal for the Court the same as the WFAA case and followed that pattern in detail for about six cases, one of them being for Kenneth Ouimet.

19 I affirm that we needed to introduce them into the State of Texas courts to try and get some feedback because

continued from Page 9

19 (cont'd) thirty years had passed from the WFAA case and we needed to know if we needed to make adjustments or changes to how we did it because we wanted them to be recognized so we could help people.

20 I affirm that under 18 USC 111, the Republic of Texas is a foreign government "whether recognized or not" therefore our judgements are foreign judgments and the State of Texas could simply refuse to recognize them but we wanted to work with the State of Texas to mak

Continued from Page 10

20 (cont'd) them acceptable.

21 I affirm that we introduced two of the common law court judgments into the United State courts, one for Kenneth Quinet and one for me with the Fort Worth case previously mentioned.

22 I affirm that our rationalle for doing this is the US Supreme Court cases Hale v Henke that said common law which is the law of the land has always been here and the Ex Parte Milligan that said the militar courts are required to step down when th people step forward with common law courts and as found in the Judiciary Act of 1792 1 Stat 73, that said common law is

Continued from Page 11

22 (cont'd) is the Rule of decision everywhere above the high water mark and past the first bridge across any navigable river except for the District of Columbia as found in Article 1, Section 8, Clause 17, but that because of the Pope's Minor Estate (31 CFR 363.6) all courts presume trust law which is part of the Pope's Roman Canon law.

23 I affirm that we, in the Republic of Texas had no intention to make any threats of any kind and extend our deepest apologies to any one who may have felt threatened and any constructive criticism about what exactl

continued from page 12

23 (cont'd) made them feel threatened we will gladly make corrections to fix it.

24 I affirm that because Kenneth Ouimet pled guilty in his plea bargain he nullified his common law judgment and it should be vacated and we are prepared to do that at the earliest opportunity.

25 I affirm that as a Senator I can say with authority that we in the Republic of Texas want a peaceful friendly relationship with the State of Texas. We know the State

Continued from Page 13

25 (cont'd) of Texas does not recognize the Republic of Texas and we are not asking for recognition but we can still build trust.

- The foregoing is submitted as the truth, the whole truth, and nothing but the truth before the God of the Holy Bible, Angels and anyone who reads this as a witness.

All of which is submitted under Penalty of Perjury (28 USC 1746(1)).

[signature] L.S.

Glen Winningham Fear, a living man
With full responsibility under God's law as found in the Holy Bible and no other.

Exhibit 15
Motion for an Identity Hearing, a total of 7 pages

Cause No. 1883286

State of Texas Plaintiff ) Criminal District Court One
VS )
Glen Winningham Fearn ) Tarrant County Texas
(Respondent in Error)

Motion For An Identity Hearing

To the Honorable Judge of the Court;

Comes now the Respondent in Error requesting an Identity Hearing for the following reasons;

1 The Respondent in Error needs to establish that he fails to be a Minor Estate (31 CFR 363.6) and fails to be lost at sea, but is a living man, who walks among us or

Continued From Page 1

the land.

2 The Popes Minor Estate (31 CFR 363.6) falls under the Pope's Roman Canon law of trusts and is property and a thing, and has no rights

Paraphrasing parts of 31 CFR 363.6:

- Minor - A Minor is anyone under the age of 18 years and can be anyone over the age of 18 years who has not taken control of the securities in their Treasury Direct Account.
- Entity - An Entity is a trust, corporation, Limited Liability Company or a Minor Estate

3 The Minor Estate (31 CFR 363.6) falls under the Commerce Clause (Article 1, Section 8, Clause 3)

Continued from Page 2

Paraphrasing from the US Supreme Court National Mutual Insurance Company vs Tidewater Transfer Company (1948) + the boundaries of the District of Columbia expand as necessary throughout the states of the union with a plenary jurisdiction for US Citizen which is a violation of Article 1, Section 8, Clause 17, "a maximum of ten miles square" for a man.

4 All of the evidence the Plaintiffs have introduced against the Respondent in Error is evidence of the Minor Estate (31CFR363.b) NAME - DATE OF BIRTH - SOCIAL SECURITY NUMBER - and are

Continued From Page 3

hearsay evidence from a hearsay database that the Respondent in Error has failed to introduce, therefore it is inadmissible. The Respondent in Error did sign a Waiver of Extradition but it was signed "WITHOUT PREJUDICE" and the Respondent in Error was not given the opportunity to make any changes to the text, therefore the "WITHOUT PREJUDICE" endorsement reserves common law rights, which means there is no contract and no evidence admitted.

Continued From Page 4

5 The Plaintiffs have failed to produce a bona fide contract that the Respondent in Error agreed to be the Minor Estate (31 CFR 363.6) or subject to the Pope or Roman Canon law, therefore this Cour is required to presume no such contract exists.

6 Wil Livingston (ratified the US Constitution for New Jersey, 1787) is the Respondent in Error's fourth great uncle, which mean the Respondent in Error has "Right of Blood" and the Maxim of Laws says: "No civil law can violate right of blood"

Continued from Page 5

and all the laws of Congress after the 1871 municipal corporation for the Distric of Columbia was created by Congress, are all civil laws, which includes the Minor Estate (31 CFR 363.b) which was introduced in they year 1901 with the Code of Law for the District of Columbia 31 Stat. "the legal estate to be the cestui que use" and "use" is short for usufruct under Roman Canon law and the dissenti opinion in the US Supreme Court Case Downes v Bidwell said two national governments exist, one operates under

Continued from Page 6

the Constitution with all its restrictions, and the other is operated by Congress outside and independently of that instrument.

7 The Respondent in Error respectfully requires this Court to declare the Respondent in Error a living man, that fails to be a Minor Estate (31 CFR 363.6) and fails to be lost at sea, but is alive and walking among us on the land.

Respectfully submitted under penalty of perjury (28 USC 1746(1))

glenn winningham fearn, a living man with full responsibility for my actions under God's law as in the Holy Bible

# AFFIDAVIT OF SERVICE

I, certify that I served an original and one copy of a Motion for an Identity Hearing wi[th] a certificat Affidavit of Service to the Tarrant County District Clerk by First Clas[s] mail in an envelope, postage prepaid and proper[ly] addressed as follows:

Tom Wilder
Tarrant County District Clerk
401 W. Belknap St, 3rd Floor
Fort Worth, Texas 76196

and one copy of the Motion for an Identi[ty] Hearing and this Affidavit of Service:

Phil Sorrells
Tarrant County District Attorney
401 W. Belknap St, 9th Floor
Fort Worth, Texas 76196

Judge, Criminal District Court On[e]
401 W. Belknap ST
Fort Worth, Texas 76196

all of which is submitted under penalty of Perjury (28 USC 1746(1))

[signature] L.S.

Glen Winningham Fearn, a man
with full responsibility under
God's law as in the Holy Bibl[e]

Exhibit 16

Motion to Quash the Warrants, a total of 19 pages

Cause No 1883286

STATE OF TEXAS )
Plaintiff ) Criminal District Court One
VS )
Glenn Winningham Fearn ) Tarrant County, Texas
Respondent in Error )

# Motion to Quash Warrants

To the honorable Judge of this court

Comes now the Respondent in Error move this Court To Quash the warrants in the above entitled matter For the following reasons;

## Definitions

1 When a Superior court of general jurisdiction becomes involved with anything in derogation of common law, it becomes Quod hoc (for this proceeding



continued

Continued from Page 1

1(cont'd) only) an inferior court of limited jurisdiction. (Corpus Juris Secundum, Book 20, Section 7 Court

2 US Constitution, Article III says all Judges hold office during good behavior which means they are required to be neutral and unbiased and when they fail to be neutral and unbiased they fail to be in "good behavior" but are in bad behavior

3 A Bill of Attainder is defined by the US Supreme Court as paraphrased:

A legislative act, no matter what the form that targets a named individual or an easily identifiable group in such a



continued

Continued From Page 2

3 (cont'd) way as to inflict punishment without a Judicial trial.

4 Fictions of law were "created by the Roman Praetors" "under the pretence of doing equity and are a "legislative usurpation of the bench" because "legislators command" Bouvier's Law Dictionary 1856 Edition

5 Civil law, Roman law, Roman Civil law are convertible phrases with municipal law Black's Law Dictionary, 4th Revised Edition

6 Minor Estate (31 CFR 363.6) paraphrased Minor - is anyone under the age of 18 years and it can be anyone over the age of 18 u


continued

Continued from Page 3

6 (cont'd) years who has failed to take contro of The securities in their Treasury Direc Account.

Entity - is a Trust, corporation, Limite Liability Company, or a Minor Estate

Argument

7 The warrants name a fiction of law and a date of birth tied to the Minor Estate (31 CFR 363.6) under the Commerce Clause (Article 1, Section 8, Clause 3) in violation of Article 1, Secti 8, Clause 17 "a maximum of ten miles square" and fails to have a court seal as required by The Authentication



continued

Continued from Page 4

7 (cont'd) Act, which means the warrants fail to be authentic.

8 The warrants are each Bills of Attaind because they are legislative acts commanding the fiction of law Minor Estate (31 CFR 363.6) under Roman Law be arrested in derogation of common law, because at common law a prop name is NEVER spelled in "ALL BLOCK CAPITAL LETTERS" with the "DATE OF BIRTH" which precipitated the Respondent in Error - the named individual - being punished with an Arrest and the Judge of the 485th



Continued

Continued from Page 5

8 (cont'd) District Court operating in his private capacity signed it (no Judicial signature which is why there is no court seal because it was not issued by a court which also means the warrants fail be authentic warrants but are a frau

9 Only an Article III court can make decisio about life, liberty, or property, which means the warrants are unconstitutiona and void

10 The Plaintiff has introduced no evidence that the Respondent in Error is in a contract waiving any rights, and this court is required to presume no suc

continued from Page 6

10 (cont'd) contracts exist.

11 The only evidence introduced by the Plaintiff is hearsay evidence of name, date of birth, and social security number, none of which was admitted by the Respondent in Error, and it was obtained by an illegal search in violation of Article IV in Amendment, because there was no search warrant, therefore the hearsay evidence is inadmissible.

12 Wil Livingston (ratified the US Constitution for New Jersey, 1787) is the fourth great uncle of the Respondent in Error, which means the Respondent in Error is "Posterity" as found in the Preamble to the US Constitution, which means the Respondent

12 (cont'd) Continued From Page 8

to operate in the District of Columbia, and all the laws of Congress after the year 18[illegible] are civil laws and all the laws of Texas after the civil war are civil laws, which ~~[illegible]~~ includes the Minor Estate (31 CFR 363.6) an[illegible] the Texas Penal Code because they are all Roman law and the Minor Estate (31 CFR 363.6) was brought into the United States with the Code of Law for the District of Columbia (31 Stat.) in the Year 1901 with "the legal estate to be the cestui que use" and "use" is short for usufruct under Roman law which


continued

12 (cont'd) continued from Page 9
a type of a trust under Roman law from the Pope, and the Texas Penal Code provides "Penalties" for non-complian with quasi-contract agreements unde assumpsit that only apply to fictio of law under Roman law.

13 The US Constitution, Article VI Clause 2 says paraphrased;

This Constitution and all laws pursuant thereto are the Supreme law of the land, and all Judges shall be bound thereby, any thing in the laws or Constitution of any State to the contrary notwithstanding.

and the Authentication Act is the very first Act of Congress and requires a a court seal and Judges signature for


Continued

Continued from Page 10

12 (cont'd) any court document to be authentic, therefore these warrants fail to be authentic, which means they are a fraud and everything that flows from a fraud is also a fraud, true certified copies of each warrant are attached hereto, all of each which are incorporated herein by reference in their entirety.

13 During the arrest, the Respondent in Error heard one of the Officers say;

"Call [a name] and tell them I need those warrants"

which means the Respondent in Error was arrested based on a hearsay



Continued

Continued From Page 1Ø

13 (cont'd) computer entry because they have a duty to show their authority to make the arrest and they failed to have any warrants in their possession and in the event the Respondent in Error had exercised his right to resist their unlawful arrest with lethal force, if necessary (see US v Amistadt) they would have killed the Respondent in Error. The warrants themselves show they were Fax'd from the header Aug 4, 2025 10:37 PM after the arrest which took place around 9:00 PM.

14 This defect is not curable because putting a court seal on the warrants, after the fact, would not change its character from a Bill of



Continued

Continued from Page 12

14 (cont'd) Attainder or change the fact that the arrest had already taken place and would be fabricating evidence which is a felony.

15 The Respondent in Error requires this Court to Quash the Warrants and dismiss this case with prejudice and Order the Respondent in Error released Immediately.

Respectfully submitted under Penalty with Perjury (28 USC 1746(1))

[signature] LS

Glen Winningham Fearn, a living man with full responsibility under God law as found in the Holy Bible

THE STATE OF TEXAS § WARRANT NO. PC 65699
COUNTY OF TARRANT § REPORT NO. 250053797

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## TERRORISTIC THREAT

3rd Degree Felony, PC 22.07(a)(6)

of which offense GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957, the said suspect, is accused by the written affidavit, under oath of CAPTAIN M. LUGO 5596, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

| Bond set by Judge: $ | Time: |
|---|---|

I, Glenn Winningham Fearn hereby certify that this is a true copy of what I was given by the New Mexico public defender as justification for my arrest by the New Mexico State Police.

Page 1 of 2

# Verification of Unsworn Declaration

I, Glenn Winningham Fearn, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #C951157, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing certified copy of Terroristic Threat warrant and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 2nd day of September, 2025.

[signature]
*(Signature)* Defendant pro se

Glenn Winningham Fearn
*(Print Name)*

CID #C951157 DOB legacy finished high school in the year 1975.

2540 Lake Worth Blvd #437
*Address:*
Fort Worth, Texas ZIP CODE EXEMPT

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in **place of a written declaration sworn before a notary public.**

THE STATE OF TEXAS §
COUNTY OF TARRANT §

WARRANT NO. PC 65698
REPORT NO. 250053797

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## TERRORISM

2nd Degree Felony, PC 76.02

of which offense GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957, the said suspect, is accused by the written affidavit, under oath of CAPTAIN M. LUGO 5596, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

| Bond set by Judge: $ | Time: |
|---|---|

I, Glenn Winningham Fearn hereby certify this is a true copy of what I was given by the New Mexico Public Defender as justification for my arrest by the New Mexico State Police.

Page 1 of 2

# Verification of Unsworn Declaration

I, Glenn Winningham Fearn, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #0951157, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing certified copy of Terrorism Warrant and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 2nd day of September, 2025.

[signature]
*(Signature)* Defendant pro se

Glenn Winningham Fearn
*(Print Name)*

CID #0951157 DOB 4 years - finished high school in year 1975

6340 Lake Worth Blvd #437
*Address:*
Fort Worth, Texas ZIP CODE EXEMPT

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury **in place of a written declaration sworn before a notary public.**

THE STATE OF TEXAS § WARRANT NO. PC656911
COUNTY OF TARRANT § REPORT NO. 250053796

# WARRANT OF ARREST

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant, you are hereby commanded to arrest

## GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957

hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of said State, to-wit:

## ENAGING IN ORGANIZED CRIMINAL ACTIVITY

2nd Degree Felony, PC 71.02(a)(9)

of which offense GLENN WINNINGHAM FEARN, w/m, DOB 09/04/1957, the said suspect, is accused by the written affidavit, under oath of CAPTAIN M. LUGO 5596, Fort Worth Arson & Bomb Squad, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the 24th day of July, A.D., 2025.

[signature]
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

Judge, 485th District Court
TITLE AND OFFICE HELD BY MAGISTRATE

Bond set by Judge: $ ________ Time: ________

I, Glenn Winningham Fearn hereby certify this is a true copy of what I was given by the New Mexico Public Defender as justification for my Arrest by The New Mexico State Police.

Page 1 of 2

# Verification of Unsworn Declaration

I, Glen Winingham Fearn, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #0951157, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing certified copy of Engaging in Organized Criminal Activity warrant and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 2nd day of September, 2025.

[signature]

*(Signature)* Defendant pro se

Glenn Winingham Fearn
*(Print Name)*

CID #0951157 DOB hearsay - finished high school in year 1975

6340 Lake Worth Blvd #437
*Address:*
Fort Worth, Texas ZIPCODE EXEMPT

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in **place of a written declaration sworn before a notary public.**

Exhibit 17

Fake Search Warrant issued by Chris Johnson, Judge of the Hays County Court at Law 2, a total of 2 pages

THE STATE OF TEXAS }{
COUNTY OF HAYS }{

**SEARCH WARRANT**
**2025-43703**

**THE STATE OF TEXAS** to the Sheriff, or any Peace Officer of Hays County, Texas, or Any Peace Officer of the State of Texas,

**GREETINGS:**

WHEREAS, I have been presented an affidavit requesting issuance of a search warrant by the Affiant, **DETECTIVE Lowe S05968, Hays County Sheriff's Office,** and whereas I find that the verified facts stated by affiant in said affidavit show that Affiant has probable cause for the belief he/she expresses therein, and whereas I believe said affidavit properly establishes grounds for issuance of this Warrant;

You are therefore commanded to forthwith search the place, premises and/or vehicles named therein, and described as:

**HAYS COUNTY GOVERNMENT CENTER 712 S STAGECOACH TRAIL SAN MARCOS HAYS COUNTY TEXAS, 78666**

*A red Toyota Corolla, Arizona License plate XKA7LE*






*The location of the suspected vehicle is found by traveling approximately .4 miles north on S Stagecoach Trail from Ranch Road 12. The Hays County Government Center is located on the east side of S Stagecoach Trail and is a large stone structure marked Hays County Government Center. A public parking lot surrounds the building. The vehicle listed above is located in that parking lot.*

Said suspected vehicle, that is found to be under the control of the suspected party named herein and in, on, or around which said suspected party may reasonably secrete property that is the object of the search requested herein, to-wit:

Where the said evidence of: Texas Penal Code Sec. 36.06 **OBSTRUCTION OR RETALIATION (F3)** or Texas Penal Code Sec. 71.02 **ENGAGING IN ORGANIZED CRIMINAL ACTIVITY (F2)**
may be found,

1. **Cellular telephones or other wireless communications devices** believed to be associated with KENNETH JOSEPH OUIMET, subject to restrictions set forth in Texas Code of Criminal Procedure Art. 18.0215, including tablets and wearable wireless communications devices (e.g. smart watches), *specifically, any wireless electronic device which has the capacity to operate and or store data from Microsoft Word or any other similar word processing platform*, and that may contain evidence of or have been used in the furtherance of the felony



CPJ

felony offenses outlined herein, ... or Texas Penal Code Sec. 71.02 ENGAGING IN ORGANIZED CRIMINAL ACTIVITY ... Such electronic data may be found recorded and stored stored data, meta data, and other digital information. in personal computers, tablet computers, and all electronic storage devices capable of receiving or storing electronic data, including but not limited to, any storage devices such as floppy discs and diskettes, digital video discs (DVDs), compact discs (CDs), flash drives ("thumb drives"), external or internal hard drives, tape drives, internet appliances, video game consoles and peripherals, digital audio encoding (MP3) devices and players, digital cameras and digital camera memory media, Secure Digital (SD) memory cards, magnetic tapes and disks, personal digital assistants (PDAs), tape recordings, video tapes, and audio tapes; the hardware that contains and or may be necessary to retrieve such data, including, but not limited to, central processing units (CPUs), connecting devices, viewing screens, disc and cartridge drives, tape drives, printers, and monitors; the manuals, with all software, handwritten notes, or printed materials describing the operation of said devices, equipment and software; and, any and all passwords, cryptographic keys, digital security tokens, integrated circuit cards (Smart cards), radio-frequency identification (RFID) cards found at the location that may allow access to the electronically stored data, meta data, Exchangeable Image File Format Data (Exif), and other digital information, contained in any of the aforementioned devices and equipment;

3. **Property or items discovered** during the search for the aforementioned items, to wit: wireless communications devices, electronic data held in electronic storage, arms and munitions, or any wanted person, that constitutes evidence of an offense or constitutes evidence tending to show that a particular person committed an offense.

is alleged to be kept and concealed, and if you find that for which you are directed to search, you will seize and bring it before me.

Further, you are ORDERED, pursuant to the provisions of Article 18.10, Texas Code of Criminal Procedure, to retain custody of any property seized pursuant to this Warrant, until further order of this Court or any other court of appropriate jurisdiction shall otherwise direct the manner of safekeeping of said property. This Court grants you leave and authority to remove such seized property from this county, if and only if such removal is necessary for the safekeeping of such seized property by you, or if the provisions of Article 18.10, T.C.C.P. otherwise authorize such removal. You are further ORDERED to give notice to this Court, as a part of the inventory to be filed subsequent to the execution of this Warrant, and as required by Article 18.10, T.C.C.P., of the place where the property seized hereunder is kept, stored and held.

**HEREIN, FAIL NOT**, and due return make hereof to me, within three (3) days exclusive of the day of its issuance, and the day of its execution.

**ISSUED AT** 2:20 o'clock P M, on this the 01 day of August, 2025, to certify which witness my hand this day.

______________________
**MAGISTRATE IN AND FOR HAYS COUNTY, TEXAS**

Chris Johnson
**MAGISTRATE IN AND FOR HAYS COUNTY, TEXAS**

Judge, County Court at Law # 2
**TITLE AND OFFICE HELD BY MAGISTRATE**

Exhibit 18
Search Warrant issued by Alan Wayland, Judge of the Grapevine Municipal Court,
a total of 4 pages

District Clerk Number: SW 25-DU 101

THE STATE OF TEXAS §
COUNTY OF TARRANT §

SEARCH WARRANT

To any Peace Officer of the State of Texas, GREETINGS:

WHEREAS, the Affiant whose name appears on the affidavit is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said affidavit is here now made a part hereof for all purposes and incorporated herein as if written verbatim within the confines of this Warrant), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief expressed therein and establish the existence of proper grounds for issuance of this Warrant.

NOW, THEREFORE, you are commanded to enter the suspected place, vehicles, and premises described in said affidavit, to-wit: 3210 BROWN TRAIL, BEDFORD, TARRANT COUNTY, TEXAS 76021, a single story, single-family type residence (Pictured attached in Exhibit A). The structure faces in a westerly direction. The front of the structure has brownish red brick siding. The front door is concealed by a glass screen type door. The garage is located on the northern end of the residence. The roof of the structure appears light in shade, appearing to have grey shingles. Said suspected place, in addition to the foregoing description, also includes all other buildings, structures, places and vehicles on said premises and within the curtilage, if said premises is a residence, which are found to be under the control of the parties named in said affidavit and in, on, or around which said party may reasonably reposit or secrete property which is the object of the search specified herein. Attached hereto also in Exhibit A is a map identifying the place to be searched.

AT SAID PLACES YOU SHALL SEARCH FOR and, if same be found, seize the property described in said affidavit, to-wit:

1. Cellular telephones or other wireless communications devices believed to be associated with GLENN WINNINGHAM FEARN, subject to restrictions set forth in Texas Code of Criminal Procedure Art. 18.0215, including tablets and wearable wireless communications devices (e.g. smart watches), *specifically, any wireless electronic device which has the capacity to operate and or store data from Microsoft Word or any other similar word processing platform,* and that may contain evidence of or have been used in the furtherance of the felony offenses outlined herein, to wit: Texas Penal Code Sec. 22.07 TERRORISTIC THREAT (F3) or Texas Penal Code Sec. 76.02 TERRORISM (F2);

District Clerk Number: ____________________

2. Electronic data held in electronic storage believed to be associated with GLENN WINNINGHAM FEARN that may constitute evidence of or have been used in the preparation, production, printing, or furtherance of the felony offenses outlined herein, to wit: Texas Penal Code Sec. 22.07 TERRORISTIC THREAT (F3) or Texas Penal Code Sec. 76.02 TERRORISM (F2), including electronically stored data, meta data, and other digital information. Such electronic data may be found recorded and stored in personal computers, tablet computers, and all electronic storage devices capable of receiving or storing electronic data, including but not limited to, any storage devices such as floppy discs and diskettes, digital video discs (DVDs), compact discs (CDs), flash drives ("thumb drives"), external or internal hard drives, tape drives, internet appliances, video game consoles and peripherals, digital audio encoding (MP3) devices and players, digital cameras and digital camera memory media, Secure Digital (SD) memory cards, magnetic tapes and disks, personal digital assistants (PDAs), tape recordings, video tapes, and audio tapes; the hardware that contains and or may be necessary to retrieve such data, including, but not limited to, central processing units (CPUs), connecting devices, viewing screens, disc and cartridge drives, tape drives, printers, and monitors; the manuals, with all software, handwritten notes, or printed materials describing the operation of said devices, equipment and software; and, any and all passwords, cryptographic keys, digital security tokens, integrated circuit cards (Smart cards), radio-frequency identification (RFID) cards found at the location that may allow access to the electronically stored data, meta data, Exchangeable Image File Format Data (Exif), and other digital information, contained in any of the aforementioned devices and equipment;

3. Arms and munitions believed to be associated with GLENN WINNINGHAM FEARN and that may have been kept, prepared or purposed to carry out the threat to kill law enforcement officials or the "Wrongdoers" as described by GLENN WINNINGHAM FEARN in his document filed with the US District Court in Fort Worth, Texas and referenced in the affidavit.

4. Property or items discovered during the search for the aforementioned items, to wit: wireless communications devices, electronic data held in electronic storage, arms and munitions, or any wanted person, that constitutes evidence of an offense or constitutes evidence tending to show that a particular person committed an offense.

IT IS FURTHER ORDERED, that any and all property seized by authority of this Warrant or during the execution thereof shall be and remain under the care, custody, and control of any peace officer or special investigator to whom this Warrant is delivered for execution. Further, said property may be removed and taken to any location as deemed necessary by such peace officer or

special investigator for purposes of safekeeping and completion of any investigation or proceedings related to the activities described in the Affidavit upon which the foregoing Warrant was issued. Specifically, regarding any cellular telephones or other wireless communications devices, the execution of this warrant is completed when any cellular telephones or other wireless communications devices are seized under this Warrant. Any resulting examination of the content of any cellular telephones or other wireless communications devices seized under this warrant is to be completed under further legal process in accordance with Art. 18.07 CCP.

**IT IS FURTHER ORDERED**, at said places you shall search for and, if same be found, you are commanded to arrest and search each party named and described in said affidavit, to-wit:

**GLENN WINNINGHAM FEARN**, w/m DOB 09/04/1957. This individual is accused of an offense against the laws of the State, namely, Texas Penal Code Sec. 22.07 TERRORISTIC THREAT (F3) and Texas Penal Code Sec. 76.02 TERRORISM (F2).

I find further that Affiant has established sufficient reason to believe that to knock and announce their purpose by the officers executing this warrant would be futile, dangerous, and otherwise inhibit the effective investigation of these offenses related to the purpose of this warrant. Therefore, unless circumstances to the contrary are discovered prior to entry, you are hereby authorized to dispense with the usual requirement that you knock and announce your purpose before entering the suspected place to execute this warrant.

Due to the factors listed in this affidavit, your Affiant believes that it may be necessary for this warrant to be executed by members of a police unit trained in special entry tactics. The Special Weapons and Tactics (SWAT) is specially trained to execute search warrants under such conditions. The SWAT team may find it necessary to employ methods more extreme than normal to gain entry into the residence and to insure officer safety.

**IT IS FURTHER ORDERD**, that the assistance of the United States Marshal or a deputy/criminal investigator of the United States Marshals Service, or any other special agent of another federal law enforcement agency to include the United States Secret Service (FLEA) or Federal Bureau of Investigation (FBI) who is recognized under Texas law as a "special investigator" and who is trained and authorized by his/her federal law enforcement agency may assist with the service of this warrant.

District Clerk Number ____________________

HEREIN FAIL NOT but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you executed the same.

ISSUED THIS THE 1st day of August, A.D., 2025 at 12:22 o'clock P.M. to certify which witness my hand this day.

Allan C. Wayland
MAGISTRATE

Grapevine Municipal Court of Record
COURT

MUNICIPAL COURT IN GRAPEVINE TEXAS

ALAN C. WAYLAND
JUDGE, MUNICIPAL COURT
CITY OF GRAPEVINE,
TARRANT, DALLAS, & DENTON COUNTY, TEXAS

Exhibit 19

Sovereign Citizen Quick Reference, issued by the weaponized *Federal Bureau of Investigation* and the *Joint Terrorism Task Force*, a total of 1 pages

# Sovereign Citizen Quick Reference

Mobile Division

Sovereign Citizen (SC) activity typically involves criminal behavior that is generally non-violent but has lead to threats and plots against Court Officials by the more extremist adherents. Below are some indicators that you have encountered a SC during your normal duties and be a signal that additional precautions against fraudulent filings and personal harm be used.

**Initial Indicators of SC noticed by filings:**

- Presentation to the courts of voluminous motions that contain:
  - References to UCC codes
  - References to Probate type language including estates, trusts, wills, and beneficiaries
  - Reference case law that is outdated, irrelevant, and/or taken out of context
  - Use outdated language
  - Use red ink in written statements, thumb prints, and/or signatures
- Present documents that identify the defendant as a sovereign, law enforcement officer, tribal member, or ambassador
- Sign documents with unusual signature, statements, or letters
  - Examples include "JOHN:DOE", "John.Doe.com", "Authorized Signature", "Without Prejudice UCC 1-208", "Agent", "SLS" (sovereign living soul), "TDC" (threats deception coercion)
- Request courts sign documents or respond to complicated and rambling inquires usually with a statement to the effect of "failure to reply indicates acceptance of all motions and dismissal of all charges".

**When making a court appearance**:

- May not want to pass into the "well" of the court.
- Claim that the court does not have jurisdiction over them
- Request to read statements that attempt to justify their sovereignty
- Ask the Judge, court officials, attorneys, and/or witnesses for identification or verification of their authority (will commonly ask for "Oath of Office" or "Delegation of Authority")
- Present papers to the courts but not want the court to retain them
- Try to convince the Jury that they have ultimate authority and should not take any directions given by the Judge
- Defendant may invite other sovereign citizens to court in an effort to disrupt, intimidate, and/or film the proceedings
- If the Judge calls for a recess to try to figure out what the sovereign citizen is talking about, the defendant may claim that the Judge has abandoned the court and claim authority to dismiss the case

**Following Trial:**

- Court officials may receiving threatening communication
- Fraudulent liens and claims may be filed against the Judge, witnesses, Jury, other court officials, or their families

To:
The Clerk
US District Court
Northern Texas
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673

Please file this lawsuit
The top copy is the original
Keep as many copies as the Court needs and return at least 1 copy to me at the address below.

Non-Domestic Mail, ZIP CODE EXEMPT
Glenn Winningham; house of Fearn
In Care of 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RFD 76135]
Without the Pope's United States

From:
General Post Office, ZIP CODE EXEMPT
[glenn winningham; house of fearn]
In care of: 6340 Lake Worth Boulevard, #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the US Inc.

18 U.S. Code § 1701: Obstruction of mails generally...

Private Property – No Trespassing

PRIORITY® MAIL

PRIORITY MAIL
MEDIUM FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$21.95
Origin: 76054
11/14/25
4842260054-10

PRIORITY MAIL®

7 Lb 15.6 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/17/25

C024

SHIP TO:
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

USPS TRACKING® #

9505 5137 1628 5318 9702 34

...E BOX

...COM®
ONLINE

Flatten Before Recycling
PAPER
BOX
how2recycle.info

To:
The Clerk,
United States District Court for
the Northern District of Texas
501 West 10th St., Room 310
Fort Worth, Texas
76102-3673

RECEIVED
NOV 18 2025

RECEIVED
2025

FRB1 February 2024
ID: 11 x 8.5 x 5.5
OD: 11.25 x 8.75 x 6