UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

GLENN WINNINGHAM, ET AL.,

   Plaintiffs,

v.                                     No. 4:25-cv-01299-P

R. JOSEPH ROTHROC, ET AL.,

   Defendants.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation (FCR) in this case. ECF No. 16. Plaintiff filed objections to the FCR on January 20, 2026. ECF No. 20.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 16);
3. The Plaintiff's written objections to the FCR (ECF No. 20); and
4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court.

Plaintiff titled his recent filing as "Notice of Objection to the Fake Wannabe Judge and his Finds and Conclusions." ECF No. 20. His filing contains over a hundred pages of incoherent and threatening language. *See generally* ECF No. 20. Some notable threats include Plaintiff stating, ". . . all you need to do is name a date, time, and place and I will come armed and we can settle it for once and for all . . ." ECF No. 20 at 56. And:

> [I]f I blow one of your PIGs brains out first, then the first words out of my mouth will be, ":Gee I am so sorry, I

> thought he wanted to do a commercial transaction!!!", and any blood shed will be on your hands, because I should know better than to think you BAR member scum would honor your oath of office, **you lying perjuring treasonous Satanist mother fucking son of a bitch (no disrespect to dogs intended)!!**

ECF No. 20 at 56 (emphasis in original). Plaintiff's filing is incomprehensible and, despite its length, does not articulate any cognizable objection to the FCR.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**.

The Court thus **DECLARES** Glenn Winningham a vexatious litigant. The Court **ORDERS** that (1) monetary sanctions may be imposed on Plaintiff for future vexatious litigation considered to be abusive and harassing in nature, and (2) that Plaintiff must obtain leave of court by filing a motion before he is permitted to file any additional complaints[1] in this District.

Additionally, Plaintiff has recently began filing documents in cases that have been closed for over a decade. *See, e.g.*, Demand for IRS 1099 Series Documents, *Winningham v. Page et al.*, dismissed, No. 067-263565-13., 2013 WL 5385127, at *1 (N.D. Tex.), ECF No. 11. Given the tone and nature of the filings, the Court finds it appropriate to and hereby does **ORDER** that Plaintiff must obtain leave of court by filing a motion before he is permitted to file any additional documents in closed cases in this District.

Moreover, the deficiencies noted above in Plaintiff's Objection are equally evident in Plaintiff's Complaint. *See generally* ECF No. 1. The Complaint is devoid of any legally cognizable claim and, in its incoherence, borders on unintelligible. *See generally* ECF No. 1. The Complaint "fail[s] to provide the barest notice of any cause of action."

---

[1]Including the filing of a repleaded complaint upon removal.

2

*Boswell v. Honorable Governor of Tex.*, 138 F. Supp. 2d 782, 786 (N.D. Tex. 2000).

*Pro se* pleading are held to a less stringent standard. *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972). But the Court cannot be left to speculate on the nature of Plaintiff's claims. *Boswell*, 138 F. Supp. 2d at 786. In fact, Plaintiff "wholly failed to sufficiently plead the elements of, or legal conditions for, any cause of action against Defendants." *Id*. Therefore, "dismissal of Plaintiff['s] claims is warranted based on [his] failure to provide an intelligible complaint in compliance with the Federal Rules of Civil Procedure." *Id*.

The Court thus **DISMISSES** the above-captioned case **without prejudice.**

**SO ORDERED** on this **23rd day of January 2026.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE