UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GLENN WINNINGHAM, ET AL.,**

Plaintiffs,

v. **No. 4:25-cv-01299-P**

**R. JOSEPH ROTHROC, ET AL.,**

Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **23rd day of January 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE