FEB 17 2026 PM2:44
FILED-USDC-NDTX-FW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

glenn winningham; house of fearn ] Case # 4-25-CV-1299-P
We the People of the *Republic of Texas* ]
Demandants ]
VS ]
R. Joseph Rothrock, et al, ]
WRONGDOERS ]

---

Notice of Appeal

1. The Demandant hereby provides notice that he intends to appeal the vexatious litigant findings and conclusions, that fails to have anything to do with Facts or Law, and the dismissal of this matter by the military commissioners masquerading as Judges in this legislative interior Court to the United States Court of Appeals for the Fifth Circuit.

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural living man living in the republic, that fails to be dead, or lost at sea, has NEVER been dead or lost at sea, that fails to be a surety or accommodation party for the Pope's Minor Estate (31 CFR 363.6), and that fails to represent the Pope's Minor Estate (31 CFR 363.6), and have NEVER knowingly or willfully represented the Pope's Minor Estate (31 CFR 363.6), do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this 17th day of February in the year, two thousand and twenty-six.

_______________________________ L.S.

glenn winningham; house of fearn, sui juris
fails to be dead, or lost at sea
has NEVER been dead or lost at sea
fails to be a surety for the Pope's Minor Estate (31 CFR 363.6)
fails to be representing the Pope's Minor Estate (31 CFR 363.6)
has NEVER willfully represented the Pope's Minor Estate (31 CFR 363.6)
sovereign living soul, holder of the office of "the People"
man on the land known as Texas
With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
with a Postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RFD 76135]
Non-Domestic Mail, Without the Pope's UNITED STATES

## Certificate of Service

i, do hereby certify that i filed the original of a Notice of Appeal, and an original of this Certificate of Service, on this day with the court.

I declare under penalty of perjury (28 USC § 1746(1)) under the laws of the United States of America that the foregoing is true and correct, and without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this 17 day of February in the year two thousand and twenty-five.

_______________________________ L.S.

kenneth joseph; house of ouimet, sui juris
fails to be dead, or lost at sea
has NEVER been dead or lost at sea
fails to be a surety for the Pope's Minor Estate (31 CFR 363.6)
fails to be representing the Pope's Minor Estate (31 CFR 363.6)
has NEVER willfully represented by Pope's Minor Estate (31 CFR 363.6)
sovereign living soul, holder of the office of "the People"
man on the land known as Texas
With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
with a Postal address of;
General Post Office, ZIP CODE EXEMPT
C/O Post Office Box, 54040
Hurst, Texas
Non-Domestic Mail, Without the Pope's UNITED STATES