# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 14, 2026
Lyle W. Cayce
Clerk

---

No. 26-10150

---

Glenn Winningham, House of Fearn, *also known as* Glenn Winningham Fearn,

*Plaintiff—Appellant*,

*versus*

R. Joseph Rothrock; Casey Brashear; Leigha Simonton; Marshall Thomas; Andrea Brandt; Bobby LaPenna, *Bedford Chief of Police*; Phil Sorrells, *Tarrant County District Attorney*; Kelly Higgins, *Hays County District Attorney*; Daniel Sakaida, *Hays County Assistant District Attorney*; Steven Junes, *Judge, 485th District Court*; Chris Johnson, *Judge, Hays County Court at Law #2*; Captain M. Lugo, 5596, Fort Worth Arson & Bomb Squad; Doctor Umanaheswara Velama, Sorcerer; Hal R. Ray; Reed O'Connor; The New Mexico State Police; Patrick Chavez, Patrolman, New Mexico State Police; The Texas Department of Public Safety; The Montana Highway Patrol; Marco Rubio, *Secretary, U.S. Department of State*; Peter Kujawinski, *Consul General, Calgary, Canada*; Richard Hanrahan, *Consul General, Calgary, Canada*; John Andrews, *Consul General OMS, Calgary, Canada*; John Kerry, *former US Secretary of State*; Glenn Winningham Fearn, *Minor Estate*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-1299

---

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of July 14, 2026, for want of prosecution. The appellant failed to timely file appellant's brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Nina M. Fernandez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT